11130

**E-FILED**
Tuesday, 20 November, 2007  09:04:19 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

**FILED**

NOV 1 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **Plaintiff** | ) | Case No. _07-131J_ |
| DONNIE D. WHITE B31317 | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | |
| EDDIE JONES; BLACKARD; MICHEAL MELVIN; MICHEAL | ) | *The case # will be assigned by the clerk)* |
| EATON; SAMPSON; BENNY DALLAS; GARY KUHSE; TODD; TANG | ) | |
| ERVAN; McBARNEY; CHARLES ROPER; DUBOIS; DOUGLAS | | |
| MASON; RICHARD STUART-KEMP; **Defendant(s)** MICHEAL TURNER; | ) | |
| J.BUNDREN; BRENT HUNSAKER  et al SUED IN THEIR | | |
| OFFICIAL CAPACITY ; BONNIE SULLIVAN SUED IN THEIR | ) | |
| PERSONAL AND INDIVIDUAL CAPACITY. | | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action*

---

*\*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

*(against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☛ **42 U.S.C. §1983 (state, county or municipal defendants)**

☐ **Action under** *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)(federal defendants)**

☛ **Other federal law:** _COMPLAINT UNDER CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT 42 USC §1997_

☐ **Unknown** _____

## I. FEDERAL JURISDICTION

Jurisdiction is based on **28 U.S.C. § 1331,** a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

**A. Plaintiff:**

Full Name: _DONNIE D. WHITE_

Prison Identification Number: _B-31317_

Current address: _THOMAS CORRECTIONAL CENTER_
_200 E. SUPER MAX RD, POB 2000_
_THOMAS ILLINOIS 62988_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

**B. Defendants**

Defendant #1:

Full Name: _EDDIE JONES_

Current Job Title: _CORRECTIONAL WARDEN_

2

**Current Work Address** _PONTIAC CORRECTIONAL CENTER_
_POB 99_
_PONTIAC ILL 61764-0099_

**Defendant #2:**

**Full Name:** _MICHEAL MELVIN_

**Current Job Title:** _CORRECTIONAL SUPERINTENDENT_

**Current Work Address** _PONTIAC CORRECTIONAL CENTER_
_POB 99_
_PONTIAC ILL. 61764-0099_

**Defendant #3:**

**Full Name:** _M.J. BLACKARD_

**Current Job Title:** _CORRECTIONAL MAJOR_

**Current Work Address** _PONTIAC CORRECTIONAL CENTER_
_POB 99_
_PONTIAC ILL 61764-0099_

**Defendant #4:**

**Full Name:** _MICHEAL EATON_

**Current Job Title:** _CORRECTIONAL SARGEANT_

**Current Work Address** _PONTIAC CORRECTIONAL CENTER_
_POB 99_
_PONTIAC ILL. 61764-0099_

**Defendant #5:**

**Full Name:** _L.T SAMPSON_

**Current Job Title:** _CORRECTIONAL LIEVTENANT_

**Current Work Address** _PONTIAC CORRECTIONAL CENTER_
_POB 99_
_PONTIAC ILL 61764-0099_

*For additional defendants, provide the information in the same format as above on a separate page.*

DEFENDANT #6

FULL NAME: BENNY DALLAS

CURRENT JOB TITLE: CORRECTIONAL LIEUTENANT

CURRENT WORK ADDRESS: PONTIAC CORRECTIONAL CENTER POB 99 PONTIAC ILL 61764-0099


DEFENDANT #7

FULL NAME: GARY KUHSE

CURRENT JOB TITLE: CORRECTIONAL SARGEANT

CURRENT WORK ADDRESS: PONTIAC CORRECTIONAL CENTER POB 99 PONTIAC ILL. 61764-0099


DEFENDANT #8

FULL NAME: L.T TODD

CURRENT JOB TITLE: CORRECTIONAL LIEUTENANT

CURRENT WORK ADDRESS: PONTIAC CORRECTIONAL CENTER POB 99 PONTIAC ILL 61764-0099


DEFENDANT #9

FULL NAME: C/O TANGERMAN

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: PONTIAC CORRECTIONAL CENTER POB 99 PONTIAC ILL 61764-0099


DEFENDANT #10

FULL NAME: C/O MC-BARNEY

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: PONTIAC CORRECTIONAL CENTER POB 99 PONTIAC ILL 61764-0099


DEFENDANT #11

FULL NAME: CHARLES ROPER

CURRENT JOB TITLE: CORRECTIONAL MAJOR

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD (OR) 400 TAMMS ILL 62988

DEFENDANT #12

FULL NAME: L.T DUBOIS

CURRENT JOB TITLE: CORRECTIONAL LIEUTENANT

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 2988

DEFENDANT #13

FULL NAME: DOUGLAS MASON

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 62988

DEFENDANT #14

FULL NAME: RICHARD STAURT

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 62988

DEFENDANT #15

FULL NAME: S/O KEMP

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 62988

DEFENDANT #16

FULL NAME: J. BUNDREN

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 62988

DEFENDANT #17

FULL NAME: BRENT HUNSAKER

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL 62988

DEFENDANT #18

FULL NAME: BONNIE SULLIVAN

CURRENT JOB TITLE: DIETARY MANAGER, CORRECTIONAL

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS
ILL 62988

DEFENDANT #19

FULL NAME: MICHEAL TURNER

CURRENT JOB TITLE: CORRECTIONAL LIEUTENANT

CURRENT WORK ADDRESS: TAMMS CORRECTIONAL CENTER 200 E SUPERMAX RD POB 400 TAMMS ILL
62988

## III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious  physical injury." 28 U.S.C. § 1915(g).*

**A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?**          Yes ☐          No ☒

If yes, please describe _____N/A_____

_____N/A_____

**B.  Have you brought any other lawsuits in federal court while incarcerated?**

Yes ☒          No ☐

**C.  If your answer to B is yes, how many?** ___6___  **Describe the lawsuit(s) below.**

1. **Name of Case, Court and Docket Number**
   ___WHITE-V-BRILEY etal 03C5586 ;  N-Dist. Ill EASTERN DIVISION___

2. **Basic claim made** ___8th & 14th_____

3. **Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?)** ___DISMISSED 12-08-03  REFILED IN 2004  STILL PENDING___

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments.  You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses.  These materials are not required to file a complaint, but they may assist the court*

4

(OVER ON BACK)

1. NAME OF CASE, COURT AND DOCKET NUMBER:

   White v-Ainsley etal 05C594 S-Dist ILL. East Saint Louis

2. BASIC CLAIM MADE : 1st; 8th ; 14th

3. DISPOSITION : STILL PENDING

1. NAME OF CASE, COURT AND DOCKET NUMBER:

   WHITE-V-STIGLER etal 04C4946; N-DIST ILL EASTER DIVISION

2. BASIC CLAIM MADE: 8th & 14th

3. DISPOSITION:

   VOLUNTARILY DISMISSED IN JUN 2005

1. NAME OF CASE, COURT AND DOCKET NUMBER:

   WHITE V-BUTE etal 00C1116; C-DIST. PEORIA DIVISION

2. BASIC CLAIM MADE: 8th & 14th

3. DISPOSITION:

   DISMISSED IN MAY 2001 COUNTED AS (1) ONE STRIKE OF THE THREE STRIK CLAUSE

1. NAME OF CASE, COURT AND DOCKET NUMBER

   WHITE-V-BRILEY etal 04C5112 N-DIST ILL EASTERN DIVISION

2. BASIC CLAIM MADE 1st, 8th, 14th

3. DISPOSITION: STILL PENDING

1. NAME OF CASE, COURT AND DOCKET NUMBER:

   WHITE-v-SYNDER etal 06C   N-DIST. ILL. EASTERN DIVISION

2. BASIC CLAIM MADE: 1st; 8th; 14th

3. DISPOSITION: DISMISSED MAY 2006 COUNTED AS (1) ONE STRIKE OF THREE STRIKE CLAUSE

*in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑   No ☐

If your answer is no, explain why not _____ *N/A* _____

C. Is the grievance process completed?   Yes ☑   No ☐

> SEE GRIEVANCE DATED 4-25-07
>
> A-R.B SUMMARY DATED 7-30-07
>
> ATTACHED HERETO

## V. STATEMENT OF CLAIM

Place(s) of the occurrence *TRANSFERRING TO PONTIAC CC AND AT PONTIAC CC*

Date(s) of the occurrence *APRIL 22, 2007 UP TO APRIL 25, 2007*

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

COUNT I

ON APRIL 22, 2007 PLAINTIFF WAS TRANSFERRED FROM TAMMS CORRECTIONAL CENTER

TO GRAHAM CORRECTIONAL CENTER BY DEFENDANTS DUBOIS; MASON; KEMP; STANRT TO BE

HANDED OVER TO SORT TEAM OFFICERS TO BE TRANSPORTED TO PONTIAC CORRECTIONAL CENTER.

PLAINTIFF LEFTED THE FACILITY APPROXIMATELY 7:45 AM AND DID NOT ARRIVE AT GRAHAM C.C.

## STATEMENT OF CLAIM

Place of the occurrence _____

Date of the occurrence _____

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

UNTIL ABOUT 11:45 AM, PLAINTIFF HAD PREVIOUSLY INFORMED DEFENDANT ROPER THAT I

WAS TRANSFERRING OUT AND WOULD HE MAKE SURE TO INFORM DIETARY DEPT. DEFENDANT

B. SULLIVAN TO PREPARE MY WRIT-LUNCH MEAL.

PLAINTIFF SUFFERED RETILIATION DUE TO ON APRIL 10, 2007 DEFENDANTS ROPER AND MASON

AND TURNER ALL REFUSED TO FEED PLAINTIFF LUNCH WHILE ON A CONTRARIT BECAUSE THEY HAD JUST

BEEN SERVED WITH A COPY OF PLAINTIFFS LAWSUIT.

UPON ARRIVING AT GRAHAM AT APPROXIMATELY 11:45 AM PLAINTIFF WAS FURTHER DENIED

TO BE GIVEN A LUNCH MEAL AND WAS TOLD THAT I WOULD GET MY LUNCH WHEN I GET

TO PONTIAC CORR. CTR. IN WHICH WAS A LIE.

THESE ACTS DESCRIBED ABOVE CONSTITUTE RETILIATION IN VIOLATION OF PLAINTIFFS 1st

AND 14th AMENDMENTS OF THE US CONSTITUTION DEFENDANTS TURNER; HUNSAKER; KEMP; MASON;
ROPER; SULLIVAN; DUBOIS; STUART; BUNDREN;

Count II

UPON ARRIVAL AT PONTIAC CORR. CTR. PLAINTIFF WAS GREETED BY DEFENDANT EATON

WHOM PLAINTIFF INFORMED I HAVE NOT RECIEVED LUNCH. DEFENDANT EATON STATED "

TODAY'S YOUR LUCKY DAY BECAUSE YOU'RE GETTING FUCK WITH NO VASELINE" "HEY WHITE,

IT'S YOUR ANNIVERSARY" AND GUESS WHAT?" FUCK YOU AND LUNCH AND YOU'RE GOING TO MY CELL HOUSE SPECIALLY ESCORTED BY THE TACT TEAM"." SOMEONE YOU KNOW TOLD ME TO TELL YOU "HAPPY ANNIVERSARY". DICKHEAD.

PLAINTIFF WAS ESCORTED TO NINTH CELL HOUSE SEG-UNIT CELL #145 WHERE I WAS STRIPPED OF ALL MY CLOTHES AND LEGAL DOCUMENTS AND PLACED IN CELL#145 BUT NAKED AND THIS CELL HAD BLOOD, FECES, FOOD BACTERIA AND STRONG URINE SMELL COMING OUT. THE WALLS, CEILING, DOOR, TOILET, SINK, BUNK AREA ALL WAS EXCESSIVELY SMEARED WITH BLOOD, FECES, AND OTHER WASTE MATERIALS.

PLAINTIFF STAY BUTT-NAKED HIS ENTIRE STAY OF (3) THREE DAYS IN PONTIAC CC WHILE ON HIS COURT WRIT AND ONLY RECIEVED CLOTHES ON 4-24-07 TO WEAR TO COURT AND BACK. PLAINTIFF WAS DENIED BREAKFAST, LUNCH, DINNER ON 4-22-07, 4-23-07, 4-24-07, 4-25-07 BREAKFAST & LUNCH UNTIL RETURNED BACK TO HIS FACILITY TAMMS CORR. CTR. DEFENDANTS JONES; MELVIN; BLACKARD; EATON; KUHSE; DALLAS; SAMPSON; TODD; TANGGER MAN; MCBARNEY ALL WAS INVOLVED IN MY CELL CONDITIONS AND DELIBERATELY INDIFF ERENCE TO MY PHYSICAL HEALTH & SAFETY AS A RETILIATORY ACT AUTHORIZED BY DEFENDANT ROPER TO SUBJECT PLAINTIFF TO THESE CRUEL CONDITIONS BECAUSE OF MY FILING MY LAWSUIT AGAINST HIM.

DEFENDANT ROPER WAS A WELL KNOWN CAPTAIN AT PONTIAC CORR. CTR. BEFORE HE WAS TRANSFERRED TO TAMMS CORR. CTR. IN 1998. SINCE THEN DEFENDANT ROPER STILL HAS STRONG TIES WITH PONTIAC CC STAFF BECAUSE HE GREW UP IN PONTIAC AND HIS FAMILY STILL LIVES IN PONTIAC AND HIS BROTHER WORKS AT PONTIAC CC AS A LIEUTENANT.

IN DESCRIBING THE ACTIONS OF ALL DEFENDANTS ROPER; EATON; TODD; TANGGERMAN; MCBARNEY; JONES; MELVIN; KUHSE; DALLAS; BLACKARD; SAMPSON; ALL KNEW OF AN PARTI CIPATED IN SUCH UNUSUAL AND CRUEL CONDITIONS OF THE PLAINTIFF AND INTENTIONS WERE TO CAUSE HIM HARM VIOLATED PLAINTIFF 8th & 14th AMENDMENTS OF THE US CONSTITUT ION.

IN EXPOSING THE PLAINTIFF TO THE CONDITIONS AT PONTIAC, DEFENDANTS HAVE UNNECESS ARILY AND WANTONLY INFLICTED PAIN ON HIM.

COUNT-I

PLAINTIFF REALLEGES PARAGRAPHS 1-2 AS IF FULLY SET FORTH HEREIN. IN DEMONSTRATING RETILIATION UPON THE PLAINTIFF AS DESCRIBED ABOVE, THE INDIVIDUAL DEFENDANTS VIOLATED THE RIGHTS OF PLAINTIFF TO FREE SPEEK, FREEDOM TO PETITION THE GOVER NMENT FOR REDRESS OF GRIEVANCES UNDER THE 1st AND 14th AMENDMENTS TO THE US CONSTIT UTION.

COUNT-II

PLAINTIFF REALLEGES PARAGRAPHS 1-2 AS IF FULLY SET FORTH HEREIN. IN SUBJECTING PLAINTIFF TO THE UNCONSTITUTIONAL CONDITIONS DESCRIBED ABOVE, THE INDIVIDUAL DEFENDANTS VIOLATED THE RIGHTS OF PLAINTIFF TO BE FREE OF CRUEL

AND UNUSUAL PUNISHMENT UNDER THE 8th AND 14th AMENDMENTS OF THE US CONSTITUTION

WHEREFORE, PLAINTIFF REQUESTS THIS COURT TO GRANT THE FOLLOWING RELIEFS:

A) DECLARE THAT THE ACTIONS AND INACTION OF DEFENDANTS DESCRIBED HEREIN HAVE VIOLATED AND CONTINUE TO VIOLATE THE PLAINTIFF RIGHTS UNDER THE 1st, 8th AND 14th AMENDMENTS TO THE U.S. CONSTITUTION

B) ENJOIN DEFENDANTS FROM ENGAGING IN ANY ACTION OR CONDUCT, OR FROM FAILING TO ACT IN ANY WAY THAT VIOLATES THE PLAINTIFFS ABOVE-MENTIONED RIGHTS

C) AWARD PLAINTIFF A JUDGMENT AGAINST DEFENDANTS SEPERATELY AND JOINTLY FOR COMPENSATORY DAMAGES IN AN AMOUNT DEEMED PROPER BY THE FACT FINDER

D) AWARD PLAINTIFF A JUDGMENT AGAINST DEFENDANTS, SEPERATELY AND JOINTLY FOR PUNITIVE DAMAGES IN AN AMOUNT DEEMED PROPER BY THE FACT FINDER

E) AWARD PLAINTIFF A JUDGMENT AGAINST DEFENDANTS SEPERATELY AND JOINTLY FOR NOMINAL DAMAGES IN AN AMOUNT DEEMED PROPER BY THE FACT FINDER

F) AWARD PLAINTIFF A JUDGMENT AGAINST DEFENDANTS SEPERATELY AND JOINTLY FOR ATTORNEY FEES AND COSTS

G) AWARD PLAINTIFF A JUDGMENT AGAINST DEFENDANTS SEPERATELY AND JOINTLY FOR ANY OTHER RELIEF THAT THE COURT DEEMS JUST AND PROPER

MR. WHITE REQUEST TRIAL BY BENCH

JURY DEMAND    YES ☐    NO ■

BENCH TRIAL    YES ■    NO ☐

EXECUTED ON  11-11-2007

SIGN SUBSCRIBE AND SWORN TO BY
CERTIFICATION PROVISIONS OF 735 ILCS
5/1-109 (WEST LAW 2007)

RESPECTFULLY SUBMITTED,
/S/ Donnie D. White
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988

6

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*
*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*
*ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS*
*RELATING TO YOUR GRIEVANCE.*

EXHIBITS

1. 4-25-2007 (4 PAGE) GRIEVANCE TO COMPLAINT

2. 4-25-2007 (4 PAGE) GRIEVANCE TO COMPLAINT

3. 6-17-2007 (2 PAGE) GRIEVANCE TO COMPLAINT

4. 6-29-07 A.R.B. RETURN OF GRIEVANCE OR CORRESPONDENCE

5. 6-11-07 LTR TO A.R.B

6. 6-04-2007 MEMORANDUM FROM COUNSELOR TO GRIEVANCE 4-25-07

7. 11-01-2007 LTR TO COUNSELOR JONES

8. 10-21-2007 LTR TO COUNSELOR OSMAN

9. 11-05-07 LTR TO COUNSELOR MOORE

10. 8-27-07 LTR TO COUNSELOR MOORE

11. A.R.B. SUMMARY TO 4-25-07 GRIEVANCE TO COMPLAINT

12. 20 ILL ADM CODE SEGREGATION STATUS 2-8

13. ~~COTTAGE DANCE~~

14. (4) LTRS. TO BOTH WARDEN'S; DIETARY DEPT. & MS. ROPER 4-10-2007 INFORMING THEM ABOUT 4-24-07 CT. WRIT

15. (1) ONE PAGE DOCKET SHEET 3-15-2007 SHOWING CT. WRIT ORDERED IN ADVANCE & 3-29-07 SHOWING U.S. MARSHALL EXECUTED HABEAS CORPUS ON FACILITY.

16. ILLINOIS LAW: ILCS 730 ILCS 5/3-7-2 (d); 730 ILCS 5/3-8-7 (b)(1); 730 ILCS 5/3-10-8 (a)(1)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 4-25-2007 | Offender: (Please Print) DONNIE D. WHITE | ID#: B31317 |
|---|---|---|

| Present Facility: TAMMS CORR CTR | Facility where grievance issue occurred: TRANSPORTING CREW TO PONTIAC C.C. |
|---|---|

**NATURE OF GRIEVANCE:** PLT SGT EATON 7-3 SHIFT  4-22-07 TO 4-25-07   DENIED WRIT LUNCH, DENIED
NCH   LT SIMPSON 3-11 P.C.C.   CLOTHING, MATTRESS, DENIED
LEGAL DOCUMENTS MY ISSUE, DEN
AS RETALIATION FOR

- [X] Personal Property (ENVELOPE)
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [X] Other (specify): FILING LAWSUIT
- [ ] Disciplinary Report: ___/___/___   WARDEN JONES P.C.C.
  Date of Report   MJ. BLACKARD P.C.C.
  SUPT. M. MELVIN P.C.C.   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING FILED IN REFERENCE DIRECTLY TO THE A.R.B. IN PURSUANT TO SECTION 504.870 (9)(4) BECAUSE MOST OF THE EVENTS HAPPENED WHILE OUT ON A COURT WRIT AT ANOTHER I.DOC FACILITY.

