11:30
AO 240 (Rev. 9/96)

US DIST CF COIST ILL

E-FILED
Tuesday, 20 November, 2007 09:05:29 AM
Clerk, U.S. District Court, ILCD

NOV 1 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONNIE D. WHITE B31317
Plaintiff

CHARLES ROPER et al
V.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-1311

I, DONNIE D. WHITE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition. TRUE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  THOMAS CORRECTIONAL CENTER

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. MACDONALD'S 35TH WABASH CHICAGO ILL. 60653  $5.25 A HOUR

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. N/A

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. DONNIE B. WHITE JR. (I'M HIS FATHER) HAVE NOT BEEN IN CONTACT WITH HIM SINCE LATE 1995/EARLY 1996 BEFORE HIS MOTHER RELOCATED FROM CHICAGO UPON MY INCARCERATION.

I declare under penalty of perjury that the above information is true and correct.

9-16-07
DATE

Darnell D. White B31317
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) Tamms CC. I further certify that the applicant has the following securities to his/her credit: None Known

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

SEP 17 2007
DATE
TAMMS CORR CENTER

SIGNATURE OF AUTHORIZED OFFICER

| | | | | |
|---|---|---|---|---|
| Date: | 9/17/2007 | | Tamms Correctional Center | Page 21 |
| Time: | 10:52am | | Trust Fund | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 03/01/2007 thru 09/17/2007;   Inmate: B31317;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B31317 White, Donnie D.**        **Housing Unit: TAM-B -02-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.72 |
| 03/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.94 |
| 03/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 03/09/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 03/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 03/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.83 |
| 03/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 03/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 03/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.80 |
| 03/19/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $38.00 |
| 03/20/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.69 |
| 03/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/22/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 03/22/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $35.25 |
| 03/22/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $9.80 |
| 03/22/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $6.25 |
| 03/22/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $14.75 |
| 03/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 03/26/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.30 |
| 03/26/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.58 |
| 03/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 03/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 03/30/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $17.19 |
| 03/30/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.51 |
| 04/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.60 |
| 04/06/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.89 |
| 04/06/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.59 |
| 04/06/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $41.25 |
| 04/06/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $41.50 |
| 04/06/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $0.55 |
| 04/09/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.12 |
| 04/09/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.50 |
| 04/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.37 |
| 04/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.20 |
| 04/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.51 |
| 04/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.87 |
| 04/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 04/19/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $32.50 |
| 04/19/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $33.25 |
| 04/19/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $10.00 |
| 04/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.04 |

Date: 09/17/2007  
Time: 10:52am  
d_list_inmate_trans_statement_composite

1:07-cv-01311-HAB-JAG    # 2

Tamms Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 4 of 7

Page 22

REPORT CRITERIA - Date: 03/01/2007 thru 09/17/2007;   Inmate: B31317;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B31317 White, Donnie D.**                                   **Housing Unit: TAM-B -02-06**

**RESTRICTIONS**

| Invoice Date Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|
| 04/25/2007 | Disb | Library | 2 DOC: 523 Fund Library | $18.75 |
| 04/25/2007 | Disb | Library | 2 DOC: 523 Fund Library | $0.25 |
| 04/30/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.81 |
| 04/30/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.34 |
| 05/07/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.00 |
| 05/07/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.41 |
| 05/08/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 05/10/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.78 |
| 05/11/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.37 |
| 05/14/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/14/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 05/14/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.48 |
| 05/17/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/21/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/22/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.57 |
| 05/24/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.65 |
| 05/30/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 05/31/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.05 |
| 06/04/2007 | Disb | Library | 2 DOC: 523 Fund Library | $14.90 |
| 06/18/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $21.68 |
| 06/21/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.30 |
| 06/21/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 06/21/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.10 |
| 06/25/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.57 |
| 06/25/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.57 |
| 06/27/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.40 |
| 06/28/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.65 |
| 07/02/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.54 |
| 07/03/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 07/09/2007 | Disb | Library | 2 DOC: 523 Fund Library | $14.50 |
| 07/09/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.46 |
| 07/10/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.98 |
| 07/10/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.62 |
| 07/11/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/16/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 07/17/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.85 |
| 07/17/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.23 |
| 07/18/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.15 |
| 07/18/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.16 |
| 07/19/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.72 |
| 07/23/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.51 |
| 07/23/2007 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.21 |

| | | | | |
|---|---|---|---|---|
| Date: | 9/17/2007 | | Tamms Correctional Center | Page 23 |
| Time: | 10:52am | | Trust Fund | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 03/01/2007 thru 09/17/2007;   Inmate: B31317;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B31317 White, Donnie D.**                         **Housing Unit: TAM-B -02-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/26/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.99 |
| 07/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.99 |
| 07/30/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/01/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 08/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.87 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $8.25 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $19.40 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $65.40 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $29.40 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $22.75 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $4.50 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $11.25 |
| 08/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 08/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.90 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.87 |
| 08/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.87 |
| 08/17/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.70 |
| 08/17/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $2.75 |
| 08/20/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.71 |
| 08/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 08/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 08/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 08/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.04 |
| 08/31/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.22 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.81 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.05 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.99 |
| 09/06/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/06/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.57 |
| 09/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.57 |
| 09/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |

REPORT CRITERIA - Date: 03/01/2007 thru 09/17/2007;    Inmate: B31317;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B31317 White, Donnie D.**    **Housing Unit: TAM-B -02-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/12/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/12/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.99 |
| 09/12/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 09/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.40 |
| 09/17/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 09/17/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.86 |

**Total Restrictions:** **$6,141.19**

REPORT CRITERIA - Date: 03/01/2007 thru 09/17/2007;   Inmate: B31317;   Active Status Only ? : No;   Print Restrictions ? : No;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B31317 White, Donnie D.**                **Housing Unit: TAM-B -02-06**

| | |
|---|---:|
| Total Inmate Funds: | .04 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 6,141.19 |
| Funds Available: | -6,141.15 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 654.59 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 2102 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 04/18/2003 | 308.71 | 308.71 |
| 2286 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 09/23/2003 | 2.32 | 2.32 |
| 2584 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 04/09/2004 | 274.00 | 274.00 |
| 2770 | 476 | US District Court-Northern | Beginning Balance | 08/12/2004 | 6.31 | 6.31 |
| 3154 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 04/29/2005 | 58.00 | 58.00 |
| 3155 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 04/29/2005 | 5.25 | 5.25 |
| | | | | Total: | | 654.59 |