# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME:<br><br>Donnie White B-31317<br>v<br>Eddie Jones, et al | CASE NO.<br>07-1311 | Beginning Date of Hearing:<br><br>1/11/08 at 9:45 AM | Type of Hearing:<br>Merit Review<br>Length of Hearing:<br>1 hour |
|---|---|---|---|

**TO: THE WARDEN OF TAMMS CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Donnie White | B-31317 | Tamms Correctional Center | 1/11/08 | 9:45 AM |
| Judge Harold A. Baker | n/a | Urbana Federal Court | 1/11/08 | 9:45 AM |
| | | | | |
| | | | | |

Dated: November 26, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ____s/ T. Kelch_____
       DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel
 Faxed to: Warden of Tamms Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98