TO: UNITED STATES DISTRICT COURT
FEDERAL BUILDING
100 N.E MONROE St. RM 309
PEORIA ILL 61602

DEC 02, 2007

RE: 1983 LAWSUIT

RECEIVED
DEC - 6 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1311

DEAR: CLERK

I AM WRITING TO YOUR OFFICE TO BE ADVISED OF AT YOUR MOST EARLIEST TIME OF CONVIENCES AS TO IF YOUR OFFICE HAS INDEED RECIEVED (7) SEVEN MANILLA LEGAL ENVELOPES CONTAINING:

1- (22) TWENTY-TWO COPIES OF MY SECTION 1983 LAWSUIT TO BE FILED IN YOUR CIRCUIT COURT ON 11-15-07

I HAVE NOT RECIEVED MY COPIES BACK STAMP, FILED AND AM VERY CONCERN AS TO IF MY FACILITY MAIL ROOM IS WITH-HOLDING MY COURT MAIL.

I PATIENTLY AWAITS YOUR REPLY, GOODDAY!

P.S. I HAVE ENCLOSED THE LEGAL MAIL POSTAGE PAID FULLY RECIEPT, FOR (7) SEVEN MANILLA LEGAL ENVELOPES.

RESPECTIVELY,
D. WHITE B31317
TCC
200 ESUPERMAXD
POB 2000
TAMMS ILL 62988

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____    Date **NOV 15 2007**

Offender Name **D. WHITE**    ID# **B31317**    Housing Unit **E-1-10**

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of **POSTAGE FOR (11) LEGAL ENVEL. 7- US DIST CT COIST ILL §1983 (cmplt. 1- T. POWELL; 2- US DIST CT 05(594; 1- HILDEBRAND**

[X] I hereby authorize payment of postage for the attached mail.  [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____    ID# **B31317**

Witness Signature _____ 11/66/07

[ ] Approved  [ ] Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of **48** dollars and **86** cents.

Distribution: Business Office, Offender

Handwritten calculations:
```
          .41    TAMMS
    11L  5.70   TRUST OFFICE
         4.60   5.70   5.70
         .41    5.70   6.65   DOC 0296 (Eff. 1/2006)
                1.64   6.65   (Replaces DC 828)
2 Sm Wh = 11 LEGAL ENVELOPES
9 MANILA
```

Printed on Recycled Paper