TO: UNITED STATES DISTRICT COURT
100 N.E. MONROE
PEORIA ILL 61602

Dec. 16 2007

FILED
DEC 20 2007
JOHN M. WATERS
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: §1983 COMPLAINT

07-1311

DEAR: CLERK OF THE COURT

I AM WRITING TO YOUR OFFICE IN HOPES THAT YOU WOULD BE KIND ENOUGH TO ADVISED ME AS TO THE following OF MY INQUIRY:

1. ON 11-15-2007 I SUBMITTED IN TO YOUR OFFICE (7) SEVEN LEGAL MANILLA ENVELOPES WHICH CONTAINED (1) ONE ORIGINAL COMPLAINT WITH (22) TWENTY-TWO COPIES TO BE FILED AND (2) TWO COPIES TO BE STAMPED FILED & RETURNED BACK TO PLAINTIFF. IT'S BEEN OVER A MONTH AND I HAVE NOT RECIEVED ANYTHING BACK FROM YOUR OFFICE YET. PLEASE ADVISED ME AS TO THE STATUS OF THIS MATTER AND IF YOUR OFFICE DID IN FACT HAVE RECIEVED MY §1983 LAWSUIT.

YOUR COOPERATION WILL NOT BE TAKEN FOR GRANTED BUT VERY GREATLY APPRECIATED IN EVERY WAY THERE IS TO BE POSSIBLY. I PATIENTLY AWAITS ANY REPLY. GOOD DAY!

RESPECTIVELY,
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988