THIS RESIDENT GRIEVES THAT ON 4-22-2007 I WAS TRANSFERRED FROM TAMMS TO GRAHAM CORR CTR. BY YO D. WATSON; YOR STUART; YO KEMP; LT. DUBOIS. I HAD WRITTEN TO WARDEN BARTLEY; A/W LAMBERT; MJ. ROPER ADVISING THEM THAT STAFF HAS NOT BEEN GIVING US INMATES WRIT-LUNCHES LEAVING TAMMS YET TRANSPORTING OFFICERS HAS THEIR LUNCHES TO EAT.
FOR A 2 HOUR TRANSPORT IT'S NOT A PROBLEM, BUT WHEN AN ORIGINAL 2 HOUR TRANS

**Relief Requested:** (1) AN INTERNAL INVESTIGATION (2) ENJOINDER OF STAFF TO PREVENT THEM FOR ACTING UNPROFESSIONAL TOWARDS GRIEVANT (3) MONITOR ALL STAFF THAT HAD GRIEVANT PLACED BUTT-NAKED IN NCH #145 AND DENIED TO FEED HIM FOR (3) TIMES

- [X] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Donnie W. White | B31317 | 4, 25, 2007 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

**Counselor's Response** (if applicable)

| Date Received: 5, 21, 7 | [ ] Send directly to Grievance Officer | [X] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:**

over 60 days

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

RECEIVED
APR 30 2007
TAMMS CORR CENTER
WARDEN'S OFFICE

RECEIVED
APR 30 2007
OFFICE OF INMATE ISSUES

| Date Received: | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance  [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Tim Bartley | | 4, 30, 07 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

Memo w/ARB 6/4/07

PORT TURNS OUT TO BE A 4½ HOUR WRIT, LEAVING THE FACILITY AT 7:45 AM AND NOT ARRIVING TO GRAHAM CC UNTIL APPROXIMATELY 11:45 AM WARRANTS GRIEVANT TO BE PROVIDED WITH A LUNCH MEAL. GRIEVANT TOLD LT DUBOIS YET LT DUBOIS; S/O MASON; S/O STUART; S/O WEHMIER ALL LIED TO GRIEVANT STATING THAT MY BAG LUNCH WAS IN THE TRANSPORT VEHICLE.

UPON ARRIVING AT GRAHAM C.C. GRIEVANT ASKED TO BE FEAD LUNCH IN WHICH I WAS UNRESTRAINED BY THMUS ESCORTING OFFICERS TO BE HANDED OVER TO THE I.D.O.C. S.O.R.T TO BE TRANSPORTED TO PONTIAC C.C.. GRIEVANT WAS NOT FEAD LUNCH AT GRAHAM C.C. AND UPON ARRIVAL AT PONTIAC C.C. GRIEVANT RE QUESTED TO BE GIVEN A LUNCH IN WHICH SGT. EPTON TOLD GRIEVANT THAT " HEY WHITE, IT'S YOUR ANNIVERSARY" AND GUESS WHAT? FUCK YOU AND A LUNCH BECAUSE YOU'RE GOING TO MY CELL HOUSE SPECIALLY ESCORTED BY THE TACT TEAM." SOMEONE YOU KNOW TOLD ME TO TELL YOU "HAPPY ANNIVERSARY" DICK- HEAD BECAUSE TODAY YOU'RE BEING FUCKED WITH NO GREASE."

GRIEVANT WAS ESCORTED TO NCH #145 AND PLACED IN NCH#145 BUTT NAKED WITH NO MATTRESS, BEDDING, CLOTHING, HYGENE ITEMS AND CELL #145 HAD SOME ONES DRIED BLOOD AND FOOD SMEARED ALL OVER THE CELL WALLS, CEILING, BUNK AREA, CELL DOOR AND WINDOW.

GRIEVANT WAS NOT TOLD WHY I WAS PLACED IN NCH#145 BUTT NAKED AND I DID NOT DO ANYTHING TO ANYBODY. SGT. EPTON CAMED BACK TO MY CELL #145 AT ABOUT A FEW MINUTES BEFORE SHIFT CHANGED TO 3-11 SHIFT AND TOLD GRIEVANT THAT M.J. ROPER SAID THAT IT'S YOUR ANNIVERSARY MEANING 3 YEARS AGO ON 4- 22-04 I WAS EXACTED BY C.E.T AND BEAT UP AND I FILED A LAWSUIT ABOUT IT SO I WAS RETILIATED UPON BY SGT. EPTON BECAUSE MAJOR ROPER CAMED TO THMUS AS A CAPTAIN FROM PONTIAC C.C..

GRIEVANT WAS DENIED LUNCH AND DINNER ON 4-22-07; BREAKFAST; LUNCH; DIN NER ON 4-23-07; BREAKFAST; LUNCH; DINNER ON 4-24-07 AND I WAS MACED IN THE ADMINISTRATION BUILDING SHAKE DOWN ROOM BECAUSE I WANTED SOMETHING TO EAT. I WAS CHOKED AND MACED IN THE CAGED. BREAKFAST; LUNCH 4-25-07 UPON RETURNING BACK TO THMUS C.C..

GRIEVANT WROTE TO WARDEN BARTLEY; A/W LAMBERT; M.J. HALLUM; MENTAL HEALTH DEPT. YET NO ONE CARES TO ACKNOWLEDGE MY ISSUE OF RETILIATION. I WAS BUTT NAKED ALL (3) THREE DAYS AND ONLY GIVEN CLOTHES TO WEAR TO COURT ON 4-24- 07 AND HAD THEM TAKEN AWAY ONCE I GOT BACK TO PONTIAC C.C..

I WAS PLACED IN A BLOOD + FOOD SMEARED UNSANITARY CELL OUT OF RETILIATION BY SGT. EPTON ON BEHALF OF M.J. ROPER AND DENIED ANY BEDDING, MATTRESS, CLOTHING, HYGENE ITEMS AND SANITATION ITEMS AND FORCED GRIEVANT TO LIVE LIKE A SAVAGE ANIMAL BY DENYING GRIEVANT TO EAT BREAKFAST, LUNCH & DINNER ON 4-22-07 TO 4-25-07.

THESE ACTS DESCRIBED ABOVED CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE TO GRIEVANT HEALTH AND SAFETY. GRIEVANT WAS HOUSED AROUND SERIOUSLY MENTALLY-ILL INMATES THAT WAS BANGING AND KICKING ON THEIR CELL DOORS; WINDOWS; FLOODING; THROWING FECES; ATTEMPTING TO HANG

PAGE 3 OF 4

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 4-25-2007 | Offender: (Please Print) DONNIE D. WHITE | ID#: B31317 |
|---|---|---|

| Present Facility: TAMMS CORR CTR | Facility where grievance issue occurred: TRANSFERRING TO PONTIAC CC |
|---|---|

**NATURE OF GRIEVANCE:**
(CLOTHING + LEGAL DOCUMENTS)   SGT. EATON   4-22-07 TO 4-25-07   DENIED INCLL LUNCH; DENIED CLOTHING   NCH 7-3 SHIFT   MATTRESS; BEDDING; HYGIENE ITEMS;

- [X] Personal Property (CANTEEN CARD)
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability   LEGAL DOCUMENTS AS RETALIATION
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA   FOR FILING LAWSUIT
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [X] Other (specify)

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: THEMSELVES; LOUD; NOISY AND CHAOTIC IN WHICH DEPRIVED GRIEVANT OF A PEACE OF MIND; SLEEP. CAUSING GRIEVANT TO SUFFER SEVERE ANXIETY ATTACKS; EMOTIONAL DISTRESS AND MENTAL ANGUISH AND FEAR.

GRIEVANT FEARS THAT HE WILL BE RETALIATED AGAINST WHEN THE A.R.B RECIEVES THIS GRIEVANCE BY TAMMS SECURITY STAFF FOR THE CONDUCT MENTIONED IN THIS GRIEVANCE.

GRIEVANT ALSO WANTS TO POINT OUT TO THE A.R.B THAT TAMMS TRANSPORTING STAFFS KNOWS THAT IT DO NOT TAKE 4½ HOURS TO GET TO GRAHAM CC FROM

Relief Requested: DAYS WHEN I DIDN'T DO ANYTHING AND/OR EXPLAIN TO ME WHY MY GRIEVANCE DO NOT HAVE MERITS SO THAT I CAN UNDERSTAND THAT I AM NOT JUST BEING ARBITRARILY DENIED LIFE, LIBERTY OR PROPERTY WITHOUT ANY LEGITIMATE

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Donnie D. White          B31317          4, 25, 2007
   Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|
| Date Received: 5, 21, 7    [ ] Send directly to Grievance Officer    [X] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: |
| _____ / _____ / _____<br>Print Counselor's Name    Counselor's Signature    Date of Response |

| **EMERGENCY REVIEW** |
|---|
| Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| Ken Bartley                          4 30 07<br>Chief Administrative Officer's Signature          Date |

RECEIVED APR 28 2007 OFFICE OF INMATE ISSUES

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

TWO SIDED

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE (Continued)

TAMMS CORR. CTR..

GRIEVANT POINTS THIS OUT TO THE A.R.B. BECAUSE IN 2006 GRIEVANT WAS GOING UP TO STATEVILLE CORR. CTR. FOR COURT IN WILL CO. AND IT TOOK ON MOST OCCASIONS 5 HOURS 20 MINUTES. NOW GRAHAM IS ONLY 2 HOURS TRANS FOR FROM TAMMS CORR. CTR. ESTIMATE HOW SLOW STAFF BE DRIVING TO GET TO GRAHAM C.C. FROM TAMMS C.C. IF THEY ARE LEAVING AT 7:45 AM IN THE MORNING AND ARRIVING AT GRAHAM AT 11:45 AM SOMETIME A FEW MINUTES OVER NOON TIME.

GRIEVANT REQUESTS AN INTERNAL INVESTIGATION AND INTERVIEW ALL INMATE WITNESSES. ALL INMATES ASSIGNED TO NCH 137 TO 151 AND 337 TO 350

I/M R. McGEE #140

IN VIOLATION OF MY FIRST AMENDMENT. RIGHT TO PETITION THE GOVERNMENT FOR REDRESS FOR GRIEVANCE.

RELIEF REQUEST CONT'D: PENOLOGICAL JUSTIFICATION IN WHICH DUE PROCESS SO DOES REQUIRES. AND TO ADMONISH ALL STAFF NOT TO RETALIATE AGAINST ME FOR FILING MY GRIEVANCE.

| ALL PONTIAC CORR. CTR. STAFF INVOLVED: | TAMMS C.C. STAFF INVOLVED: |
|---|---|
| WARDEN JONES 4-22-07 TO 4-25-07 | WARDEN BARTLEY 4-22-07 |
| M.J. BLACKARD NCH 7-3 4-22-07 TO 4-25-07 | A/W LAMBERT 4-22-07 |
| SGT. M. MELVIN 7-3 4-22-07 TO 4-25-07 | M.J. ROPER 4-22-07 |
| SGT. M. EATON 7-3 NCH 4-22-07 TO 4-25-07 | L.T. DUBOIS 4-22-07 |
| L.T. SAMPSON 3-11 NCH 4-22-07 TO 4-25-07 | %0 D. MASON 4-22-07 |
| L.T. B. DALLAS 11-7 NCH 4-22-07 TO 4-25-07 | %0 R. STAVART 4-22-07 |
| SGT. GARY KUHSE 3-11 NCH 4-22-07 TO 4-25-07 | %0 KEMP 4-22-07 |
| L.T TODD 7-3 NCH 4-22-07 TO 4-25-07 | L.T MENER 4-25-07 |
| %0 McBARNEY 7-3 NCH 4-22-07 TO 4-25-07 | %0 M. BUNDREN 4-25-07 |
| %0 TANGERMAN 7-3 NCH 4-22-07 TO 4-25-07 | %0 KEMP 4-25-07 |
| PLACED IN MAILED 4-25-07 TO A.R.B. | %0 B. HUNSAKER 4-25-07 |

SHERRY BENTON AND SENT COPY TO WARDEN BARTLEY 4-25-07 WILL RECIEVE 4-26-07 AT HIS OFFICE FOR PROCESSING. GIVEN TO T. OSMAN ON 5-21-07 AT MY CELL FRONT B-2-8 FOR PROCESSING. RECIEVED 6-17-07 T. OSMAN ADVISED TO SUBMIT DIRECTLY TO A.R.B. FOR PROCESSING AND REWRITE PORTION ON TAMMS STAFF.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 4-25-2007 | Offender: (Please Print) Donnie D. White | ID#: B31317 |
|---|---|---|

| Present Facility: Tamms Corr Ctr | Facility where grievance issue occurred: Transferring to Pontiac CC |
|---|---|

**NATURE OF GRIEVANCE:**  Clothing & Legal Documents    SGT. Eaton    4-22-07 to 4-25-07    Denied imput lunch; Denied clothing,
mattress, Bedding, Hygiene items;
Legal documents as retaliation
for filing lawsuit

- [X] Personal Property (Clothing)
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [X] Other (specify)

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** themselves; loud - noisy and chaotic in which deprived grievant of a peace of mind; sleep, causing grievant to suffer severe anxiety attacks; emotional distress and mental anguish and fear.

Grievant fears that he will be retaliated against when the A.R.B recieves this grievance by Tamms security staff for the conduct mentioned in this grievance.

Grievant also wants to point out to the A.R.B that Tamms transporting staffs knows that it do not take 4½ hours to get to Graham CC from

**Relief Requested:** days when I didn't do anything and/or explain to me why my grievance do not have merits so that I can understand that I am not just being arbitrarily denied life, liberty or property without any legitimate

- [X] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Donnie D. White _____ B31317 _____ 4, 25, 2007
   Offender's Signature _____ ID# _____ Date

**(Continue on reverse side if necessary)**

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 5, 21, 7    [ ] Send directly to Grievance Officer    [X] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name _____ Counselor's Signature _____ Date of Response

---

| **EMERGENCY REVIEW** |
|---|

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Ken Bartley
   Chief Administrative Officer's Signature _____ 4 B 0107
   Date

RECEIVED    JUN 18 2007    OFFICE OF INMATE ISSUES

| Date: 4-25-2007 | Offender: (Please Print) DONNIE D. WHITE | ID#: B31317 |
|---|---|---|

**Present Facility:** TAMMS CORR CTR    **Facility where grievance issue occurred:** TRANSFER LINE TO PONTIAC C.C.

**NATURE OF GRIEVANCE:** SGT. EATON 7-3 SHIFT    4-22-07 TO 4-25-07    DENIED WRIT LUNCH, DENIED
NCH    CLOTHING, MATTRESS, BEDDING

- [X] Personal Property (UNSHOWN)
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability    LEGAL DOCUMENTS MY LEGAL MATL
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA    AS RETLIATION FOR
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [X] Other (specify): FILING LAWSUIT

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING FILED IN REFERENCE DIRECTLY TO THE A.R.B.
IN PURSUANT TO SECTION 504.870 (9)(4) BECAUSE MOST OF THE EVENTS HAPPENED
WHILE OUT ON A COURT WRIT AT ANOTHER IDOC FACILITY.

THIS RESIDENT GRIEVES THAT ON 4-22-2007 I WAS TRANSFERRED FROM TAMMS
TO GRAHAM CORR CTR. BY %O D. MASON; %OR STUART; %O KEMP; LT DUBOIS. I HAD
WRITTEN TO WARDEN BARTLEY; A/W LAMBERT; M.S. ROPER ADVISING THEM THAT STAFF
HAS NOT BEEN GIVING US INMATES WRIT-LUNCHES LEAVING TAMMS YET TRANSPORTING
OFFICERS HAS THEIR LUNCHES TO EAT.
FOR A 2 HOUR TRANSPORT IT'S NOT A PROBLEM, BUT WHEN AN ORIGINAL 2 HOUR TRANS

**Relief Requested:** (1) AN INTERNAL INVESTIGATION (2) ENJOINDER OF STAFF TO PREVENT THEM
FOR ACTING UNPROFESSIONAL TOWARDS GRIEVANT (3) MONITOR ALL STAFF THAT HAD
GRIEVANT PLACED BUTTNAKED IN NCH #145 AND DENIED TO PISS HOLE FOR (3) THREE

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Donnie D White | B31317 | 4, 25, 2007 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

## Counselor's Response (if applicable)

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [X] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

RECEIVED

## EMERGENCY REVIEW

Date Received: APR 30 2007    TAMMS CORR CENTER WARDEN'S OFFICE
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Ken Bartley
Chief Administrative Officer's Signature        4, 30, 07
                                                Date

PORT TURNS OUT TO BE A 4½ HOUR WRIT, LEAVING THE FACILITY AT 7:45 AM AND NOT ARRIVING TO GRAHAM C.C. UNTIL APPROXIMATELY 11:45 AM WARRANTS GRIEVANT TO BE PROVIDED WITH A LUNCH MEAL. GRIEVANT TOLD LT DUBOIS YET LT DUBOIS, C/O MASON, C/O STUART, C/O WETHMER ALL LIED TO GRIEVANT STATING THAT MY BAG LUNCH WAS IN THE TRANSPORT VEHICLE.

UPON ARRIVING AT GRAHAM C.C. GRIEVANT ASKED TO BE FED LUNCH IN WHICH I WAS UNRESTRAINED BY THAMUS ESCORTING OFFICERS TO BE HANDED OVER TO THE I.D.O.C. S.O.R.T TO BE TRANSPORTED TO PONTIAC C.C.. GRIEVANT WAS NOT FED LUNCH AT GRAHAM C.C. AND UPON ARRIVAL AT PONTIAC C.C. GRIEVANT RE QUESTED TO BE GIVEN A LUNCH IN WHICH SGT. EATON TOLD GRIEVANT THAT "HEY WHITE, IT'S YOUR ANNIVERSARY" AND GUESS WHAT? FUCK YOU AND A LUNCH BECAUSE YOU'RE GOING TO MY CELL HOUSE SPECIALLY ESCORTED BY THE TACT TEAM." SOMEONE YOU KNOW TOLD ME TO TELL YOU "HAPPY ANNIVERSARY" DICK-HEAD BECAUSE TODAY YOU'RE BEING FUCKED WITH NO GREASE!

GRIEVANT WAS ESCORTED TO NCH #145 AND PLACED IN NCH#145 BUTT-NAKED WITH NO MATTRESS, BEDDING, CLOTHING, HYGENE ITEMS AND CELL#145 HAD SOME ONES DRIED BLOOD AND FOOD SMEARED ALL OVER THE CELL WALLS, CEILING, BUNK AREA, CELL DOOR AND WINDOW.

GRIEVANT WAS NOT TOLD WHY I WAS PLACED IN NCH#145 BUTT-NAKED AND I DID NOT DO ANYTHING TO ANYBODY. SGT. EATON CAMED BACK TO MY CELL #145 AT ABOUT A FEW MINUTES BEFORE SHIFT CHANGED TO 3-11 SHIFT AND TOLD GRIEVANT THAT M.J. ROPER SAID THAT IT'S YOUR ANNIVERSARY MEANING 3 YEARS AGO ON 4-22-04 I WAS EXACTED BY C.E.T AND BEAT UP AND I FILED A LAWSUIT ABOUT IT SO I WAS RETILIATED UPON BY SGT. EATON BECAUSE MAJOR ROPER CAMED TO THAMUS AS A CAPTAIN FROM PONTIAC C.C.

GRIEVANT WAS DENIED LUNCH AND DINNER ON 4-22-07; BREAKFAST; LUNCH; DIN NER ON 4-23-07; BREAKFAST, LUNCH, DINNER ON 4-24-07 AND I WAS MACED IN THE ADMINISTRATION BUILDING SHAKE DOWN ROOM BECAUSE I WANTED SOMETHING TO EAT. I WAS CHOKED AND MACED IN THE CAGED. BREAKFAST; LUNCH 4-25-07 UPON RETURNING BACK TO THAMUS C.C..

GRIEVANT WROTE TO WARDEN BARTLEY; MW LAMBERT; M.J. HALLEN; MENTAL HEALTH DEPT. YET NO ONE CARES TO ACKNOWLEDGE MY ISSUE OF RETILIATION. I WAS BUTT-NAKED ALL (3) THREE DAYS AND ONLY GIVEN CLOTHES TO WEAR TO COURT ON 4-24-07 AND HAD THEM TAKEN AWAY ONCE I GOT BACK TO PONTIAC C.C..

I WAS PLACED IN A BLOOD & FOOD SMEARED UNSANITARY CELL OUT OF RETILIATION BY SGT. EATON ON BEHALF OF M.J. ROPER AND DENIED ANY BEDDING, MATTRESS, CLOTHING, HYGIENE ITEMS AND SANITATION ITEMS AND FORCED GRIEVANT TO LIVE LIKE A SAVAGE ANIMAL BY DENYING GRIEVANT TO EAT BREAKFAST, LUNCH & DINNER ON 4-22-07 TO 4-25-07.

THESE ACTS DESCRIBED ABOVE CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE TO GRIEVANT HEALTH AND SAFETY. GRIEVANT WAS HOUSED AROUND SERIOUSLY MENTALLY-ILL INMATES THAT WAS BANGING AND KICKING ON THEIR CELL DOORS; WINDOWS; FLOODING; THROWING FECES; ATTEMPTING TO HANG

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 4-25-2007 | Offender: (Please Print) DONNIE D, WHITE | | ID#: B31317 |
|---|---|---|---|

| Present Facility: TAMMS CORR CTR | Facility where grievance issue occurred: TRANSFERRING TO PONTIAC C.C. |
|---|---|

**NATURE OF GRIEVANCE:** SGT. EATON 7-3 SHIFT NCH    4-22-07 TO 4-25-07    DENIED WRIT LUNCH; DENIED CLOTHING, MATTRESS, BEDDING; LEGAL DOCUMENTS MY HEALTH AS RETALIATION FOR FILING LAWSUIT

- [X] Personal Property (& UNUSED)
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
        Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability
- [ ] HIPAA
- [X] Other (specify): FILING LAWSUIT

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING FILED IN REFERENCE DIRECTLY TO THE ARB IN PURSUANT TO SECTION 504.870 (9)(4) BECAUSE MOST OF THE EVENTS HAPPENED WHILE OUT ON A COURT WRIT AT ANOTHER IDOC FACILITY.

THIS RESIDENT GRIEVES THAT ON 4-22-2007 I WAS TRANSFERRED FROM TAMMS TO GRAHAM CORR CTR BY %O. MASON; %R STUART; %O KEMP; LT DUBOIS. I HAD WRITTEN TO WARDEN BARTLEY; A/W LAMBERT; MS. ROPER ADVISING THEM THAT STAFF HAS NOT BEEN GIVING US INMATES WRIT-LUNCHES LEAVING TAMMS YET TRANSPORTING OFFICERS HAS THEIR LUNCHES TO EAT.

FOR A 2 HOUR TRANSPORT IT'S NOT A PROBLEM, BUT WHEN AN ORIGINAL 2 HOUR TRANS

**Relief Requested:** (1) AN INTERNAL INVESTIGATION (2) ENJOINDER OF STAFF TO PREVENT THEM FOR ACTING UNPROFESSIONAL TOWARDS GRIEVANT (3) MONITOR ALL STAFF THAT HAD GRIEVANT PLACED BUTT NAKED IN NCH #145 AND DENIED TO FEED HIM FOR (3) THREE

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Donnie D. White | B31317 | 4, 25, 2007 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [X] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:**

| | | ___/___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

RECEIVED

### EMERGENCY REVIEW

Date Received: APR 30 2007
TAMMS CORR CENTER
WARDEN'S OFFICE

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [X] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Lin Bartley | 4, 30, 07 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender
Page 1
Printed on Recycled Paper
DOC 0046 (Rev. 3/2005)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 4-25-2007 | Offender: (Please Print) | DONNIE D. WHITE | ID#: B 31317 |

| Present Facility: TAMMS CORR CTR | Facility where grievance issue occurred: TRANSFERRING TO PONTIAC CC |

**NATURE OF GRIEVANCE:**  SGT. EATON  4-22-07 TO 4-25-07  DENIED HOT LUNCH; DENIED CLOTHING
CLOTHING & LEGAL DOCUMENTS  NCH 7-35 THY  MATRESS; BEDDING; HYGIENE ITEMS ETC,

☒ Personal Property (& DISCARD)  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability  LEGAL DOCUMENTS AS RETALIATE
☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA  FOR FILING LAWSUIT
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☒ Other (specify): _____

☐ Disciplinary Report: _____
                        Date of Report                    Facility where issued

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THEMSELVES; LOUD, NOISY AND CHAOTIC IN WHICH DEPRIVED GRIEVANT OF A PEACE OF MIND; SLEEP, CAUSING GRIEVANT TO SUFFER SEVERE ANXIETY ATTACKS, EMOTIONAL DISTRESS AND MENTAL ANGUISH AND FEAR.

GRIEVANT FEARS THAT HE WILL BE RETILIATED AGAINST WHEN THE A.R.B RECIEVES THIS GRIEVANCE BY TAMMS SECURITY STAFF FOR THE CONDUCT MENTIONED IN THIS GRIEVANCE.

GRIEVANT ALSO WANTS TO POINT OUT TO THE A.R.B THAT TAMMS TRANSPORTING STAFFS KNOWS THAT IT DO NOT TAKE 4 1/2 HOURS TO GET TO GRAHAM CC FROM

**Relief Requested:** DAYS WHEN I DIDN'T DO ANY THING AND/OR EXPLAIN TO ME WHY MY GRIEVANCE DO NOT HAVE MERITS SO THAT I CAN UNDERSTAND THAT I AM NOT JUST BEING ARBITRARILY DENIED LIFE, LIBERTY OR PROPERTY WITHOUT ANY LEGITIMATE

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Donnie D White  B 31317  4, 25, 2007
Offender's Signature  ID#  Date

**(Continue on reverse side if necessary)**

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☒ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Ken Bartley
Chief Administrative Officer's Signature        4 30 07
                                                 Date

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

TAMMS CORR. CTR.

GRIEVANT POINTS THIS OUT TO THE A.R.B. BECAUSE IN 2006 GRIEVANT WAS GOING UP TO STATEVILLE CORR. CTR FOR COURT IN WILL CO. AND IT TOOK ON MOST OCCASIONS 5 HOURS 20 MINUTES. NOW GRAHAM IS ONLY 2 HOURS TRANS FOR FROM TAMMS CORR. CTR, ESTIMATE HOW SLOW STAFF BE DRIVING TO GET TO GRAHAM C.C. FROM TAMMS C.C. IF THEY ARE LEAVING AT 7:45 AM IN THE MORNING AND ARRIVING AT GRAHAM AT 11:45 AM SOMETIME A FEW MINUTES OVER NOON TIME.

GRIEVANT REQUESTS AN INTERNAL INVESTIGATION AND INTERVIEW ALL INMATE WITNESSES. ALL INMATES ASSIGNED TO NCH 137 TO 151 AND 337 TO 350

I/M R. McGEE # 140

RELIEF REQUEST CONT'D: PENOLOGICAL JUSTIFICATION IN WHICH DUE PROCESS SO DOES REQUIRES AND TO ADMONISH ALL STAFF NOT TO RETILIATE AGAINST ME FOR FILING MY GRIEVANCE.

PLACED IN MAILED 4-25-07 TO A.R.B
SHERRY BENTON AND SENT COPY TO WARDEN
BARTLEY 4-25-07 WILL RECIEVE 4-26-07
AT HIS OFFICE FOR PROCESSING.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 6-17-07 | Offender: (Please Print) D. WHITE | | ID#: 631317 |
|---|---|---|---|
| Present Facility: TAMMS C.C. | | Facility where grievance issue occurred: TAMMS C.C. | |

**NATURE OF GRIEVANCE:** C/O MASON C/O KEMP C/O STUART LT DUBOIS B. SULLIVAN

| | | | | DENIED WRIT-LUNCH |
|---|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability | TRANSFERRING OUT |
| ☒ Staff Conduct | ☒ Dietary | ☐ Medical Treatment | ☐ HIPAA | FACILITY ON |
| ☐ Transfer Denial by Facility | ☐ Dietary | ☐ Transfer Denial by Transfer Coordinator | ☒ Other (specify): | 4-22-07 |

☐ Disciplinary Report: ____/____/____      _____
                        Date of Report      Facility where issued

**RECEIVED**
AUG 1 4 2007
GRIEVANCE OFFICER

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THIS RESIDENT FILED THIS ORIGINAL GRIEVANCE WITH COUNSELOR TOWA OSMAN ON 5-21-07 IN WHICH SHE RETURNED IT ADVISING GRIEVANT TO REWRITE THE PORTION REFERRING TO TAMMS CC STAFF.

THIS RESIDENT GRIEVES THAT I TRANSFERRED FROM TAMMS TO GRAHAM C.C ON 4-22-07 BEING ESCORTED BY C/O STUART C/O MASON C/O KEMP LT DUBOIS.

GRIEVANT LEFTED THE FACILITY APPROXIMATELY 7:45 AM AND DID NOT MAKE IT TO GRAHAM C.C. UNTIL APPROXIMATELY 11:45 IN WHICH I WAS NOT PREPARED A WRIT LUNCH BY DIETARY NOR DID ANY OF THIS

**Relief Requested:** TO BE ADVISED WHY I WAS NOT PREPARED A WRIT-LUNCH BY DIETARY SULLIVAN AND TO ADMONISHED STAFF TO PREPARE WRIT-LUNCHES FOR GRIEVANT OR ANY INMATE BEING TRANSPORTED OUT THE FACILITY LONGER

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ____/____/____
Offender's Signature         ID#         Date

*(Continue on reverse side if necessary)*

---

| | **Counselor's Response** (if applicable) | |
|---|---|---|
| Date Received: 6 / 18 / 07 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:**

Lt. Dubois responded in writing, "Inmate White was treated as any other inmate that goes on those transfers. I also told the staff at Graham that he needed a meal." C/O Kemp responded in writing, "I/M was provided a meal @ Graham." C/O Mason's written statement indicated, "All allegations are false. I/M White was given lunch by Graham C.C. Staff." C/O Stewart indicated in writing, "I/M White was transported to Graham C.C. and released to the custody of the sort team. It was this C/O's understanding that Graham was to provide a meal. This C/O along with the other officers and Lt. left Graham C.C. before the sort team and does not have any information after custody was released."

| _____ | _____ | 8 / 13 / 07 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____    ____/____/____
Chief Administrative Officer's Signature    Date

24 - Ret. to offender to file w/ ARB, Outside TAM jurisdiction.
SW

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**OFFENDER'S GRIEVANCE** (Continued)

SECURITY OFFICERS GO GET ME A WRIT-LUNCH. I WAS NOT FEED LUNCH AT GRAHAM C.C. EITHER. THE SORT TEAM TOLD ME THAT I WILL EAT AT PONTIAC IN WHICH WAS A BIG LIE.

THOUGH C/O MASON, C/O KEMP, C/O STUART; L.T. DUBOIS ALL BROUGHT THEMSELVES A LUNCH TO EAT.

BEING THAT THE TRANSPORT WAS ONLY TO BE A 2 HOUR DRIVE IT TURNED OUT TO BE 4½ HOURS AND THE OFFICERS DID NOT TRY TO GET GRIEVANT ANY LUNCH AT GRAHAM C.C. EITHER.

RELIEF REQUEST CONT'D : THAN 2 HOUR TRANSPORT AND/OR EXPLAIN TO ME WHY MY GRIEVANCE DO NOT HAVE ANY MERITS SO THAT I CAN UNDERSTAND THAT I AM NOT JUST BEING ARBITRARILY DENIED AND TARGETED BY SAID STAFF.

MAILED 6-12-07 TO T. OSMAN
FOR PROCESSING AT HER OFFICE.
SHE WILL RECIEVE THIS ON 6-18-07
IN THE MORNING. RECIEVED 8-15-07
T. OSMAN MAILED 8-15-07 TO C/O ARNOLD FOR
FURTHER PROCESSING. WILL RECIEVE IN THE
MORNING 8-16-07 AT HER OFFICE. RECIEVED
8-28-07 C/O A. MOORE ADVISED TO SUBMIT
DIRECTLY TO A.R.B FOR PROCESSING

Printed on Recycled Paper

RECEIVED

OCT 0 1 2007

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

GRIEVANCE OFFICER

**Offender:** White _____ Lonnie _____ MI _____ B3131 7
ID#

Last Name          First Name

**Facility:** Tamms

☒ Grievance (Local Grievance # (if applicable): 4-25-07 )    or    ☐ Correspondence

**Received:** 6 , 27, 07    Regarding: 4.22.07  incident - Hearing
Date                        Court  Unit issue

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

**Completed by:** _____ Jenny Benton _____ 9 12, 07
Print Name                    Signature                    Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Tamms Correctional Center / 200 Supermax Road, P.O. Box 400 / Tamms, IL 62988 / Telephone: (618) 747-2042 / TDD: (800) 526-0844

## M E M O R A N D U M

Date:        6/4/07

To:          White, B31317, B-2-1

From:        Toma Osman, CCII

Subject:     Grievance:    Pontiac C.C
             Dated:        4/25/07

The attached grievance is being returned for the reason(s) listed below:

☐    Issue needs to be discussed with your counselor for possible resolution per DR 504.

☐    Use proper Committed Person's Grievance Report Form (DOC 0046).

☐    Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☒    This is an Administrative Review Board issue.

☐    Issue is currently being reviewed by _____.

☐    Not submitted in a timely manner as outlined in DR 504; therefore, issue will not be addressed
     further.

☐    Unable to determine the specific nature of grievance. Rewrite stating the specific issue of your
     grievance and return to your counselor.

☐    Illegible copy submitted – submit legible copy for consideration.

☐    Issue has been previously address on      _____.        No justification for further consideration.

☐    Your grievance contains language that is inappropriate. Remove all profanity and insolent remarks.

☒    Other:    Issues occurring at Pontiac are outside the jurisdiction of this facility and need to sent
              directly to ARB. You will need to rewrite and resubmit your grievance with only the
              issues concerning Tamms C.C. for it to be addressed here.

Cc:          File

1:07-cv-01311-HAB-JAG #25 Page 30 of 86

Nov. 01, 2007

11-1-07

To: Clinical Services Dept.
Mr. Robert C. Jones Chf.
E-Pod Counselor

Re: Assistance needed

Dear: Robert J.

A response from Bonnie Sullivan as to the listed inquiries at the bottom of this request, situations not acknowledged my request so now I am asking your assistance I submit to Dr 501.810 (b).

I am requesting your assistance in regarding

1. On Jan. 22, 2006 and Feb. 26, 2006, I venton (2) two different overnight custody arrests in which I was transferred out of Thomas Cook Cty Ctr to Statesville Corr. Ctr for an court hearing at will County Circuit Court in Joliet Illinois, while site in question by security authority that I then Illinois States filed to transfer out this facility on above dates and to prepare a court unit bag lunch for me that I administering officers at here dept.?

On April 12, 2006 and Augustly 2006 I venton (2) two different overnight custody arrests in which I was transferred out of Thomas Cook Cty Ctr to Statesville Corr Ctr for an court hearing at Livingston Co. Circuit Court in Pontiac Illinois, while site in question by security authority that I was site that to prepare out this facility on above dates and to prepare a court unit bag lunch for me and trans

I patiently await your reply, cordially!

Respectfully
Dennis D. White
B51317
E-1-10

Respectfully
Dennis D. White
B51317
E-1-10

TO: CLINICAL SERVICES DEPT-
    TONA K. OSMAN CCII
    B-POD COUNSELOR

OCTOBER 21, 2007

10/22/7

RE: ASSISTANCE NEEDED

DEAR: TONA O.

I AM REQUESTING YOUR ASSISTANCE
IN RECIEVING A RESPONSE FROM BONNIE SULLIVAN AS TO THE LISTED INQUIRIES AT THE
BOTTOM OF THIS REQUEST. SHE WILL NOT RESPOND TO MY WRITTEN REQUESTS SO NOW I
AM ASKING YOUR ASSISTANCE TO GET A RESPOND BEFORE I HAVE TO FILE A GRIEVANCE
TO RECIEVE SUCH. THE INQUIRIES ARE AS WRITTEN:

1. ON JAN 22, 2006 AND FEB 26, 2006 I WENT ON (2) TWO DIFFERENT OVERNIGHT COURT WRITS
IN WHICH I WAS TRANSFERRED OUT OF TAMMS CORR. CTR. TO STATEVILLE CORR. CTR. FOR AN COURT
HEARING AT WILL COUNTY CIRCUIT COURT IN JOLIET ILLINOIS. WAS SHE INFORMED BY SECURITY
AUTHORITY THAT I WAS SCHEDULED TO TRANSFER OUT THE FACILITY ON ABOVE DATES AND TO PREPARE
A COURT WRIT BAG LUNCH FOR ME AND TRANSPORTING OFFICERS AT HER DEPT. ?

2. ON APRIL 12, 2006 AND AUGUST 14, 2006 I WENT ON (2) TWO DIFFERENT OVERNIGHT COURT WRITS IN
WITH I WAS TRANSFERRED OUT OF TAMMS CORR. CTR. TO PONTIAC CORR. CTR. FOR AN COURT HEARING AT
LIVINGSTON COUNTY CIRCUIT COURT IN PONTIAC ILLINOIS. WAS SHE INFORMED BY SECURITY AUTHORITY
THAT I WAS SCHEDULED TO TRANSFER OUT THE FACILITY ON ABOVE DATES AND TO PREPARE A COURT WRIT
BAG LUNCH FOR ME AND TRANSPORTING OFFICERS AT HER DEPT. ?

I PATIENTLY AWAITS YOUR REPLY, GOODDAY!

You are past the
60 day timeframe to fill
a grievance. Toma

RESPECTIVELY.
DONNIE O. WHITE
B 31317
B-2-6

NOV 05, 2007

To: CLINICAL SERVICES DEPT.
    MRS. APRIL D. MOORE CCII 6/0

RE: INQUIRY

DEAR: APRIL D.

THIS MY SECOND REQUEST TO YOU IN HOPES THAT YOU WILL AT LEAST ACKNOWLEDGE THIS REQUEST UPON YOUR MOST EARLLIEST TIME OF CONVIENCES.

WHAT DIRECTIONS CAN YOU GIVE TO ME IF MY COUNSELOR TOMA K OSMAN WILL NOT ASSIST ME IN RESOLVING AN ISSUE THAT IS ALMOST 4 MONTHS OLL EVEN THOUGH I HAVE ADDRESS THE ISSUE EACH TIME SHE VISITED MY CELL WHEN I WAS IN B-POD. I WROTE TO YOU ABOUT THIS ISSUE AND NEVER RECIEVED ANYTHING BACK FROM YOU ON THE SUBJECT MATTER MENTIONED HEREIN.

I ONLY WANT TO RECIEVE ADVICE AND / OR DIRECTIONS TO GO INSTEAD OF FILING A GRIEVANCE ON TOMA K. OSMAN. THIS I DONOT WANT TO DO BUT IF IT'S MY LAST AND ONLY RESORT LET ME KNOW. GOODDAY!

I PATIENTLY AWAITS YOUR REPLY BACK.

My suggestion is that you contact her supervisor, Ms. Houston, or Mr. Tanner. If you sent me a letter about another counselor's conduct, I probably forwarded it to Ms. Houston.        AMoore  11/6/07

RESPECTIVELY.
DONNIE D. WHITE
B 31317
E-1-10

AUGUST 27, 2007

To: CLINICAL SERVICES DEPT.
   MRS. APRIL D. MOORE CCII %

RE: LUNCH METAL GRIEV. 6-17-07

DEAR: APRIL D.

   I SUBMITTED MY ORIGINAL GRIEV

ANCE IN WHICH IS DATED 4-25-07 TO TONIA OSMAN AND SHE RETURN

IT ADVISING ME TO FORWARDED IT TO THE A.R.B. AND TO REWRITE TH

PART IN THE ORIGINAL GRIEVANCE ON A SEPERATE GRIEVANCE ABOUT

TAMMS STAFF OFFICIALS SO I DID AS SHE STATE. (FIRST PARAGRAPH

ON GRIEVANCE)

NOW YOU'RE TELLING ME TO FORWARDED TO THE A.R.B. WHEN I AM

GRIEVING THAT ANY INMATE TRANSFERRING OUT OF TAMMS C.C. LONGER

THAN (2) TWO HOURS TAMMS STAFF OFFICIALS MUST PROVIDE THAT PRISON

WITH A WRIT LUNCH.

I WAS NOT CONFINED AT GRAHAM CC SO WHY DO GRAHAM C.C. HAS TO

PROVIDE ME A LUNCH IF TAMMS C.C. STAFF IS TRANSPORTING ME 4½ TO

5 HOURS FROM TAMMS?

My decision stands. If you receive a response from the
ARB advising to have it heard @ Tamms,                          RESPECTIVELY
I will reconsider my decision.                         Donnie D. WHITE

File w/ ARB.           AMoore   8/28/07.                     B31317
                                                            B-2-6

# Illinois
**Department of**
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 30, 2007

Donnie White
Register No. B31317
Tamms Correctional Center

Dear Mr. White:

This is in response to your grievance received on May 2, 2007, regarding Staff Conduct (Sgt. Eaton 4/22/07-4/25/07), Conditions (Cell N-01-045) and Dietary (Not Fed Between 4/22/07-4/25/07), which were alleged to have occurred at Pontiac Correctional Center. This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your written grievance dated April 25, 2007, which states in summary that while on a court writ to Pontiac, you were never fed at Pontiac, nor while at Graham (on way to Pontiac); that Sgt. Eaton told you "happy anniversary", in reference to a previous assault, called you "dickhead" because today you're being fucked with no grease; that you were left naked in the cell; had no appropriate mattress, bedding, clothing, hygiene items; that the cell was covered in dried blood and had food smeared in it; that you were choked and maced by unnamed staff and that Sgt. Eaton kept you in these conditions because Major Roper told him to.

This office contacted Tamms Staff and was advised that court writ offenders are fed at Graham. This office cannot establish otherwise. This office contacted Pontiac Dietary Staff and was advised that Dietary Staff are told the number of writ offenders and prepare the appropriate lunches. Those refusing lunches are not documented, so this office cannot establish that White didn't receive any of his dietary sacks/trays. This office contacted Sgt. Eaton who advised that he did remember White and that nothing out of the ordinary happened during his stay and he does not remember anyone being maced in the Admin Building and that none of White's allegations were true.

Based on available information and in accordance with Department Rule 504.850, this office has determined that the grievance is denied, as this office could not establish any of White's allegations/claims.

FOR THE BOARD:

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED:

Roger E. Walker Jr.
Director

cc:    Warden Ken Bartley, Tamms Correctional Center
Donnie White, Register No. B31317

Section 504.610  Placement in Segregation Status

a)   In accordance with this Part, committed persons may be confined in segregation areas on segregation status. Segregation status includes:

1)   Temporary confinement pending a disciplinary hearing or investigation;

2)   Disciplinary segregation resulting from a disciplinary hearing; or

3)   Administrative detention.

b)   Committed persons on segregation status shall be confined in segregation areas. Segregation areas include the segregation unit or any cell, living area, or other area designated by the Chief Administrative Officer to house committed persons who are in segregation status.

(Source:   Amended at 22 Ill. Reg. _____, effective January 1, 1998)

Section 504.620  Segregation Standards

Standards for living conditions in segregation areas shall include the following provisions:

a)   Double celling shall be permitted upon approval of the Chief Administrative Officer. Prior to assigning committed persons to a double cell, a review shall be conducted to determine whether there are reasons why the committed persons should not be double celled. Medical and mental health concerns shall be considered in making this determination.

b)   Minimally, each cell shall be furnished with:

1)   A bed for each committed person securely fastened to the cell;

2)   Clean bedding, including a mattress, blanket, sheets, pillow, and pillow case for each committed person;

3) A wash basin with running water and flushable toilet facilities (controls may be located outside the cell); and

4) Adequate lighting for reading and observation purposes.

c) Segregation cells shall be located at or above ground level and have heat and ventilation consistent with the climate.

d) Each cell shall have a door and a food passage. Any solid cell door shall have a vision panel or shall be designed to permit observation.

e) The use of physical restraints to confine the committed person's movements within the cell shall generally be prohibited.

f) Cleaning materials shall be made available on a regular basis.

g) Personal health and hygiene needs of the committed person shall be permitted as follows:

1) A shower and shave no less than once per week.

2) State issued toilet tissue, soap, towel, toothbrush, and toothpaste for daily use if the committed person has insufficient commissary funds to purchase these items.

3) A weekly exchange of clean institutional clothes or availability of laundry services at least weekly.

4) False teeth, eye glasses, and other essential items of personal hygiene and health shall be permitted unless they are a threat to safety or security.

h) Committed persons in segregation status shall be permitted personal property as approved by the Chief Administrative Officer except for property prohibited by 20 Ill. Adm. Code 535.

i) Commissary privileges comparable to those applicable to the general population shall be allowed, according to grade (Section 504.130), except for restrictions on certain items which may be ordered by the Chief Administrative Officer for safety and security reasons or for other legitimate penological reasons.

j)    Persons in segregation status shall receive nutritionally adequate
      food.

k)    Visits shall be permitted in accordance with 20 Ill. Adm. Code
      525.Subpart A.

l)    Medical personnel shall visit the segregation unit daily to screen
      requests for medical attention, and a physician shall visit the
      unit on a weekly basis.

m)    A chaplain designated by the Chief Administrative Officer shall
      visit the segregation area on a daily basis when a chaplain is
      present on institutional grounds, when possible, but not less than
      once a week.

n)    Each committed person in segregation status shall be contacted by
      a correctional counselor at least once every 30 days.

o)    Continued involvement in programs may be permitted on an
      individual basis on approval of the Chief Administrative Officer.

p)    Committed persons shall be afforded the opportunity for exercise
      outside their cells in accordance with Section 504.670.

q)    Committed persons who are not in "C" grade shall be permitted to
      make one collect telephone call per month for a period of no more
      than 15 minutes.

r)    Committed persons in segregation status shall have the same mail
      privileges as those provided for persons in the general population
      (20 Ill. Adm. Code 525.Subpart B).

s)    Committed persons in segregation status shall be permitted reading
      materials and shall have access to materials from the facility
      library and legal library.  Physical access to the library need
      not be provided.

t)    Any equipment, personal property, or material provided or allowed
      in the cell of a committed person in segregation status, in
      accordance with this Subpart, may be removed or restricted as
      approved by the Chief Administrative Officer if the committed
      person destroys, damages, or abuses it in a manner that

jeopardizes the safety of any person or the facililty or disrupts
institutional safety or order.

(Source: Amended at 22 Reg. _____, effective January 1, 1998)

**Section 504.630  Investigative Confinement**

Committed persons placed in confinement pending completion of an investigation
shall be provided with the same conditions and services as those required for
the segregation area.

(Source: Amended at 22 Reg. _____, effective January 1, 1998)

**Section 504.640  Confinement Pending Transfer (Repealed)**

(Source: Repealed at 12 Ill. Reg. 8351, effective June 1, 1988)

**Section 504.650  Confinement in Control Segregation (Repealed)**

(Source: Repealed at 22 Ill. Reg. _____, effective January 1, 1998)

**Section 504.660  Administrative Detention**

Administrative detention is a nondisciplinary status of confinement which
removes a committed person from general population or restricts the
individual's access to general population.

a)    The Chief Administrative Officer may, with the approval of the
      Director, Deputy Director, or Assistant Deputy Director, place a
      committed person in administrative detention for up to 90 days.

b)    In determining whether to place a committed person in
      administrative detention, the Chief Administrative Officer may
      consider, among other matters:

      1)    The seriousness of the offense;

      2)    The safety and security of the facility or any person;

      3)    The committed person's behavioral and disciplinary history;

      4)    Reports and recommendations concerning the committed person;

5)   The interview and any submissions of relevant material and
     information;

6)   Institutional order; and

7)   Other legitimate penological interests.

c)   The Chief Administrative Officer shall review the record of each
     committed person in administrative detention every 90 days to
     determine whether continued placement is appropriate.

     1)   The committed person need not be interviewed during these
          reviews.

     2)   The Chief Administrative Officer shall document the decision
          in writing.

d)   Living conditions in administrative detention shall meet, at
     minimum, the standards set forth in Section 504.620.  Telephone
     privileges shall be afforded in accordance with 20 Ill. Adm. Code
     525.150.

(Source:  Amended at 22 Ill. Reg. _____, effective January 1, 1998)

## Section 504.670  Recreation for Persons in Segregation Status

a)   The Chief Administrative Officer shall determine the number of
     hours a week committed persons in segregation status may recreate
     outside their cells.  Unless restricted by the Chief
     Administrative Officer in accordance with this Section:

     1)   Committed persons in segregation status for less than 90
          consecutive days shall be afforded the opportunity to
          recreate outside their cells for a minimum of one hour per
          week.

     2)   Committed persons who have been in segregation status for 90
          consecutive days or more shall be afforded the opportunity
          to recreate outside their cells for a minimum of five hours
          per week.

b)    Unless medically contraindicated, out of cell recreation may be temporarily restricted or suspended if the Chief Administrative Officer determines the activity to be a threat to the safety and security of the facility or any person.  For example:

    1)    Committed persons who are in segregation status and who are also under investigation may have their recreational opportunities restricted during the pendency of the investigation for a period not to exceed 90 days.

    2)    Committed persons may have their recreation restricted or limited due to a medical or mental health condition as determined necessary by a health care professional.

    3)    Committed persons who have been witnesses in criminal cases against other inmates, who are informants, or who otherwise require precautions to ensure their protection may have their recreational opportunities restricted.

    4)    Committed persons who are classified as high escape risks may have their recreational opportunities restricted.

c)    Committed persons who are found guilty under 20 Ill. Adm. Code 504.Subpart A of:

    1)    A violation of State or federal laws, or committing assault, dangerous contraband, dangerous disturbance, escape, sexual misconduct, arson, damage or misuse of property, or aiding or abetting, attempting, soliciting, or conspiring to commit any of those offenses while in segregation status may be:

        A)    Restricted from recreational opportunities for up to 90 days for the first offense; and

        B)    Restricted from recreational opportunities for up to 90 days or indefinitely placed on limited recreation or both for the second and subsequent offenses.

    2)    Any other major rule infraction which is yard-related and which was committed while the committed person was in segregation status may be restricted for up to 90 days for

the first offense and up to 90 days for each subsequent
major offense.

3) A minor disciplinary offense which is yard-related and which
was committed while the committed person was in segregation
status may be restricted for up to 15 days for the first
offense and up to 30 days for each subsequent offense.

d) The period of restriction imposed under subsection (c) of this
Section shall be served consecutive to the initial 90-day
placement in segregation status and consecutive to any previously
imposed recreational restrictions. This shall not limit the
ability to restrict recreational opportunities for committed
persons who have not served 90 consecutive days in segregation.

e) Restrictions on recreational opportunities shall be documented,
including the type, length, and reason for the restriction. A
copy of the documentation shall be maintained by the facility, a
copy shall be placed in the committed person's master record file,
and a copy shall be given to the committed person.

f) Committed persons whose recreational opportunities have been
restricted or limited may grieve the determination in accordance
with 20 Ill. Adm. Code 504.Subpart F.

g) Recreational opportunities shall not be required during
institutional lockdowns or during institutional emergencies,
including, but not limited to, riots, strikes, fires, work
stoppages, power outages, and natural disasters.

(Source: Added at 22 Ill. Reg. _____, effective January 1, 1998)

CAA, CASREF, CJRA_A, FILE_CREATED

## U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:05-cv-00594-MJR-DGW
## Internal Use Only

White v. Hinsley et al
Assigned to: Judge Michael J. Reagan
Referred to: Mag/Judge Donald G. Wilkerson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/11/2006
Jury Demand: Both
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

### Plaintiff

**Donnie E White**

represented by **Donnie E White**
B31317
TAMMS CORRECTIONAL CENTER
200 East Supermax Road
P.O. Box 2000
Tamms, IL 62988
PRO SE

V.

### Defendant

**Charles L Hinsley**
*TERMINATED: 02/26/2007*

### Defendant

**Robert S. Frey**
*TERMINATED: 02/26/2007*

### Defendant

**Shannon Jackson**
*TERMINATED: 02/26/2007*

### Defendant

**Eddie Jones**
*TERMINATED: 02/26/2007*

### Defendant

**Charles Roper**

### Defendant

**John Branch**
*TERMINATED: 02/26/2007*

### Defendant

**Michael Turner**

### Defendant

**Harold Griffin, Jr**
*TERMINATED: 02/26/2007*

### Defendant

**Robert Bennefield**

### Defendant

**Maxine Montgomery**
*TERMINATED: 02/26/2007*

**Defendant**

**John Sherrod**

**Defendant**

**Keith R Bennefield**

**Defendant**

**Charles Blankenship**

**Defendant**

**Robert Newell**

**Defendant**

**Eric Plott**

**Defendant**

**Michael R Hawkins**

**Defendant**

**Michael Smith**

**Defendant**

**James Childers**

**Defendant**

**James Watkins**

**Defendant**

**Douglas Mason**

**Defendant**

**Gene Simpson**

**Defendant**

**Bernard Vicks**

**Defendant**

**Michael Hudson**

**Defendant**

**Massey**

**Defendant**

**Frank Rice**

**Defendant**

**Kenton R Martin**

**Defendant**

**Yolanda M Ivory**

**Defendant**

**Connie Houston**
*TERMINATED: 02/26/2007*

**Defendant**

**Bryant Ellis**
*TERMINATED: 02/26/2007*

**Defendant**

**Jamie Miller**
*TERMINATED: 02/26/2007*

**Defendant**

**Terry Caliper**

**Defendant**

**Marvin Powers**                                          represented by **Theresa M. Powell**
                                                           Heyl, Royster et al. - Springfield
                                                           National City Center
                                                           Suite 575, P.O. Box 1687
                                                           Springfield, IL 62705
                                                           217-522-8822
                                                           Email: tpowell@hrva.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Simmons**

**Defendant**

**Carol Allen**
*TERMINATED: 02/26/2007*

**Defendant**

**India Walker**
*TERMINATED: 02/26/2007*

**Defendant**

**Twyla Walton**

**Defendant**

**Mary Rollins-Hill**
*TERMINATED: 02/26/2007*

**Defendant**

**Lynn Nance**
*TERMINATED: 02/26/2007*

**Defendant**

**Rebecca Fornear**
*TERMINATED: 02/26/2007*

**Defendant**

**Rakesha Chandra**
*TERMINATED: 02/26/2007*

**Defendant**

**Kelly A Rhodes**
*TERMINATED: 02/26/2007*

**Defendant**

**Cheryl Couch**
*TERMINATED: 02/26/2007*

**Defendant**

**Katherine Clover**

represented by **Theresa M. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jill Stevens**
*TERMINATED: 02/26/2007*

**Defendant**

**Rocky R Peppers**
*TERMINATED: 02/26/2007*

**Defendant**

**Kristin D Kwasneiwski**
*TERMINATED: 02/26/2007*

**Defendant**

**Dr. Alderidge**
*TERMINATED: 02/26/2007*

**Defendant**

**Geneva E. Bonifield**
*TERMINATED: 02/26/2007*

**Defendant**

**Randy K. Clark**
*TERMINATED: 02/26/2007*

**Defendant**

**Willard Elyea**
*TERMINATED: 02/26/2007*

**Defendant**

**Salvador Godinez**
*TERMINATED: 02/26/2007*

**Defendant**

**Dennis Hopkins**
*TERMINATED: 02/26/2007*

**Defendant**

**Joanna K Hosch**
*TERMINATED: 02/26/2007*

**Defendant**

**Claudia Leslie**
*TERMINATED: 02/26/2007*

**Defendant**

**Marilyn Merton**
*TERMINATED: 02/26/2007*

**Defendant**

### David K. Mitchell

**Defendant**

**Amy Ray**
*TERMINATED: 02/26/2007*

**Defendant**

**Donna Swink**
*TERMINATED: 02/26/2007*

**Defendant**

**Tomaosman**
*TERMINATED: 02/26/2007*

**Defendant**

**Roger E Walker, Jr**
*TERMINATED: 02/26/2007*

**Defendant**

**Stacey Williamson**
*TERMINATED: 02/26/2007*

**Defendant**

**Harold Crippen**
*Lieutenant*

**Defendant**

**C/O Bernard**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2005 | ●1 | COMPLAINT against all defendants , filed by Donnie E White. (Attachments: # 1 Complaint, pages 14-20; # 2 Complaint, pages 21-40; # 3 Complaint, pages 41-58; # 4 Attachments - pages 1-15; # 5 Attachments - pages 16-30; # 6 Attachments - pages 31-45; # 7 Attachments - pages 46-57; # 8 Attachments - pages 58-73; # 9 Attachments - pages 74-88; # 10 Attachments - pages 89-103; # 11 Attachments - pages 104-119; # 12 Attachments - pages 120-134; # 13 Attachments - pages 135-154; # 14 Attachments - pages 155-174; # 15 Attachments - pages 175-189; # 16 Attachments - pages 190-213; # 17 Attachments - pages 214-233; # 18 Attachments - pages 234-253; # 19 Attachments - pages 254 to end)(jao) (Entered: 08/24/2005) |
| 08/15/2005 | ●2 | MOTION for Leave to Proceed in forma pauperis by Donnie E White. (jao) (Entered: 08/24/2005) |
| 08/24/2005 | ●3 | Letter from USDC to Plaintiff informing same of case number. (jao) (Entered: 08/24/2005) |
| 08/26/2005 | ●4 | ORDER Directing Monthly Payments be made from Prison Account of Donnie E. White, granting 2 MOTION for Leave to Proceed in forma pauperis filed by Donnie E White. IPFF waived. Signed by Judge Michael J. Reagan on 8/26/05. (hbs) (Entered: 08/26/2005) |
| 09/12/2005 | ●5 | Letter of Mercy to the Court from Donnie D. White (tjh) (Entered: 09/13/2005) |
| 09/12/2005 | ●6 | MOTION for Correction of Clerical Errors by Donnie E White. (tjh) (Entered: 09/13/2005) |
| 09/20/2005 | ●7 | MOTION to Appoint Counsel by Donnie E White. (myz ) (Entered: 09/27/2005) |
| 09/20/2005 | ●8 | MEMORANDUM in Support re 7 MOTION to Appoint Counsel filed by Donnie E White. (Attachments: # 1 Exhibit Pages 1-10, # 2 Exhibit Pages 11-20, # 3 Exhibit Pages 21-30, # 4 Exhibit Pages 31-40, # 5 Exhibit Pages 41-50, # 6 Exhibit Pages 51-60, # 7 Exhibit Pages 61-70, # 8 Exhibit Pages 71-84)(myz ) (Entered: 09/27/2005) |
| 09/20/2005 | ●9 | MOTION for Leave to Proceed in forma pauperis by Donnie E White. (Attachments: # 1 Trust Fund Account)(myz ) (Entered: 09/27/2005) |

| 09/20/2005 | ❸10 | EXHIBITS by Donnie E White. re 1 Complaint,, filed by Donnie E White,. Related document: 1 Complaint, filed by Donnie E White. (Attachments: # 1 Exhibit, pages 23-45# 2 Exhibits, pages 46-60# 3 Exhibits, pages 61-80# 4 Exhibits, pages 81-101# 5 Exhibits, pages 102-123# 6 Exhibits, pages 124-144# 7 Exhibits, pages 145-166# 8 Exhibits, pages 167-191# 9 Exhibits, pages 192-216# 10 Exhibits, pages 217-238# 11 Exhibits, pages 239-264# 12 Exhibits, pages 265-287# 13 Exhibits, pagbes 288-310# 14 Exhibits, pages 311-318# 15 Exhibits, pages 319-326# 16 Exhibits, pages 327-342# 17 Exhibits, pages 343-350# 18 Exhibits, pages 351-369# 19 Exhibits, pages 370-395# 20 Exhibits, pages 396-420# 21 Exhibits, pages 421-441# 22 Exhibits, pages 442-454# 23 Exhibtis, pages 455-459 (end))(jao) (Entered: 09/27/2005) |
|---|---|---|
| 09/26/2005 | ❸11 | NOTIFYING the Court of Pendent Jurisdiction by Donnie E White (myz ) (Entered: 09/29/2005) |
| 10/21/2005 | ❸12 | MOTION for Copy of complaint by Donnie E White. (tjh) (Entered: 10/26/2005) |
| 12/05/2005 | ❸13 | MOTION for Amendments to Conform to the Evidence in Support of Mental Health Claims by Donnie E White. Proposed amendments submitted. (myz ) (Entered: 12/06/2005) |
| 12/12/2005 | ❸14 | MOTION for Amendments to Conform to Support Evidence in Pending 7 MOTION to Appoint Counsel or to Appoint on Commission by Donnie E White. (tjh) (Entered: 12/19/2005) |
| 12/29/2005 | ❸15 | MOTION to Amend/Correct 1 Complaint by Donnie E White. (tjh) (Entered: 01/11/2006) |
| 01/11/2006 | ❸16 | MOTION for Amendments to conform to support denial to be tested for Hepatitis-C after exposure to disease by Donnie E White. (tjh) (Entered: 01/12/2006) |
| 01/30/2006 | ❸17 | MOTION to Preserve Right to Amend/Correct 1 Complaint by Donnie E White. (tjh) (Entered: 02/02/2006) |
| 02/03/2006 | ❸18 | MOTION for Amendments to Conform to the 1 Complaint by Donnie E White. (Attachments: # 1 Exhibit pg 1; # 2 Exhibt pg 2; # 3 Exhibit pg 3; # 4 Exhibit pg 4; # 5 Exhibit pg 5-6; # 6 Exhibit pg 7-8; # 7 Exhibit pg 9; # 8 Exhibit pg 10-13; # 9 Exhibit pg 14; # 10 Exhibit pg 15-16; # 11 Exhibit pg 17-32; # 12 Exhibit pg 33; # 13 Exhibit pg 34-41; # 14 Exhibit pg 42-47)(tjh) (Entered: 02/06/2006) |
| 03/01/2006 | ❸19 | MOTION for Leave to File Amendments to Complaint by Donnie E White. (tjh) (Entered: 03/02/2006) |
| 03/06/2006 | ❸20 | MOTION for Directions from the Court by Donnie E White. (Attachments: # 1 Pages 3-5; # 2 Pages 6-14)(tjh) (Entered: 03/08/2006) |
| 03/10/2006 | ❸21 | ORDER granting 20 Motion for directions. Signed by Judge Michael J. Reagan on 3/10/06. (hbs) (Entered: 03/10/2006) |
| 08/11/2006 | ❸22 | ORDER denying 19 Motion for Leave to File, denying 6 Motion to Amend/Correct, denying 7 Motion to Appoint Counsel, denying 9 Motion for Leave to Proceed in forma pauperis, granting in part and denying in part 12 Motion to Copy, denying 13 Motion to Amend/Correct, denying 14 Motion to Amend/Correct, denying 15 Motion to Amend/Correct, denying 17 Motion to Amend/Correct, denying 18 Motion to Amend/Correct. Plaintiff granted 30 days to file amended complaint. Signed by Judge Michael J. Reagan on 8/11/06. (hbs) (Entered: 08/11/2006) |
| 08/23/2006 | ❸23 | AFFIDAVIT by Donnie E White re 22 Order. (dmw) (Entered: 08/23/2006) |
| 08/30/2006 | ❸24 | MOTION for Extension of Time to File Amended Complaint by Donnie E White. (dmw) (Entered: 08/30/2006) |
| 09/08/2006 | ❸25 | ORDER granting 24 Motion for Extension of Time to File Amended Complaint. Plaintiff granted 15 days to file amended complaint. Signed by Judge Michael J. Reagan on 9/8/06. (hbs) (Entered: 09/08/2006) |
| 09/18/2006 | ❸26 | MOTION to Compel the Clerk to comply with the Court's order of 8/11/06 (to send Plaintiff a copy of his original complaint) by Donnie E White. (car) (Entered: 09/19/2006) |
| 09/21/2006 | ❸27 | NOTICE OF COMPLIANCE by Donnie E White. (lmb) (Entered: 09/21/2006) |
| 09/22/2006 | ❸28 | ORDER granting 26 Motion to Compel. Plaintiff must file amended complaint by October 13, 2006. Signed by Judge Michael J. Reagan on 9/22/06. (hbs) (Entered: 09/22/2006) |

| 10/04/2006 | 29 | MOTION to Amend/Correct (Motion for Leave to File Amended Complaint) 1 Complaint, by Donnie E White. (lmb) (Entered: 10/04/2006) |
| 12/15/2006 | 30 | MOTION to Supplement (Motion to Submit Additional Documentary Evidence in Support of Discrimination Clause to Receive Adequate Mental Health Care) by Donnie E White. (lmb) (Entered: 12/19/2006) |
| 12/19/2006 | 31 | ORDER granting 29 Motion to Amend/Correct. The Clerk shall file Plaintiff's proposed amended complaint. Signed by Judge Michael J. Reagan on 12/19/06. (hbs) (Entered: 12/19/2006) |
| 12/19/2006 | 32 | FIRST AMENDED COMPLAINT against all defendants, filed by Donnie E White. (Attachments: # 1 Amended Complaint Part 2# 2 Amended Complaint Part 3)(lmb) (Entered: 12/20/2006) |
| 01/08/2007 | 33 | MOTION for Direction from the Court by Donnie E White. (lmb) (Entered: 01/09/2007) |
| 01/16/2007 | 34 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order by Donnie E White. (Attachments: # 1 Attachments to Motion Part 1# 2 Attachments Part 2# 3 Attachments Part 3)(lmb) (Entered: 01/16/2007) |
| 01/16/2007 | 35 | MEMORANDUM in Support re 34 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Donnie E White. (lmb) (Entered: 01/16/2007) |
| 02/26/2007 | 36 | ORDER REFERRING CASE to Magistrate Judge Donald G. Wilkerson. Granting 30 MOTION to Supplement; granting 33 MOTION for Direction from the Court filed by Donnie E White, denying 34 MOTION for Preliminary Injunction and MOTION for Temporary Restraining Order. Defendants John Branch; Rakesha Chandra; Randy K. Clark; Cheryl Couch; Bryant Ellis; Willard Elyea; Rebecca Fornear; Robert S. Frey; Salvador Godinez; Harold Griffin, Jr; Charles L Hinsley; Dennis Hopkins; Joanna K Hosch; Connie Houston; Shannon Jackson; Eddie Jones; Kristin D Kwasneiwski; Claudia Leslie; Marilyn Merton; Jamie Miller; Maxine Montgomery; Lynn Nance; Rocky R Peppers; Amy Ray; Kelly A Rhodes; Mary Rollins-Hill; Jill Stevens; Donna Swink; Tomaosman; India Walker; Roger E Walker, Jr; Stacey Williamson; Carol Allen; and Geneva E. Bonifield terminated. Signed by Judge Michael J. Reagan on 2/26/07. (hbs) (Entered: 02/26/2007) |
| 03/15/2007 | ● | USM 285s received from Donnie D. White as to R. Bennefield, K. Bennefield, Bernard, Blankenship, Caliper, Childers, Clover, Crippen, Hawkins, Hudson, Ivy, Martin, Mason, Massey, Mitchell, Newell, Plott, Powers, Rice, Roper, Sherrard, Simmons, Simpson, Smith, Turner, Vicks, Walton, and Watkins (lmb) (Entered: 03/15/2007) |
| 03/16/2007 | 37 | MOTION for Extension of Time to File by Donnie E White. (lmb) (Entered: 03/16/2007) |
| 03/16/2007 | 38 | MOTION for Directions by Donnie E White. (lmb) (Entered: 03/16/2007) |
| 04/04/2007 | 39 | SUPPLEMENT by Donnie E White. Supplement to 32 Amended Complaint, 1 Complaint. (Attachments: # 1 Supplement Part 2# 2 Supplement Part 3# 3 Supplement Part 4# 4 Supplement Part 5)(lmb) (Entered: 04/04/2007) |
| 04/05/2007 | 40 | REQUESTS FOR WAIVER of Service along with USM-285s sent to USMS re: Robert Bennefield, Keith Bennefield, Blankenship, Caliper, Childers, Clover, Crippen, Hawkins, Hudson, Ivy, Martin, Mason, Massey, Mitchell, Newell, Plott, Powers, Rice, Roper, Sherrard, Simpson, Smith, Turner, Vicks, Walton, Watkins, Bernard, and Simmons on 4/5/07. (Attachments: # 1 Waivers of Service continued)(lmb) (Entered: 04/05/2007) |
| 04/10/2007 | 41 | Waiver of Service Returned Unexecuted as to S. Massey, Correctional Officer (lmb) (Entered: 04/11/2007) |
| 04/13/2007 | 42 | MOTION for Status Report Instanter by Donnie E White. (lmb) (Entered: 04/17/2007) |
| 04/20/2007 | 43 | Letter from Plaintiff Donnie D. White (car) (Entered: 04/25/2007) |
| 04/24/2007 | 44 | Waiver of Service Returned Unexecuted as to Janes Simmons, Correctional Nurse (lmb) (Entered: 04/26/2007) |
| 04/24/2007 | 45 | Waiver of Service Returned Unexecuted as to Vicks, Correctional Officer (lmb) (Entered: 04/26/2007) |
| 04/30/2007 | 46 | WAIVER OF SERVICE Returned Executed Charles Blankenship waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |

| | 04/30/2007 | ●47 | WAIVER OF SERVICE Returned Executed Frank Rice waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
|---|---|---|---|
| | 04/30/2007 | ●48 | WAIVER OF SERVICE Returned Executed Yolanda M Ivory waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●49 | WAIVER OF SERVICE Returned Executed Kenton R Martin waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●50 | WAIVER OF SERVICE Returned Executed Michael R Hawkins waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| MASON | 04/30/2007 | ●51 | WAIVER OF SERVICE Returned Executed Douglas Mason waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| TURNER | 04/30/2007 | ●52 | WAIVER OF SERVICE Returned Executed Michael Turner waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●53 | WAIVER OF SERVICE Returned Executed Robert Newell waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●54 | WAIVER OF SERVICE Returned Executed C/O Bernard waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●55 | WAIVER OF SERVICE Returned Executed Keith R Bennefield waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●56 | WAIVER OF SERVICE Returned Executed Gene Simpson waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●57 | WAIVER OF SERVICE Returned Executed Terry Caliper waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●58 | WAIVER OF SERVICE Returned Executed David K. Mitchell waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●59 | WAIVER OF SERVICE Returned Executed John Sherrod waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| ROPER | 04/30/2007 | ●60 | WAIVER OF SERVICE Returned Executed Charles Roper waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●61 | WAIVER OF SERVICE Returned Executed James Watkins waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●62 | WAIVER OF SERVICE Returned Executed Eric Plott waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●63 | WAIVER OF SERVICE Returned Executed Marvin Powers waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●64 | WAIVER OF SERVICE Returned Executed Robert Bennefield waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●65 | WAIVER OF SERVICE Returned Executed Katherine Clover waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 04/30/2007 | ●66 | WAIVER OF SERVICE Returned Executed Harold Crippen waiver sent on 4/10/2007, answer due 6/11/2007. (lmb ) (Entered: 05/03/2007) |
| | 04/30/2007 | ●67 | WAIVER OF SERVICE Returned Executed Michael Hudson waiver sent on 4/10/2007, answer due 6/11/2007. (lmb) (Entered: 05/03/2007) |
| | 05/11/2007 | ●68 | ORDER GRANTING 42 MOTION for Status Report Instanter, GRANTING IN PART and DENYING IN PART 38 MOTION for Directions, GRANTING 37 MOTION for Extension of Time to File. Clerk is Directed to forward a copy of documents 32 and 36 to Plaintiff along with this Order. Signed by Judge Donald G. Wilkerson on 5/11/2007. (jrw) (Entered: 05/11/2007) |

| 05/14/2007 | ❾70 | CONSENT/NON-CONSENT TO U.S. MAGISTRATE JUDGE - sealed pending receipt from all parties. (lmb) (Entered: 05/18/2007) |
| 05/17/2007 | ❾69 | Letter construed as MOTION to have Defendant Vick re-served by Donnie E White. A USM-285 received from plaintiff as to C/O Vick. (myz ) (Entered: 05/18/2007) |
| 05/22/2007 | ❾71 | MOTION for Order to provide the U.S. Marshal Service with addresses of defendants Twyla Walton and James Childers.(lmb) (Entered: 05/24/2007) |
| 05/30/2007 | ❾72 | MOTION for Order to provide the U.S. Marshal Service with address of defendant C/O Michael Smith. (lmb) (Entered: 05/31/2007) |
| 06/04/2007 | ❾73 | ANSWER to Amended Complaint by Marvin Powers.(Powell, Theresa) (Entered: 06/04/2007) |
| 06/04/2007 | ❾74 | ANSWER to Amended Complaint by Katherine Clover.(Powell, Theresa) (Entered: 06/04/2007) |
| 06/04/2007 | ❾75 | MOTION for Protective Order *HIPAA* by Marvin Powers, Katherine Clover. (Powell, Theresa) (Entered: 06/04/2007) |
| 06/05/2007 | ❾76 | ORDER granting 71Motion for Order to provide the U.S. Marshal Service with addresses of defendants Twyla Walton and James Childers. Signed by Judge Donald G. Wilkerson on 6/5/07. (rmb) (Entered: 06/05/2007) |

TWOSIDED

✕ OP5

# ILLINOIS DEPARTMENT OF CORRECTIONS RULES

TITLE 20:  CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER I:  DEPARTMENT OF CORRECTIONS
SUBCHAPTER a:  ADMINISTRATION AND RULES

RULES OF CONDUCT                                         Part 120



EXHIBIT
020

Section
120.10    Applicability
120.15    Responsibilities
120.20    Definitions
120.30    Conduct of Individuals
120.40    Compliance with Laws and Regulations
120.50    Socializing with Committed Persons
120.60    Bribes, Gifts and Gratuities
120.70    Trading or Trafficking
120.80    Conflicts of Interest
120.90    Information to be Reported
120.100   Violation of Rules

AUTHORITY:  Implementing Section 3-2-2 and authorized by Section 3-7-1 of the
Unified Code of Corrections (Ill. Rev. Stat. 1985, ch. 38, pars. 1003-2-2 and
1003-7-1).

SOURCE:  Adopted at _____ Ill. Reg. _____, effective July 1, 1987.

## Section 120.10  Applicability

This Part applies to all persons who provide personal services or delivery of
services, including Department of Corrections (Department) employees,
contractual employees and volunteers; to any persons who have business dealings
with the Department; and to any other persons, except committed person's
visitors, who are admitted to Department facilities.  Visitors of committed
persons shall comply with the rules set forth in 20 Ill. Adm. Code 525.

## Section 120.15  Responsibilities

a)    Unless otherwise specified, the Director or Chief Administrative
      Officer may delegate responsibilities stated in this Part to another
      person or persons or designate another person or persons to perform
      the duties specified.

b)    No other individual may routinely perform duties whenever a Section
      in this Part specifically states the Director or Chief Administrative
      Officer shall personally perform the duties.  However, the Director
      or Chief Administrative Officer may designate another person or
      persons to perform the duties during periods of his temporary absence
      or in an emergency.

428 MCC#1

TITLE 20:   CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER 1:   DEPARTMENT OF CORRECTIONS
SUBCHAPTER a:   ADMINISTRATION AND RULES

RULES OF CONDUCT                                                    Part 120

approved in writing by the Director. However, individuals shall be permitted
to purchase products of committed persons, such as arts, crafts, books, etc.
which are offered through the institutional commissaries or offered to the
general public in a public market place or forum.  In determining whether to
grant approval, the Director shall consider factors such as whether the
individual has direct custodial responsibility for the committed person; the
nature of the business activity to be conducted; the nature of the relationship
or association; the criminal and behavioral history of the committed person;
and employee history and conduct.

Section 120.60  Bribes, Gifts and Gratuities

   a)   Individuals shall not accept or request bribes as an inducement to
        perform or not to perform any act related to their dealings with the
        Department.

   b)   Individuals shall not accept any gifts or gratuities or offers of the
        same from committed persons, persons who are known to the individuals
        to be relatives or friends of committed persons, or from anyone who
        has or expects to have business dealings with the Department.

   c)   Such offers shall be reported immediately in writing to the Director.

Section 120.70  Trading or Trafficking

Individuals shall not trade or traffick with, or aid or solicit unauthorized
actions by committed persons.

Section 120.80  Conflicts of Interest

Individuals providing services to the Department shall not engage in conduct
which impairs their ability to perform their duties and responsibilities in an
impartial manner.  Individuals shall notify the Chief Administrative Officer of
the facility or program when their job duties may give rise to a conflict of
interest.

Section 120.90  Information to be Reported

   a)   Individuals shall immediately report to the Chief Administrative
        Officer any information indicating a violation or attempted violation
        of criminal laws, or a threat to the safety and security of the
        facility, its property or any person, including information regarding
        a potential escape.

428 MCC#1

TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER I: DEPARTMENT OF CORRECTIONS
SUBCHAPTER a: ADMINISTRATION AND RULES

RULES OF CONDUCT                                          Part 120

---

b) Reports shall be made verbally, and if requested by the Chief
Administrative Officer or if required by other applicable rules,
reports shall be made in writing in the manner directed by the Chief
Administrative Officer.

#### Section 120.100 Violation of Rules

Failure to comply with any of the foregoing rules of conduct may result in
discipline, termination of services or restriction from entering all or some
Department facilities.

# ILLINOIS DEPARTMENT OF CORRECTIONS RULES

TITLE 20:   CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER 1:   DEPARTMENT OF CORRECTIONS
SUBCHAPTER a:   ADMINISTRATION AND RULES

RULES OF CONDUCT                                              Part 120

## Section 120.20   Definitions

"Committed person" means any person committed to the custody of the Department, including those persons released on parole or mandatory supervised release.

"Department" means the Department of Corrections.

## Section 120.30   Conduct of Individuals

Individuals shall conduct themselves in a manner which will not reflect unfavorably on the Department and shall not engage in conduct which is unbecoming or impairs the operations of the Department.

## Section 120.40   Compliance with Laws and Regulations

a)   Individuals shall obey all federal, State and local laws and applicable court decisions and orders related to the performance of their services to the Department.

b)   Individuals shall submit a written report within five working days of any arrest, indictment or conviction for a felony or a misdemeanor, other than a minor traffic offense, to the Chief Administrative Officer of the facility or program. The report shall specify the facts forming the basis for the arrest, indictment or conviction and the caption of the case.

c)   Individuals shall comply with departmental rules, written procedures, bulletins and written or verbal orders issued by Department authorities.

d)   Individuals shall not utilize State equipment, property or services without authorization or for personal use.

e)   Individuals shall have a valid driver's license and, at minimum, liability insurance prior to transporting committed persons in vehicles.

## Section 120.50   Socializing with Committed Persons

Individuals shall not knowingly socialize with or engage in business transactions with any committed person, or a relative or known close associate of a committed person, except in the performance of an assignment or as

confinement · ·
solitary confinement and solitary consequences
Christine Rebman
The eighteenth amendment and protection from psychological
The gap in protection
Cite as: 49 DePaul L. Rev. 567)
1) DePaul Law Review winter 1999

0428 MCC#1

## 2 ILLINOIS ADMINISTRATIVE CODE   CH. VII, §850.TABLE H

**Section 850.TABLE H   Bureau of Employee and Inmate Services Organization**



(Source:   Amended at 13 Ill. Reg. ___1510___ , effective February 1, 1989)

| Amended | Effective Date |
|---|---|
| JAN 2 4 1989 | FEB 1   1989 |

SOS - ISL - CODE UNIT   SOS - ISL - CODE UNIT

GOLD PRISON HOUSE SPECIAL

CATALOG VOL. 5

PG. 17 P5606/G

CROSS

1 1/2 CHARM 24" CHAIN

$ 24.00 PLUS $5.00 S+H

FED. LIT & APPEALS
ROBERT M. FAGAN
1319 SOUTHWIND DR.
NORTHBROOK ILL 60062-4225

SHELIST & SCHWARTZ LLP
TIMOTHY A. GAMBACORTA
822 W WASHINGTON BLVD
CHICAGO ILL 60607
CLASS ACTIONS, LITIGATION, PRO BONO IMMIGRATION

CONSTANCE A. HOWARD
8729 S. STATE St. 34 Dist.
60619

SUZANNE (SUZIE) BASSI
110 W. NORTHWEST Hwy 54 Dist.
PALATINE ILL 60067

ROGER BALDWIN FOUNDATION OF ACLU
ADAM D. SCHWARTZ
180 N. MICHIGAN AVE STE 2300
60601

JESSE JACKSON JR
2120 E. 71st St.
CHICAGO ILL 60649

DISABILITY RIGHTS
ALAN M. GOLDSTEIN
20 N. MICHIGAN AVE STE 300
60602

LIT. PLAINTIFF
RONALD M. BONSKY
815 W VAN BUREN St Ste 400
60607 (CST)

MELISSA J. GORDON
29 S. La Salle St. Ste 720
60603
PSYCHIATRIC MALPRACTICE DEFENSE

LISA M. GOTKIN (PUBLIC INTEREST)
8342 LOWELL AVE.
SKOKIE ILL 60076

A. DENISON WEAVER
180 N. MICHIGAN Ave Ste 900
60601

ᴏ: WARDEN'S OFFICE KENNETH G. BARTLEY

I AM WRITING TO YOU IN ADVANCE INFORMING YOU THAT I AM SCHEDULED 4-24-07 FOR A COURT WRIT TO CHICAGO FEDERAL COURT'S BUILDING. WHITE V-BRILEY etal 04C5112. PLEASE ADVISED THE PROPER STAFF OFFICIAL TO PLACE ME ON THEIR COURT WRIT CALEN-DAR IN THE DIETARY DEPT, SO THAT THEY WILL PREPARE ME A BAG LUNCH FOR MY COURT WRIT.

RESPECTIVELY.

Donnie D. White B313l7    E-1-6    April 10, 2007

TO: Assistant Warden's office Gregory Lambert

I am writing to you in advance informing you that I am scheduled 4-24-07 for a court writ to Chicago federal court's building. White-v-Bailey et al 04cv5112. Please advised the proper staff official to place me on their court writ calendar in the dietary Dept. So that they will prepare me a bag lunch for my court writ.

Respectively,

5: DIETARY DEPT. MRS. BONNIE SULLIVAN MANAGER

I AM WRITING TO YOUR DEPT. (2) TWO WEEKS IN ADVANCE TO INFORM YOU THAT I AM SCHEDULED FOR A COURT WRIT TO THE FEDERAL COURTS BUILDING IN CHICAGO AND WOULD VERY MUCH APPRECIATE IF YOU WOULD LOGGED ME DOWN ON YOUR COURT WRIT CALENDAR SO THAT I WOULD BE PREPARED A COURT WRIT LUNCH. I AM SCHEDULED FOR COURT ON 4-24-2007 AND MAY LEAVE THE FACILITY ON 4-23-07 TRANSFERRING TO PONTIAC CORR. CTR. OVERNIGHT.

RESPECTIVELY.

BONNIE D. WHITE B3131Z    E-1-6

TO: MAYOR'S OFFICE MS. CHARLES ROPER

APRIL 10, 2007

I AM WRITING TO YOU IN ADVANCE INFORMING YOU THAT I AM
SCHEDULED 4-24-07 FOR A COURT WRIT TO CHICAGO FEDERAL COURT'S BUILD
ING. WHITE-V-BRILEY HALOF CS112. PLEASE ADVISED THE PROPER STAFF
OFFICIAL TO PLACE ME ON THEIR COURT WRIT CALENDAR IN THE DIETARY
DEPT. SO THAT THEY WILL PREPARE ME A BAG LUNCH FOR MY COURT WRIT.

RESPECTFULLY,



The stylish Civic with 350-watt audio system.

## History for Pontiac, IL

Sunday, April 22, 2007

**Daily Summary**

|  | Actual: | Average : | Record : |
|---|---|---|---|
| **Temperature:** | | | |
| Mean Temperature | 68 °F / 20 °C | - | |
| Max Temperature | 84 °F / 28 °C | 65 °F / 18 °C | 102 °F / 38 °C (2005) |
| Min Temperature | 53 °F / 11 °C | 42 °F / 5 °C | 25 °F / -3 °C (1986) |
| Cooling Degree Days | 4 | | |
| Growing Degree Days | 18 (Base 50) | - | |
| **Moisture:** | | | |
| Dew Point | 45 °F / 7 °C | | |
| Average Humidity | 46 | | |
| Maximum Humidity | 72 | | |
| Minimum Humidity | 25 | | |
| **Precipitation:** | | | |
| Precipitation | 0.00 in / 0.00 cm | - | - () |
| **Sea Level Pressure:** | | | |
| Sea Level Pressure | 30.05 in / 1017 hPa | | |
| **Wind:** | | | |
| Wind Speed | 9 mph / 14 km/h (South) | | |
| Max Wind Speed | 31 mph / 50 km/h | | |
| Max Gust Speed | 40 mph / 64 km/h | | |
| Visibility | 10 miles / 16 kilometers | | |
| Events | | | |

Averages and records for this station are not official NWS values.

**T** = Trace of Precipitation, **MM** = Missing Value                    **Source:** NWS Daily Summary

Seasonal Weather Averages



## Hourly Observations

| Time (CDT): | Temp: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:05 AM | 59.0 °F / 15.0 °C | 44.6 °F / 7.0 °C | 59% | 30.06 in / 1017.8 hPa | 10.0 miles / 16.1 kilometers | SSE | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | | Clear |
| 12:25 AM | 60.8 °F / 16.0 °C | 44.6 °F / 7.0 °C | 55% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | SSE | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | | Clear |
| 12:45 AM | 57.2 °F / 14.0 °C | 44.6 °F / 7.0 °C | 63% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | SSE | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | | Clear |
| 1:05 AM | 57.2 °F / 14.0 °C | 44.6 °F / 7.0 °C | 63% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | SSE | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | | Clear |
| 1:25 AM | 59.0 °F / 15.0 °C | 44.6 °F / 7.0 °C | 59% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | South | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | | Clear |
| 1:45 AM | 57.2 °F / 14.0 °C | 44.6 °F / 7.0 °C | 63% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | South | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | | Clear |
| 2:05 AM | 57.2 °F / 14.0 °C | 44.6 °F / 7.0 °C | 63% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | South | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | | Clear |
| 2:25 AM | 57.2 °F / 14.0 °C | 44.6 °F / 7.0 °C | 63% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | | Clear |
| 2:45 AM | 55.4 °F / 13.0 °C | - | N/A% | - / - | 10.0 miles / 16.1 kilometers | South | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | | Clear |

History : Weather Underground

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | | Condition |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:05 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | - / - | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Unknown |
| 3:25 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Clear |
| 3:45 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Clear |
| 4:05 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | Clear |
| 4:25 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | Clear |
| 4:45 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | South | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | Clear |
| 5:05 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Clear |
| 5:25 AM | 55.4 °F / 13.0 °C | 44.6 °F / 7.0 °C | 67% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | South | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | Clear |
| 5:45 AM | 55.4 °F / 13.0 °C | 44.6 °F / 7.0 °C | 67% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | South | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | Clear |
| 6:05 AM | 55.4 °F / 13.0 °C | 44.6 °F / 7.0 °C | 67% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | South | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | Clear |
| 6:25 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.06 in / 1017.8 hPa | 10.0 miles / 16.1 kilometers | South | 9.2 mph / 14.8 km/h / 4.1 m/s | - | N/A | Clear |
| 6:45 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | North | - | - | N/A | Clear |
| 7:05 AM | 53.6 °F / 12.0 °C | 44.6 °F / 7.0 °C | 72% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Clear |
| 7:25 AM | 55.4 °F / 13.0 °C | 44.6 °F / 7.0 °C | 67% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | South | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | Clear |
| 7:45 AM | 60.8 °F / 16.0 °C | 44.6 °F / 7.0 °C | 55% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | South | 12.7 mph / 20.4 km/h / 5.7 m/s | - | N/A | Clear |
| 8:05 AM | 62.6 °F / 17.0 °C | 44.6 °F / 7.0 °C | 52% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | South | 13.8 mph / 22.2 km/h / 6.2 m/s | - | N/A | Clear |
| 8:25 AM | 64.4 °F / 18.0 °C | 46.4 °F / 8.0 °C | 52% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | Clear |
| 8:45 AM | 68.0 °F / 20.0 °C | 46.4 °F / 8.0 °C | 46% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 11.5 mph / 18.5 km/h / 5.1 m/s | 18.4 mph / 29.6 km/h / 8.2 m/s | N/A | Clear |
| 9:05 AM | 71.6 °F / 22.0 °C | 44.6 °F / 7.0 °C | 38% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 15.0 mph / 24.1 km/h / 6.7 m/s | - | N/A | Clear |
| 9:25 AM | 71.6 °F / 22.0 °C | 44.6 °F / 7.0 °C | 38% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 16.1 mph / 25.9 km/h / 7.2 m/s | - | N/A | Clear |
| 9:45 AM | 73.4 °F / 23.0 °C | 44.6 °F / 7.0 °C | 36% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 13.8 mph / 22.2 km/h / 6.2 m/s | - | N/A | Clear |
| | 75.2 °F | | | | | | 16.1 mph / | | | |

History : Weather Underground

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | | Condition |
|------|------|-----------|----------|----------|------------|----------|------------|------------|---|-----------|
| 10:05 AM | / 24.0 °C | 44.6 °F / 7.0 °C | 34% | 30.06 in / 1017.8 hPa | 10.0 miles / 16.1 kilometers | SSW | 25.9 km/h / 7.2 m/s | - | N/A | Clear |
| 10:25 AM | 77.0 °F 25.0 °C | 44.6 °F / 7.0 °C | 32% | 30.06 in / 1017.8 hPa | 10.0 miles / 16.1 kilometers | SSW | 18.4 mph / 29.6 km/h / 8.2 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | Clear |
| 10:45 AM | 77.0 °F 25.0 °C | 44.6 °F / 7.0 °C | 32% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | SSW | 16.1 mph / 25.9 km/h / 7.2 m/s | 25.3 mph / 40.7 km/h / 11.3 m/s | N/A | Clear |
| 11:05 AM | 78.8 °F 26.0 °C | 44.6 °F / 7.0 °C | 30% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | SSW | 25.3 mph / 40.7 km/h / 11.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Clear |
| 11:25 AM | 78.8 °F 26.0 °C | 44.6 °F / 7.0 °C | 30% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | South | 20.7 mph / 33.3 km/h / 9.3 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Clear |
| 11:45 AM | 80.6 °F 27.0 °C | 44.6 °F / 7.0 °C | 28% | 30.02 in / 1016.5 hPa | 10.0 miles / 16.1 kilometers | SSW | 21.9 mph / 35.2 km/h / 9.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Clear |
| 12:05 PM | 80.6 °F 27.0 °C | 44.6 °F / 7.0 °C | 28% | 30.01 in / 1016.1 hPa | 10.0 miles / 16.1 kilometers | SSW | 23.0 mph / 37.0 km/h / 10.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Clear |
| 12:25 PM | 80.6 °F 27.0 °C | 44.6 °F / 7.0 °C | 28% | 30.00 in / 1015.8 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | Clear |
| 12:45 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.99 in / 1015.5 hPa | 10.0 miles / 16.1 kilometers | SSW | 25.3 mph / 40.7 km/h / 11.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | N/A | Clear |
| 1:05 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.98 in / 1015.1 hPa | 10.0 miles / 16.1 kilometers | SSW | 25.3 mph / 40.7 km/h / 11.3 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | N/A | Clear |
| 1:25 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.97 in / 1014.8 hPa | 10.0 miles / 16.1 kilometers | SSW | 26.5 mph / 42.6 km/h / 11.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | N/A | Clear |
| 1:45 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | SSW | 24.2 mph / 38.9 km/h / 10.8 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | N/A | Clear |
| 2:05 PM | 82.4 °F 28.0 °C | 42.8 °F / 6.0 °C | 25% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | South | 26.5 mph / 42.6 km/h / 11.8 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | N/A | Clear |
| 2:25 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | South | 24.2 mph / 38.9 km/h / 10.8 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | N/A | Clear |
| 2:45 PM | 84.2 °F 29.0 °C | 44.6 °F / 7.0 °C | 25% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | South | 27.6 mph / 44.4 km/h / 12.3 m/s | 35.7 mph / 57.4 km/h / 15.9 m/s | N/A | Clear |
| 3:05 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 35.7 mph / 57.4 km/h / 15.9 m/s | N/A | Clear |
| 3:25 PM | 84.2 °F 29.0 °C | 44.6 °F / 7.0 °C | 25% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | South | 26.5 mph / 42.6 km/h / 11.8 m/s | 40.3 mph / 64.8 km/h / 18.0 m/s | N/A | Clear |
| 3:45 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | South | 28.8 mph / 46.3 km/h / 12.9 m/s | 39.1 mph / 63.0 km/h / 17.5 m/s | N/A | Clear |
| 4:05 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 26.5 mph / 42.6 km/h / 11.8 m/s | 36.8 mph / 59.3 km/h / 16.5 m/s | N/A | Clear |
| 4:25 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | South | 23.0 mph / 37.0 km/h / 10.3 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | Clear |
| 4:45 PM | 82.4 °F 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | South | 29.9 mph / 48.2 km/h / 13.4 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | Clear |
| 5:05 PM | 82.4 °F / | 44.6 °F | 26% | 29.85 in / | 10.0 miles / | South | 29.9 mph / 48.2 km/h / | 38.0 mph / 61.1 km/h / | N/A | Clear |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | 28.0 °C / 7.0 °C | | | 1010.7 hPa | 16.1 kilometers | | 13.4 m/s | 17.0 m/s | | | |
| 5:25 PM | 82.4 °F / 28.0 °C | 44.6 °F / 7.0 °C | 26% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 35.7 mph / 57.4 km/h / 15.9 m/s | N/A | | Clear |
| 5:45 PM | 80.6 °F / 27.0 °C | 46.4 °F / 8.0 °C | 30% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | South | 31.1 mph / 50.0 km/h / 13.9 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | | Clear |
| 6:05 PM | 78.8 °F / 26.0 °C | 46.4 °F / 8.0 °C | 32% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | South | 27.6 mph / 44.4 km/h / 12.3 m/s | 39.1 mph / 63.0 km/h / 17.5 m/s | N/A | | Clear |
| 6:25 PM | 78.8 °F / 26.0 °C | 46.4 °F / 8.0 °C | 32% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | South | 20.7 mph / 33.3 km/h / 9.3 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | | Clear |
| 6:45 PM | 77.0 °F / 25.0 °C | 46.4 °F / 8.0 °C | 34% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | South | 26.5 mph / 42.6 km/h / 11.8 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | N/A | | Clear |
| 7:05 PM | 75.2 °F / 24.0 °C | 46.4 °F / 8.0 °C | 36% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | South | 23.0 mph / 37.0 km/h / 10.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | | Clear |
| 7:25 PM | 75.2 °F / 24.0 °C | 48.2 °F / 9.0 °C | 38% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | South | 23.0 mph / 37.0 km/h / 10.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | | Clear |
| 7:45 PM | 73.4 °F / 23.0 °C | 48.2 °F / 9.0 °C | 41% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | - | N/A | | Clear |
| 8:05 PM | 73.4 °F / 23.0 °C | 48.2 °F / 9.0 °C | 41% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | | Clear |
| 8:25 PM | 73.4 °F / 23.0 °C | 48.2 °F / 9.0 °C | 41% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 16.1 mph / 25.9 km/h / 7.2 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | | Clear |
| 8:45 PM | 73.4 °F / 23.0 °C | 48.2 °F / 9.0 °C | 41% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 17.3 mph / 27.8 km/h / 7.7 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | N/A | | Clear |
| 9:05 PM | 73.4 °F / 23.0 °C | 48.2 °F / 9.0 °C | 41% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | Rain | Light Rain |
| 9:25 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | - | N/A | | Scattered Clouds |
| 9:45 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | South | 17.3 mph / 27.8 km/h / 7.7 m/s | - | N/A | | Scattered Clouds |
| 10:05 PM | 69.8 °F / 21.0 °C | 50.0 °F / 10.0 °C | 49% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | N/A | | Light Drizzle |
| 10:25 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | South | 20.7 mph / 33.3 km/h / 9.3 m/s | - | N/A | | Overcast |
| 10:45 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | South | 21.9 mph / 35.2 km/h / 9.8 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | | Overcast |
| 11:05 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | South | 23.0 mph / 37.0 km/h / 10.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | | Overcast |
| 11:25 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | | Overcast |
| 11:45 PM | 71.6 °F / 22.0 °C | 48.2 °F / 9.0 °C | 43% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | | Mostly Cloudy |

 Copyright © 2007 The Weather Underground, Inc.

 

*Olive Garden®* **FREE Dinner for Two at Olive Garden®**  complete one offer · CLICK HERE! · BestFreeRewards.com

## History for Pontiac, IL

Monday, April 23, 2007

### Daily Summary

|  | Actual: | Average : | Record : |
|---|---|---|---|
| **Temperature:** | | | |
| Mean Temperature | 68 °F / 20 °C | - | |
| Max Temperature | 73 °F / 22 °C | 65 °F / 18 °C | 88 °F / 31 °C (1925) |
| Min Temperature | 64 °F / 17 °C | 43 °F / 6 °C | 24 °F / -4 °C (1910) |
| Cooling Degree Days | 4 | | |
| Growing Degree Days | 18 (Base 50) | | |
| **Moisture:** | | | |
| Dew Point | 48 °F / 8 °C | | |
| Average Humidity | 53 | | |
| Maximum Humidity | 64 | | |
| Minimum Humidity | 46 | | |
| **Precipitation:** | | | |
| Precipitation | 0.00 in / 0.00 cm | - | - () |
| **Sea Level Pressure:** | | | |
| Sea Level Pressure | 29.83 in / 1010 hPa | | |
| **Wind:** | | | |
| Wind Speed | 23 mph / 37 km/h (WSW) | | |
| Max Wind Speed | 30 mph / 48 km/h | | |
| Max Gust Speed | 38 mph / 61 km/h | | |
| Visibility | 10 miles / 16 kilometers | | |
| Events | | | |

Averages and records for this station are not official NWS values.

**T** = Trace of Precipitation, **MM** = Missing Value                    **Source:** NWS Daily Summary

Seasonal Weather Averages



### Hourly Observations

| Time (CDT): | Temp: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:05 AM | 69.8 °F / 21.0 °C | 48.2 °F / 9.0 °C | 46% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | South | 25.3 mph / 40.7 km/h / 11.3 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | N/A | | Scattered Clouds |
| 12:25 AM | 69.8 °F / 21.0 °C | 48.2 °F / 9.0 °C | 46% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | South | 21.9 mph / 35.2 km/h / 9.8 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Clear |
| 12:45 AM | 69.8 °F / 21.0 °C | 48.2 °F / 9.0 °C | 46% | 29.83 in / 1010.0 hPa | 10.0 miles / 16.1 kilometers | South | 23.0 mph / 37.0 km/h / 10.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | | Clear |
| 1:05 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.83 in / 1010.0 hPa | 10.0 miles / 16.1 kilometers | South | 19.6 mph / 31.5 km/h / 8.7 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Clear |
| 1:25 AM | 66.2 °F / 19.0 °C | 48.2 °F / 9.0 °C | 52% | 29.82 in / 1009.7 hPa | 10.0 miles / 16.1 kilometers | South | 19.6 mph / 31.5 km/h / 8.7 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Clear |
| 1:45 AM | 66.2 °F / 19.0 °C | 48.2 °F / 9.0 °C | 52% | 29.81 in / 1009.4 hPa | 10.0 miles / 16.1 kilometers | South | 18.4 mph / 29.6 km/h / 8.2 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | | Clear |
| 2:05 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.81 in / 1009.4 hPa | 10.0 miles / 16.1 kilometers | SSW | 21.9 mph / 35.2 km/h / 9.8 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Mostly Cloudy |
| 2:25 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SSW | 20.7 mph / 33.3 km/h / 9.3 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Overcast |
| 2:45 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SSW | 23.0 mph / 37.0 km/h / 10.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | N/A | | Overcast |

| Time | Temp. | Dew Point | Humidity | Pressure | Visibility | Dir | Wind Speed | Gust Speed | | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:05 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SSW | 21.9 mph / 35.2 km/h / 9.8 m/s | 36.8 mph / 59.3 km/h / 16.5 m/s | N/A | Mostly Cloudy |
| 3:25 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SSW | 20.7 mph / 33.3 km/h / 9.3 m/s | 25.3 mph / 40.7 km/h / 11.3 m/s | N/A | Mostly Cloudy |
| 3:45 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 24.2 mph / 38.9 km/h / 10.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Scattered Clouds |
| 4:05 AM | 68.0 °F / 20.0 °C | 48.2 °F / 9.0 °C | 49% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 24.2 mph / 38.9 km/h / 10.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | N/A | Clear |
| 4:25 AM | 66.2 °F / 19.0 °C | 48.2 °F / 9.0 °C | 52% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 21.9 mph / 35.2 km/h / 9.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | N/A | Mostly Cloudy |
| 4:45 AM | 66.2 °F / 19.0 °C | 48.2 °F / 9.0 °C | 52% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 23.0 mph / 37.0 km/h / 10.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Overcast |
| 5:05 AM | 66.2 °F / 19.0 °C | 50.0 °F / 10.0 °C | 56% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 23.0 mph / 37.0 km/h / 10.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Overcast |
| 5:25 AM | 66.2 °F / 19.0 °C | 50.0 °F / 10.0 °C | 56% | 29.79 in / 1008.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 25.3 mph / 40.7 km/h / 11.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | N/A | Overcast |
| 5:45 AM | 66.2 °F / 19.0 °C | 51.8 °F / 11.0 °C | 60% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SSW | 24.2 mph / 38.9 km/h / 10.8 m/s | - | N/A | Overcast |
| 6:05 AM | 66.2 °F / 19.0 °C | 51.8 °F / 11.0 °C | 60% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | SW | 23.0 mph / 37.0 km/h / 10.3 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Overcast |
| 6:25 AM | 66.2 °F / 19.0 °C | 51.8 °F / 11.0 °C | 60% | 29.81 in / 1009.4 hPa | 10.0 miles / 16.1 kilometers | SSW | 24.2 mph / 38.9 km/h / 10.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Overcast |
| 6:45 AM | 66.2 °F / 19.0 °C | 53.6 °F / 12.0 °C | 64% | 29.82 in / 1009.7 hPa | 10.0 miles / 16.1 kilometers | SW | 20.7 mph / 33.3 km/h / 9.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Scattered Clouds |
| 7:05 AM | 66.2 °F / 19.0 °C | 53.6 °F / 12.0 °C | 64% | 29.82 in / 1009.7 hPa | 10.0 miles / 16.1 kilometers | SW | 17.3 mph / 27.8 km/h / 7.7 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Scattered Clouds |
| 7:25 AM | 68.0 °F / 20.0 °C | 53.6 °F / 12.0 °C | 60% | 29.83 in / 1010.0 hPa | 10.0 miles / 16.1 kilometers | SW | 19.6 mph / 31.5 km/h / 8.7 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Scattered Clouds |
| 7:45 AM | 69.8 °F / 21.0 °C | 53.6 °F / 12.0 °C | 56% | 29.83 in / 1010.0 hPa | 10.0 miles / 16.1 kilometers | SW | 19.6 mph / 31.5 km/h / 8.7 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Clear |
| 8:05 AM | 69.8 °F / 21.0 °C | 53.6 °F / 12.0 °C | 56% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | SW | 20.7 mph / 33.3 km/h / 9.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Clear |
| 8:25 AM | 69.8 °F / 21.0 °C | 55.4 °F / 13.0 °C | 60% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | WSW | 23.0 mph / 37.0 km/h / 10.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | Scattered Clouds |
| 8:45 AM | 71.6 °F / 22.0 °C | 53.6 °F / 12.0 °C | 53% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | WSW | 29.9 mph / 48.2 km/h / 13.4 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | Scattered Clouds |
| 9:05 AM | 69.8 °F / 21.0 °C | 51.8 °F / 11.0 °C | 53% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | WSW | 26.5 mph / 42.6 km/h / 11.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | N/A | Scattered Clouds |
| 9:25 AM | 71.6 °F / 22.0 °C | 51.8 °F / 11.0 °C | 50% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | WSW | 27.6 mph / 44.4 km/h / 12.3 m/s | 38.0 mph / 61.1 km/h / 17.0 m/s | N/A | Clear |
| 9:45 AM | 71.6 °F / 22.0 °C | 50.0 °F / 10.0 °C | 46% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | WSW | 28.8 mph / 46.3 km/h / 12.9 m/s | 35.7 mph / 57.4 km/h / 15.9 m/s | N/A | Clear |
| | 73.4 °F 51.8 °F | | | | | | 24.2 mph / 32.2 mph / | | | |

| Time | Temp | | Humidity | Pressure | Visibility | Dir | Wind Speed | Gust | | Condition |
|---|---|---|---|---|---|---|---|---|---|---|
| 10:05 AM | / 23.0 °C | / 11.0 °C | 47% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | WSW | 38.9 km/h / 10.8 m/s | 51.9 km/h / 14.4 m/s | N/A | Clear |
| 10:25 AM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | West | 23.0 mph / 37.0 km/h / 10.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | Clear |
| 10:45 AM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | West | 25.3 mph / 40.7 km/h / 11.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | N/A | Clear |
| 11:05 AM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | WSW | 26.5 mph / 42.6 km/h / 11.8 m/s | - | N/A | Scattered Clouds |
| 11:25 AM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | West | 23.0 mph / 37.0 km/h / 10.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Scattered Clouds |
| 11:45 AM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | West | 23.0 mph / 37.0 km/h / 10.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Scattered Clouds |
| 12:05 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | West | 24.2 mph / 38.9 km/h / 10.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Scattered Clouds |
| 12:25 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | West | 23.0 mph / 37.0 km/h / 10.3 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | Scattered Clouds |
| 12:45 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.92 in / 1013.1 hPa | 10.0 miles / 16.1 kilometers | West | 20.7 mph / 33.3 km/h / 9.3 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Scattered Clouds |
| 1:05 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h / 7.7 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | Scattered Clouds |
| 1:25 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | West | 23.0 mph / 37.0 km/h / 10.3 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Scattered Clouds |
| 1:45 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | West | 20.7 mph / 33.3 km/h / 9.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Scattered Clouds |
| 2:05 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | West | 19.6 mph / 31.5 km/h / 8.7 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | Scattered Clouds |
| 2:25 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h / 7.7 m/s | 25.3 mph / 40.7 km/h / 11.3 m/s | N/A | Scattered Clouds |
| 2:45 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h / 6.7 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | N/A | Scattered Clouds |
| 3:05 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h / 7.7 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | Scattered Clouds |
| 3:25 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | West | 16.1 mph / 25.9 km/h / 7.2 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | Mostly Cloudy |
| 3:45 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.96 in / 1014.4 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h / 6.2 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | Scattered Clouds |
| 4:05 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.96 in / 1014.4 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h / 6.7 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | Clear |
| 4:25 PM | 71.6 °F / 22.0 °C | 51.8 °F / 11.0 °C | 50% | 29.97 in / 1014.8 hPa | 10.0 miles / 16.1 kilometers | West | 16.1 mph / 25.9 km/h / 7.2 m/s | - | N/A | Scattered Clouds |
| 4:45 PM | 73.4 °F / 23.0 °C | 51.8 °F / 11.0 °C | 47% | 29.97 in / 1014.8 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h / 7.7 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | Mostly Cloudy |
| 5:05 | 69.8 °F / | 51.8 °F / | 53% | 29.98 in / | 10.0 miles / | WNW | 17.3 mph / 27.8 km/h / | 21.9 mph / 35.2 km/h / | N/A | Mostly |

History : Weather Underground

| Time | Temp | | Humidity | Pressure | Visibility | | Wind | Wind Speed | Gust Speed | | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | 21.0 °C | 11.0 °C | | 1015.1 hPa | 16.1 kilometers | | | 7.7 m/s | 9.8 m/s | | Cloudy |
| 5:25 PM | 69.8 °F / 21.0 °C | 51.8 °F / 11.0 °C | 53% | 29.98 in / 1015.1 hPa | 10.0 miles / 16.1 kilometers | WNW | 16.1 mph / 25.9 km/h / 7.2 m/s | - | | N/A | Overcast |
| 5:45 PM | 69.8 °F / 21.0 °C | 51.8 °F / 11.0 °C | 53% | 29.99 in / 1015.5 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h / 6.2 m/s | - | | N/A | Overcast |
| 6:05 PM | 68.0 °F / 20.0 °C | 51.8 °F / 11.0 °C | 56% | 29.99 in / 1015.5 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h / 6.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | Overcast |
| 6:25 PM | 66.2 °F / 19.0 °C | 51.8 °F / 11.0 °C | 60% | 30.00 in / 1015.8 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h / 7.7 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | N/A | Overcast |
| 6:45 PM | 66.2 °F / 19.0 °C | 51.8 °F / 11.0 °C | 60% | 30.01 in / 1016.1 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h / 6.7 m/s | - | | N/A | Overcast |
| 7:05 PM | 64.4 °F / 18.0 °C | 51.8 °F / 11.0 °C | 64% | 30.01 in / 1016.1 hPa | 10.0 miles / 16.1 kilometers | West | 10.4 mph / 16.7 km/h / 4.6 m/s | - | | N/A | Overcast |
| 7:25 PM | 64.4 °F / 18.0 °C | 51.8 °F / 11.0 °C | 64% | 30.02 in / 1016.5 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h / 6.7 m/s | - | | N/A | Overcast |
| 7:45 PM | 64.4 °F / 18.0 °C | 51.8 °F / 11.0 °C | 64% | 30.02 in / 1016.5 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h / 6.2 m/s | - | | N/A | Overcast |
| 8:05 PM | 64.4 °F / 18.0 °C | 53.6 °F / 12.0 °C | 68% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | WNW | 12.7 mph / 20.4 km/h / 5.7 m/s | - | | N/A | Overcast |
| 8:25 PM | 62.6 °F / 17.0 °C | 53.6 °F / 12.0 °C | 72% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | West | 11.5 mph / 18.5 km/h / 5.1 m/s | - | | N/A | Overcast |
| 8:45 PM | 62.6 °F / 17.0 °C | 53.6 °F / 12.0 °C | 72% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h / 6.2 m/s | - | | N/A | Scattered Clouds |
| 9:05 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | WNW | 10.4 mph / 16.7 km/h / 4.6 m/s | - | | N/A | Clear |
| 9:25 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | 30.06 in / 1017.8 hPa | 7.0 miles / 11.3 kilometers | WNW | 6.9 mph / 11.1 km/h / 3.1 m/s | - | | N/A | Clear |
| 9:45 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | 30.06 in / 1017.8 hPa | 7.0 miles / 11.3 kilometers | NW | 3.5 mph / 5.6 km/h / 1.5 m/s | - | | N/A | Mostly Cloudy |
| 10:05 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | - / - | 7.0 miles / 11.3 kilometers | NNW | 3.5 mph / 5.6 km/h / 1.5 m/s | - | | N/A | Overcast |
| 10:25 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | 30.06 in / 1017.8 hPa | 7.0 miles / 11.3 kilometers | North | 3.5 mph / 5.6 km/h / 1.5 m/s | - | | N/A | Overcast |
| 10:45 PM | 60.8 °F / 16.0 °C | 53.6 °F / 12.0 °C | 77% | 30.06 in / 1017.8 hPa | 7.0 miles / 11.3 kilometers | North | 3.5 mph / 5.6 km/h / 1.5 m/s | - | | N/A | Overcast |
| 11:05 PM | 59.0 °F / 15.0 °C | 51.8 °F / 11.0 °C | 77% | 30.06 in / 1017.8 hPa | 7.0 miles / 11.3 kilometers | ENE | 10.4 mph / 16.7 km/h / 4.6 m/s | - | | N/A | Overcast |
| 11:25 PM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | ENE | 8.1 mph / 13.0 km/h / 3.6 m/s | - | | N/A | Overcast |
| 11:45 PM | 57.2 °F / 14.0 °C | 50.0 °F / 10.0 °C | 77% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | ENE | 5.8 mph / 9.3 km/h / 2.6 m/s | - | | N/A | Overcast |

 Copyright © 2007 The Weather Underground, Inc.





Look Younger
From Any Angle
TRY IT FREE
Simulated imagery. Not actual photo. *click here for more details.



## History for Pontiac, IL

Tuesday, April 24, 2007

### Daily Summary

|  | Actual: | Average : | Record : |
|---|---|---|---|
| **Temperature:** |  |  |  |
| Mean Temperature | 62 °F / 16 °C | - |  |
| Max Temperature | 77 °F / 25 °C | 64 °F / 17 °C | 88 °F / 31 °C (1925) |
| Min Temperature | 46 °F / 7 °C | 42 °F / 5 °C | 21 °F / -6 °C (1910) |
| **Degree Days:** |  |  |  |
| Heating Degree Days | 4 |  |  |
| Growing Degree Days | 12 (Base 50) |  |  |
| **Moisture:** |  |  |  |
| Dew Point | 49 °F / 9 °C |  |  |
| Average Humidity | 52 |  |  |
| Maximum Humidity | 87 |  |  |
| Minimum Humidity | 24 |  |  |
| **Precipitation:** |  |  |  |
| Precipitation | 0.00 in / 0.00 cm | - | - () |
| **Sea Level Pressure:** |  |  |  |
| Sea Level Pressure | 30.08 in / 1019 hPa |  |  |
| **Wind:** |  |  |  |
| Wind Speed | 5 mph / 8 km/h (East) |  |  |
| Max Wind Speed | 22 mph / 35 km/h |  |  |
| Max Gust Speed | 28 mph / 45 km/h |  |  |
| Visibility | 10 miles / 16 kilometers |  |  |
| Events |  |  |  |

Averages and records for this station are not official NWS values.

**T** = Trace of Precipitation, **MM** = Missing Value                    **Source:** NWS Daily Summary

Seasonal Weather Averages



## Hourly Observations

| Time (CDT): | Temp: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:05 AM | 57.2 °F / 14.0 °C | 50.0 °F / 10.0 °C | 77% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | East | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Overcast |
| 12:25 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.08 in / 1018.5 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Overcast |
| 12:45 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | East | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Overcast |
| 1:05 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Overcast |
| 1:25 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Overcast |
| 1:45 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Overcast |
| 2:05 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.08 in / 1018.5 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Overcast |
| 2:25 AM | 57.2 °F / 14.0 °C | 48.2 °F / 9.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Overcast |
| 2:45 AM | 57.2 °F / 14.0 °C | 46.4 °F / 8.0 °C | 67% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Overcast |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:05 AM | 57.2 °F / 14.0 °C | 46.4 °F / 8.0 °C | 67% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Overcast |
| 3:25 AM | 57.2 °F / 14.0 °C | 46.4 °F / 8.0 °C | 67% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Mostly Cloudy |
| 3:45 AM | 55.4 °F / 13.0 °C | 46.4 °F / 8.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Mostly Cloudy |
| 4:05 AM | 55.4 °F / 13.0 °C | 46.4 °F / 8.0 °C | 72% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Mostly Cloudy |
| 4:25 AM | 51.8 °F / 11.0 °C | 46.4 °F / 8.0 °C | 82% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Scattered Clouds |
| 4:45 AM | 51.8 °F / 11.0 °C | 46.4 °F / 8.0 °C | 82% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm | - | N/A | | Scattered Clouds |
| 5:05 AM | 48.2 °F / 9.0 °C | 44.6 °F / 7.0 °C | 87% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ENE | 3.5 mph / 5.6 km/h / 1.5 m/s | - | N/A | | Clear |
| 5:25 AM | 48.2 °F / 9.0 °C | 44.6 °F / 7.0 °C | 87% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ENE | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Clear |
| 5:45 AM | 48.2 °F / 9.0 °C | 44.6 °F / 7.0 °C | 87% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Clear |
| 6:05 AM | 48.2 °F / 9.0 °C | 42.8 °F / 6.0 °C | 82% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Clear |
| 6:25 AM | 46.4 °F / 8.0 °C | 42.8 °F / 6.0 °C | 87% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Clear |
| 6:45 AM | 48.2 °F / 9.0 °C | 44.6 °F / 7.0 °C | 87% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Clear |
| 7:05 AM | 53.6 °F / 12.0 °C | 46.4 °F / 8.0 °C | 77% | 30.11 in / 1019.5 hPa | 10.0 miles / 16.1 kilometers | ENE | 4.6 mph / 7.4 km/h / 2.1 m/s | - | N/A | | Clear |
| 7:25 AM | 55.4 °F / 13.0 °C | 46.4 °F / 8.0 °C | 72% | 30.11 in / 1019.5 hPa | 10.0 miles / 16.1 kilometers | East | 5.8 mph / 9.3 km/h / 2.6 m/s | - | N/A | | Clear |
| 7:45 AM | 57.2 °F / 14.0 °C | 46.4 °F / 8.0 °C | 67% | 30.11 in / 1019.5 hPa | 10.0 miles / 16.1 kilometers | East | 6.9 mph / 11.1 km/h / 3.1 m/s | - | N/A | | Clear |
| 8:05 AM | 59.0 °F / 15.0 °C | 46.4 °F / 8.0 °C | 63% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 8.1 mph / 13.0 km/h / 3.6 m/s | - | N/A | | Clear |
| 8:25 AM | 60.8 °F / 16.0 °C | 46.4 °F / 8.0 °C | 59% | 30.11 in / 1019.5 hPa | 10.0 miles / 16.1 kilometers | East | 10.4 mph / 16.7 km/h / 4.6 m/s | - | N/A | | Clear |
| 8:45 AM | 62.6 °F / 17.0 °C | 46.4 °F / 8.0 °C | 55% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | East | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | | Clear |
| 9:05 AM | 64.4 °F / 18.0 °C | 44.6 °F / 7.0 °C | 49% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 11.5 mph / 18.5 km/h / 5.1 m/s | - | N/A | | Clear |
| 9:25 AM | 66.2 °F / 19.0 °C | 44.6 °F / 7.0 °C | 46% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 10.4 mph / 16.7 km/h / 4.6 m/s | 16.1 mph / 25.9 km/h / 7.2 m/s | N/A | | Clear |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:45 AM | 66.2 °F / 19.0 °C | 42.8 °F / 6.0 °C | 43% | 30.10 in / 1019.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 12.7 mph / 20.4 km/h / 5.7 m/s | - | N/A | | Clear |
| 10:05 AM | 66.2 °F / 19.0 °C | 42.8 °F / 6.0 °C | 43% | 30.09 in / 1018.8 hPa | 10.0 miles / 16.1 kilometers | ESE | 13.8 mph / 22.2 km/h / 6.2 m/s | - | N/A | | Clear |
| 10:25 AM | 68.0 °F / 20.0 °C | 41.0 °F / 5.0 °C | 37% | 30.08 in / 1018.5 hPa | 10.0 miles / 16.1 kilometers | ESE | 18.4 mph / 29.6 km/h / 8.2 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | | Clear |
| 10:45 AM | 69.8 °F / 21.0 °C | 39.2 °F / 4.0 °C | 33% | 30.08 in / 1018.5 hPa | 10.0 miles / 16.1 kilometers | East | 17.3 mph / 27.8 km/h / 7.7 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | | Clear |
| 11:05 AM | 71.6 °F / 22.0 °C | 39.2 °F / 4.0 °C | 31% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | East | 17.3 mph / 27.8 km/h / 7.7 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | | Clear |
| 11:25 AM | 71.6 °F / 22.0 °C | 37.4 °F / 3.0 °C | 29% | 30.07 in / 1018.2 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | | Clear |
| 11:45 AM | 71.6 °F / 22.0 °C | 35.6 °F / 2.0 °C | 27% | 30.06 in / 1017.8 hPa | 10.0 miles / 16.1 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | | Clear |
| 12:05 PM | 73.4 °F / 23.0 °C | 35.6 °F / 2.0 °C | 25% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | SE | 15.0 mph / 24.1 km/h / 6.7 m/s | - | N/A | | Clear |
| 12:25 PM | 73.4 °F / 23.0 °C | 37.4 °F / 3.0 °C | 27% | 30.05 in / 1017.5 hPa | 10.0 miles / 16.1 kilometers | ESE | 11.5 mph / 18.5 km/h / 5.1 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | | Clear |
| 12:45 PM | 73.4 °F / 23.0 °C | 37.4 °F / 3.0 °C | 27% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 12.7 mph / 20.4 km/h / 5.7 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | | Clear |
| 1:05 PM | 75.2 °F / 24.0 °C | 37.4 °F / 3.0 °C | 25% | 30.04 in / 1017.2 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | | Clear |
| 1:25 PM | 73.4 °F / 23.0 °C | 35.6 °F / 2.0 °C | 25% | 30.03 in / 1016.8 hPa | 10.0 miles / 16.1 kilometers | East | 12.7 mph / 20.4 km/h / 5.7 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | | Clear |
| 1:45 PM | 75.2 °F / 24.0 °C | 35.6 °F / 2.0 °C | 24% | 30.02 in / 1016.5 hPa | 10.0 miles / 16.1 kilometers | East | 10.4 mph / 16.7 km/h / 4.6 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | | Clear |
| 2:05 PM | 75.2 °F / 24.0 °C | 35.6 °F / 2.0 °C | 24% | 30.01 in / 1016.1 hPa | 10.0 miles / 16.1 kilometers | East | 10.4 mph / 16.7 km/h / 4.6 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | | Clear |
| 2:25 PM | 75.2 °F / 24.0 °C | 35.6 °F / 2.0 °C | 24% | 30.00 in / 1015.8 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | | Clear |
| 2:45 PM | 75.2 °F / 24.0 °C | 35.6 °F / 2.0 °C | 24% | 30.00 in / 1015.8 hPa | 10.0 miles / 16.1 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | | Clear |
| 3:05 | 75.2 °F / | 35.6 °F | 24% | 29.99 in / | 10.0 miles / | East | 12.7 mph / | 16.1 mph / | N/A | | Clear |

| PM | 24.0 °C / 2.0 °C | | | 1015.5 hPa | 16.1 kilometers | | 20.4 km/h 25.9 km/h / 5.7 m/s / 7.2 m/s | | | |
| 3:25 PM | 77.0 °F / 25.0 °C | 37.4 °F / 3.0 °C | 24% | 29.98 in / 1015.1 hPa | 10.0 miles / 16.1 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | - | N/A | Clear |
| 3:45 PM | 77.0 °F / 25.0 °C | 37.4 °F / 3.0 °C | 24% | 29.97 in / 1014.8 hPa | 10.0 miles / 16.1 kilometers | ESE | 13.8 mph / 22.2 km/h / 6.2 m/s | 23.0 mph / 37.0 km/h / 10.3 m/s | N/A | Clear |
| 4:05 PM | 75.2 °F / 24.0 °C | 37.4 °F / 3.0 °C | 25% | 29.96 in / 1014.4 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | Scattered Clouds |
| 4:25 PM | 75.2 °F / 24.0 °C | 39.2 °F / 4.0 °C | 27% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | East | 17.3 mph / 27.8 km/h / 7.7 m/s | 20.7 mph / 33.3 km/h / 9.3 m/s | N/A | Scattered Clouds |
| 4:45 PM | 75.2 °F / 24.0 °C | 39.2 °F / 4.0 °C | 27% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | ESE | 15.0 mph / 24.1 km/h / 6.7 m/s | 18.4 mph / 29.6 km/h / 8.2 m/s | N/A | Mostly Cloudy |
| 5:05 PM | 75.2 °F / 24.0 °C | 39.2 °F / 4.0 °C | 27% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | - | N/A | Mostly Cloudy |
| 5:25 PM | 75.2 °F / 24.0 °C | 39.2 °F / 4.0 °C | 27% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | East | 19.6 mph / 31.5 km/h / 8.7 m/s | - | N/A | Mostly Cloudy |
| 6:05 PM | 73.4 °F / 23.0 °C | 41.0 °F / 5.0 °C | 31% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | East | 20.7 mph / 33.3 km/h / 9.3 m/s | - | N/A | Mostly Cloudy |
| 6:25 PM | 73.4 °F / 23.0 °C | 41.0 °F / 5.0 °C | 31% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | East | 20.7 mph / 33.3 km/h / 9.3 m/s | - | N/A | Mostly Cloudy |
| 6:45 PM | 71.6 °F / 22.0 °C | 41.0 °F / 5.0 °C | 33% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | East | 21.9 mph / 35.2 km/h / 9.8 m/s | 25.3 mph / 40.7 km/h / 11.3 m/s | N/A | Scattered Clouds |
| 7:05 PM | 71.6 °F / 22.0 °C | 39.2 °F / 4.0 °C | 31% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | East | 19.6 mph / 31.5 km/h / 8.7 m/s | - | N/A | Clear |
| 7:25 PM | 66.2 °F / 19.0 °C | 42.8 °F / 6.0 °C | 43% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | ENE | 19.6 mph / 31.5 km/h / 8.7 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | N/A | Mostly Cloudy |
| 7:45 PM | 64.4 °F / 18.0 °C | 42.8 °F / 6.0 °C | 45% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | ENE | 20.7 mph / 33.3 km/h / 9.3 m/s | 25.3 mph / 40.7 km/h / 11.3 m/s | N/A | Overcast |
| 8:05 PM | 64.4 °F / 18.0 °C | 42.8 °F / 6.0 °C | 45% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph / 37.0 km/h / 10.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Mostly Cloudy |
| 8:25 PM | 62.6 °F / 17.0 °C | 42.8 °F / 6.0 °C | 48% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph / 37.0 km/h / 10.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | Thunderstorm Thunderstorm |
| 8:45 PM | 62.6 °F / 17.0 °C | 42.8 °F / 6.0 °C | 48% | 29.91 in / 1012.8 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph / 37.0 km/h / 10.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | N/A | Scattered Clouds |

| 9:05 PM | 60.8 °F / 16.0 °C | 42.8 °F / 6.0 °C | 52% | 29.92 in / 1013.1 hPa | 10.0 miles / 16.1 kilometers | ENE | 21.9 mph / 35.2 km/h / 9.8 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | Rain | Light Rain |
| 9:25 PM | 57.2 °F / 14.0 °C | 46.4 °F / 8.0 °C | 67% | 29.93 in / 1013.4 hPa | 7.0 miles / 11.3 kilometers | ENE | 21.9 mph / 35.2 km/h / 9.8 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | 0.03 in / 0.1 cm | | Overcast |
| 9:45 PM | 55.4 °F / 13.0 °C | 48.2 °F / 9.0 °C | 77% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | NE | 18.4 mph / 29.6 km/h / 8.2 m/s | - | 0.07 in / 0.2 cm | Rain | Light Rain |
| 10:05 PM | 55.4 °F / 13.0 °C | 48.2 °F / 9.0 °C | 77% | 29.95 in / 1014.1 hPa | 10.0 miles / 16.1 kilometers | NE | 17.3 mph / 27.8 km/h / 7.7 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | 0.03 in / 0.1 cm | Rain | Rain |
| 10:25 PM | 53.6 °F / 12.0 °C | 48.2 °F / 9.0 °C | 82% | 29.96 in / 1014.4 hPa | 7.0 miles / 11.3 kilometers | NE | 19.6 mph / 31.5 km/h / 8.7 m/s | - | 0.12 in / 0.3 cm | Rain | Rain |
| 10:45 PM | 53.6 °F / 12.0 °C | 48.2 °F / 9.0 °C | 82% | 29.94 in / 1013.8 hPa | 7.0 miles / 11.3 kilometers | ENE | 24.2 mph / 38.9 km/h / 10.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | 0.19 in / 0.5 cm | Rain | Rain |
| 11:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.91 in / 1012.8 hPa | 7.0 miles / 11.3 kilometers | NE | 25.3 mph / 40.7 km/h / 11.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | 0.01 in / 0.0 cm | Rain | Light Rain |
| 11:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | NE | 24.2 mph / 38.9 km/h / 10.8 m/s | - | 0.01 in / 0.0 cm | | Overcast |
| 11:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | 0.01 in / 0.0 cm | | Overcast |

 Copyright © 2007 The Weather Underground, Inc.

   

I graduated in:

| 1995 | |
| 1985 | |
| 1975 | |
| 1965 | |

classmates.com

## History for Pontiac, IL

Wednesday, April 25, 2007

### Daily Summary

|  | Actual: | Average : | Record : |
|---|---|---|---|
| **Temperature:** | | | |
| Mean Temperature | **50** °F / **10** °C | - | |
| Max Temperature | **53** °F / **11** °C | **65** °F / **18** °C | **88** °F / **31** °C (1915) |
| Min Temperature | **48** °F / **8** °C | **41** °F / **4** °C | **26** °F / **-3** °C (1919) |
| **Degree Days:** | | | |
| Heating Degree Days | 14 | | |
| **Moisture:** | | | |
| Dew Point | **48** °F / **8** °C | | |
| Average Humidity | 90 | | |
| Maximum Humidity | 100 | | |
| Minimum Humidity | 82 | | |
| **Precipitation:** | | | |
| Precipitation | **2.10** in / **5.33** cm | - | - () |
| **Sea Level Pressure:** | | | |
| Sea Level Pressure | **29.82** in / **1010** hPa | | |
| **Wind:** | | | |
| Wind Speed | **24** mph / **39** km/h (ENE) | | |
| Max Wind Speed | **37** mph / **60** km/h | | |
| Max Gust Speed | **46** mph / **74** km/h | | |
| Visibility | **7** miles / **11** kilometers | | |
| Events | Rain , Thunderstorm | | |

Averages and records for this station are not official NWS values.

**T** = Trace of Precipitation, **MM** = Missing Value        **Source:** NWS Daily Summary

[ Seasonal Weather Averages ]

History : Weather Underground



### Hourly Observations

| Time (CDT): | Temp: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:05 AM | 53.6 °F / 12.0 °C | 48.2 °F / 9.0 °C | 82% | 29.88 in / 1011.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | 0.01 in / 0.0 cm | Rain | Light Rain |
| 12:25 AM | 53.6 °F / 12.0 °C | 48.2 °F / 9.0 °C | 82% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | ENE | 21.9 mph / 35.2 km/h / 9.8 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | 0.01 in / 0.0 cm | | Overcast |
| 12:45 AM | 53.6 °F / 12.0 °C | 48.2 °F / 9.0 °C | 82% | 29.86 in / 1011.1 hPa | 5.0 miles / 8.0 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | 0.01 in / 0.0 cm | Rain , Thunderstorm | Thunderstorms and Rain |
| 1:05 AM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | 0.01 in / 0.0 cm | | Overcast |
| 1:25 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 26.5 mph / 42.6 km/h / 11.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | 0.01 in / 0.0 cm | | Overcast |
| 1:45 AM | 53.6 °F / 12.0 °C | 50.0 °F / 10.0 °C | 88% | 29.84 in / 1010.4 hPa | 7.0 miles / 11.3 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | 0.02 in / 0.1 cm | | Overcast |
| 2:05 AM | 53.6 °F / 12.0 °C | 50.0 °F / 10.0 °C | 88% | 29.84 in / 1010.4 hPa | 5.0 miles / 8.0 kilometers | ENE | 21.9 mph / 35.2 km/h / 9.8 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | 0.01 in / 0.0 cm | Rain , Thunderstorm | Light Thunderstorms and Rain |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|------|------|-----------|----------|----------|------------|----------|-----------|-----------|--------|--------|-----------|
| 2:25 AM | 53.6 °F / 12.0 °C | 50.0 °F / 10.0 °C | 88% | 29.82 in / 1009.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 20.7 mph / 33.3 km/h / 9.3 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | 0.01 in / 0.0 cm | Thunderstorm | Thunderstorm |
| 2:45 AM | 53.6 °F / 12.0 °C | 50.0 °F / 10.0 °C | 88% | 29.80 in / 1009.0 hPa | 5.0 miles / 8.0 kilometers | ENE | 26.5 mph / 42.6 km/h / 11.8 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | N/A | | Overcast |
| 3:05 AM | 53.6 °F / 12.0 °C | 51.8 °F / 11.0 °C | 94% | 29.80 in / 1009.0 hPa | 4.0 miles / 6.4 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | - | 0.03 in / 0.1 cm | | Overcast |
| 3:25 AM | 53.6 °F / 12.0 °C | 51.8 °F / 11.0 °C | 94% | 29.78 in / 1008.4 hPa | 3.0 miles / 4.8 kilometers | East | 28.8 mph / 46.3 km/h / 12.9 m/s | 34.5 mph / 55.6 km/h / 15.4 m/s | 0.11 in / 0.3 cm | Rain | Heavy Rain |
| 3:45 AM | 53.6 °F / 12.0 °C | 51.8 °F / 11.0 °C | 94% | 29.77 in / 1008.0 hPa | 5.0 miles / 8.0 kilometers | ENE | 27.6 mph / 44.4 km/h / 12.3 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | 0.14 in / 0.4 cm | Rain | Light Rain |
| 4:05 AM | 51.8 °F / 11.0 °C | 51.8 °F / 11.0 °C | 100% | 29.77 in / 1008.0 hPa | 2.5 miles / 4.0 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | 0.06 in / 0.2 cm | Rain | Heavy Rain |
| 4:25 AM | 51.8 °F / 11.0 °C | 51.8 °F / 11.0 °C | 100% | 29.77 in / 1008.0 hPa | 3.0 miles / 4.8 kilometers | ENE | 24.2 mph / 38.9 km/h / 10.8 m/s | 33.4 mph / 53.7 km/h / 14.9 m/s | 0.10 in / 0.3 cm | Rain | Heavy Rain |
| 4:45 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.76 in / 1007.7 hPa | 5.0 miles / 8.0 kilometers | ENE | 27.6 mph / 44.4 km/h / 12.3 m/s | 31.1 mph / 50.0 km/h / 13.9 m/s | 0.15 in / 0.4 cm | Rain | Rain |
| 5:05 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.76 in / 1007.7 hPa | 1.2 miles / 2.0 kilometers | ENE | 25.3 mph / 40.7 km/h / 11.3 m/s | 29.9 mph / 48.2 km/h / 13.4 m/s | 0.25 in / 0.6 cm | Rain | Heavy Rain |
| 5:25 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.78 in / 1008.4 hPa | 5.0 miles / 8.0 kilometers | ENE | 24.2 mph / 38.9 km/h / 10.8 m/s | - | 0.50 in / 1.3 cm | Rain | Rain |
| 5:45 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.78 in / 1008.4 hPa | 7.0 miles / 11.3 kilometers | NE | 24.2 mph / 38.9 km/h / 10.8 m/s | 32.2 mph / 51.9 km/h / 14.4 m/s | 0.56 in / 1.4 cm | Rain | Light Rain |
| 6:05 AM | 51.8 °F / 11.0 °C | 50.0 °F / 10.0 °C | 94% | 29.78 in / 1008.4 hPa | 7.0 miles / 11.3 kilometers | NE | 24.2 mph / 38.9 km/h / 10.8 m/s | 28.8 mph / 46.3 km/h / 12.9 m/s | N/A | Rain | Rain |
| 6:25 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.78 in / 1008.4 hPa | 7.0 miles / 11.3 kilometers | NE | 28.8 mph / 46.3 km/h / 12.9 m/s | 36.8 mph / 59.3 km/h / 16.5 m/s | 0.02 in / 0.1 cm | Rain | Light Rain |
| 6:45 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.77 in / 1008.0 hPa | 7.0 miles / 11.3 kilometers | NE | 31.1 mph / 50.0 km/h / 13.9 m/s | 39.1 mph / 63.0 km/h / 17.5 m/s | N/A | Rain | Light Rain |
| 7:05 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.76 in / 1007.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 34.5 mph / 55.6 km/h / 15.4 m/s | 42.6 mph / 68.5 km/h / 19.0 m/s | 0.01 in / 0.0 cm | | Overcast |
| 7:25 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.76 in / 1007.7 hPa | 10.0 miles / 16.1 kilometers | ENE | 36.8 mph / 59.3 km/h / 16.5 m/s | 46.0 mph / 74.1 km/h / 20.6 m/s | 0.01 in / 0.0 cm | | Overcast |
| 7:45 | 50.0 °F / | 48.2 °F | 94% | 29.77 in / | 7.0 miles / | ENE | 32.2 mph / | 43.7 mph | 0.01 in | | Overcast |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed / Gust | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| AM | 10.0 °C / 9.0 °C | | | 1008.0 hPa | 11.3 kilometers | | 51.9 km/h 70.4 km/h / 14.4 m/s / 19.5 m/s | 0.0 cm | | |
| 8:05 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.80 in / 1009.0 hPa | 10.0 miles / 16.1 kilometers | ENE | 33.4 mph 40.3 mph / 53.7 km/h 64.8 km/h / 14.9 m/s / 18.0 m/s | N/A | | Overcast |
| 8:25 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.82 in / 1009.7 hPa | 5.0 miles / 8.0 kilometers | ENE | 28.8 mph 36.8 mph / 46.3 km/h 59.3 km/h / 12.9 m/s / 16.5 m/s | N/A | Rain | Light Rain |
| 8:45 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.82 in / 1009.7 hPa | 4.0 miles / 6.4 kilometers | ENE | 29.9 mph 38.0 mph / 48.2 km/h 61.1 km/h / 13.4 m/s / 17.0 m/s | N/A | Rain | Light Rain |
| 9:05 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.83 in / 1010.0 hPa | 2.5 miles / 4.0 kilometers | ENE | 27.6 mph 35.7 mph / 44.4 km/h 57.4 km/h / 12.3 m/s / 15.9 m/s | N/A | Rain | Light Rain |
| 9:25 AM | 48.2 °F / 9.0 °C | 48.2 °F / 9.0 °C | 100% | 29.84 in / 1010.4 hPa | 2.5 miles / 4.0 kilometers | ENE | 24.2 mph 32.2 mph / 38.9 km/h 51.9 km/h / 10.8 m/s / 14.4 m/s | 0.01 in / 0.00 cm | Rain | Light Rain |
| 9:45 AM | 48.2 °F / 9.0 °C | 48.2 °F / 9.0 °C | 100% | 29.84 in / 1010.4 hPa | 7.0 miles / 11.3 kilometers | ENE | 25.3 mph 33.4 mph / 40.7 km/h 53.7 km/h / 11.3 m/s / 14.9 m/s | 0.02 in / 0.1 cm | | Overcast |
| 10:05 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.84 in / 1010.4 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph 31.1 mph / 37.0 km/h 50.0 km/h / 10.3 m/s / 13.9 m/s | N/A | | Overcast |
| 10:25 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.84 in / 1010.4 hPa | 5.0 miles / 8.0 kilometers | ENE | 23.0 mph 28.8 mph / 37.0 km/h 46.3 km/h / 10.3 m/s / 12.9 m/s | N/A | | Overcast |
| 10:45 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 23.0 mph 28.8 mph / 37.0 km/h 46.3 km/h / 10.3 m/s / 12.9 m/s | N/A | | Overcast |
| 11:05 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.87 in / 1011.4 hPa | 7.0 miles / 11.3 kilometers | ENE | 24.2 mph 29.9 mph / 38.9 km/h 48.2 km/h / 10.8 m/s / 13.4 m/s | N/A | | Overcast |
| 11:25 AM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.86 in / 1011.1 hPa | 2.5 miles / 4.0 kilometers | ENE | 18.4 mph 31.1 mph / 29.6 km/h 50.0 km/h / 8.2 m/s / 13.9 m/s | N/A | | Overcast |
| 11:45 AM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 2.5 miles / 4.0 kilometers | ENE | 17.3 mph 28.8 mph / 27.8 km/h 46.3 km/h / 7.7 m/s / 12.9 m/s | N/A | | Overcast |
| 12:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.88 in / 1011.7 hPa | 4.0 miles / 6.4 kilometers | ENE | 18.4 mph 26.5 mph / 29.6 km/h 42.6 km/h / 8.2 m/s / 11.8 m/s | N/A | | Overcast |
| 12:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.89 in / 1012.1 hPa | 4.0 miles / 6.4 kilometers | ENE | 19.6 mph / 31.5 km/h - / 8.7 m/s | N/A | | Overcast |
| 12:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | ENE | 21.9 mph 28.8 mph / 35.2 km/h 46.3 km/h / 9.8 m/s / 12.9 m/s | N/A | | Overcast |
| 1:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | East | 21.9 mph 27.6 mph / 35.2 km/h 44.4 km/h / 9.8 m/s / 12.3 m/s | N/A | | Overcast |

| 1:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.90 in / 1012.4 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph 27.6 mph / / 37.0 km/h 44.4 km/h / 10.3 m/s / 12.3 m/s | N/A | | Overcast |
| 1:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | East | 23.0 mph / - 37.0 km/h / 10.3 m/s | N/A | | Overcast |
| 2:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | ENE | 24.2 mph 34.5 mph / / 38.9 km/h 55.6 km/h / 10.8 m/s / 15.4 m/s | N/A | | Overcast |
| 2:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.89 in / 1012.1 hPa | 10.0 miles / 16.1 kilometers | East | 25.3 mph 29.9 mph / / 40.7 km/h 48.2 km/h / 11.3 m/s / 13.4 m/s | N/A | | Overcast |
| 2:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | East | 23.0 mph 27.6 mph / / 37.0 km/h 44.4 km/h / 10.3 m/s / 12.3 m/s | N/A | | Overcast |
| 3:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | East | 25.3 mph / - 40.7 km/h / 11.3 m/s | N/A | | Overcast |
| 3:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | ENE | 23.0 mph 28.8 mph / / 37.0 km/h 46.3 km/h / 10.3 m/s / 12.9 m/s | N/A | | Overcast |
| 3:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 21.9 mph 28.8 mph / / 35.2 km/h 46.3 km/h / 9.8 m/s / 12.9 m/s | N/A | | Overcast |
| 4:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | East | 21.9 mph 25.3 mph / / 35.2 km/h 40.7 km/h / 9.8 m/s / 11.3 m/s | N/A | | Overcast |
| 4:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.87 in / 1011.4 hPa | 10.0 miles / 16.1 kilometers | East | 24.2 mph 28.8 mph / / 38.9 km/h 46.3 km/h / 10.8 m/s / 12.9 m/s | N/A | | Overcast |
| 4:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.87 in / 1011.4 hPa | 7.0 miles / 11.3 kilometers | East | 19.6 mph / - 31.5 km/h / 8.7 m/s | N/A | Rain | Light Rain |
| 5:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 5.0 miles / 8.0 kilometers | East | 21.9 mph 25.3 mph / / 35.2 km/h 40.7 km/h / 9.8 m/s / 11.3 m/s | N/A | Rain | Light Rain |
| 5:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 21.9 mph 26.5 mph / / 35.2 km/h 42.6 km/h / 9.8 m/s / 11.8 m/s | N/A | | Overcast |
| 5:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 24.2 mph 29.9 mph / / 38.9 km/h 48.2 km/h / 10.8 m/s / 13.4 m/s | N/A | | Overcast |
| 6:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 20.7 mph 27.6 mph / / 33.3 km/h 44.4 km/h / 9.3 m/s / 12.3 m/s | N/A | | Overcast |
| 6:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.87 in / 1011.4 hPa | 4.0 miles / 6.4 kilometers | East | 16.1 mph 24.2 mph / / 25.9 km/h 38.9 km/h / 7.2 m/s / 10.8 m/s | 0.01 in / 0.00 cm | Rain | Light Rain |
| 6:45 | 51.8 °F / | 48.2 °F | 88% | 29.86 in / | 4.0 miles / | East | 18.4 mph 24.2 mph / / | N/A | Rain | Light Rain |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | 11.0 °C | / 9.0 °C | | 1011.1 hPa | 6.4 kilometers | | 29.6 km/h / 8.2 m/s | 38.9 km/h / 10.8 m/s | | | |
| 7:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | East | 19.6 mph / 31.5 km/h / 8.7 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | 0.01 in / 0.0 cm | Rain | Light Rain |
| 7:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | East | 21.9 mph / 35.2 km/h / 9.8 m/s | 27.6 mph / 44.4 km/h / 12.3 m/s | 0.01 in / 0.0 cm | Rain | Light Rain |
| 7:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 7.0 miles / 11.3 kilometers | East | 18.4 mph / 29.6 km/h / 8.2 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | Rain | Light Rain |
| 8:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 7.0 miles / 11.3 kilometers | East | 19.6 mph / 31.5 km/h / 8.7 m/s | - | N/A | | Overcast |
| 8:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 17.3 mph / 27.8 km/h / 7.7 m/s | 21.9 mph / 35.2 km/h / 9.8 m/s | N/A | | Overcast |
| 8:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | East | 19.6 mph / 31.5 km/h / 8.7 m/s | - | N/A | | Overcast |
| 9:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | East | 20.7 mph / 33.3 km/h / 9.3 m/s | 26.5 mph / 42.6 km/h / 11.8 m/s | N/A | | Overcast |
| 9:25 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | 24.2 mph / 38.9 km/h / 10.8 m/s | N/A | | Overcast |
| 9:45 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 7.0 miles / 11.3 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | N/A | | Overcast |
| 10:05 PM | 51.8 °F / 11.0 °C | 48.2 °F / 9.0 °C | 88% | 29.86 in / 1011.1 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | - | 0.01 in / 0.0 cm | Rain | Rain |
| 10:25 PM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.85 in / 1010.7 hPa | 7.0 miles / 11.3 kilometers | ENE | 11.5 mph / 18.5 km/h / 5.1 m/s | - | 0.10 in / 0.3 cm | Rain | Light Rain |
| 10:45 PM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.85 in / 1010.7 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | 19.6 mph / 31.5 km/h / 8.7 m/s | 0.10 in / 0.3 cm | | Overcast |
| 11:05 PM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.83 in / 1010.0 hPa | 10.0 miles / 16.1 kilometers | ENE | 13.8 mph / 22.2 km/h / 6.2 m/s | - | N/A | | Overcast |
| 11:25 PM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.82 in / 1009.7 hPa | 10.0 miles / 16.1 kilometers | East | 13.8 mph / 22.2 km/h / 6.2 m/s | - | N/A | | Overcast |
| 11:45 PM | 50.0 °F / 10.0 °C | 48.2 °F / 9.0 °C | 94% | 29.82 in / 1009.7 hPa | 10.0 miles / 16.1 kilometers | East | 16.1 mph / 25.9 km/h / 7.2 m/s | - | N/A | | Overcast |

Copyright © 2007 The Weather Underground, Inc.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

DONNIE D. WHITE B31317

    PLAINTIFF

    - vs -

CHARLES ROPER et a L

    DEFENDANTS

CASE NO. _____

## NOTICE OF FILING

TO: LISA MADIGAN
    ILL ATTY GEN
    500 S. SECOND ST
    SPRINGFIELD ILL 62706

PLEASE TAKE NOTICE THAT ON 11-15-07 ___ I SHALL FILE IN THE US DIST CT COURT ILL

PLAINTIFFS ATTACHED: 42 USC §1983 CIVIL RIGHTS COMPLAINT A COPY SERVE UPON YOU.

/s/ D. White

AFFIANT: D. WHITE B31317

## CERTIFICATE OF SERVICE

THIS CERTIFIES THAT I SENT THE ABOVE INSTRUMENT TO THE US DIST CT COURT ILL
CLERK TO BE FILED VIA MAIL ON 11-15-07 ___ A COPY ON ALL PARTIES.

/s/ Danne White

D. WHITE B31317
TCC
200 E SUPERMAX RD
POB 2000
THAMUS ILL 62988