US DIST CT COURT ILL

Donnie D. White B31317
PLAINTIFF

-vs-

Eddie Jones, et al
DEFENDANTS

COURT FILE COPY

**FILED**
JAN 17 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO. 07C1311

## MOTION FOR DIRECTIONS

NOW COMES D. WHITE prose in above case moving this court in pursuant to FRCP requesting to be granted directions. In support plaintiff states as follows:

1. I am the plaintiff in the above pending case

2. There are several other staff officials that are unidentified that participated in plaintiffs cell conditions at Pontiac Corr Ctr

3. Plaintiff would like to amend his complaint to add these other defendants but needs to be directed by the court as to how to identify these other unknown defendants

4. This motion is filed in good faith efforts

WHEREFORE, plaintiff respectfully requests that this Honorable court will GRANT his motion for directions and explain how can he go about identifying these other unknown defendants that also participated in his cell conditions at Pontiac Corr. Ctr. on 7-3 shift, 3-11 shift, 11-7 shifts. These defendants names should be logged-in as to 1 and 3 gallery officer's, unit sargeant, unit lieutenant that was assigned to North Cell House Segregation on 4-22-07 to 4-25-07.

EXECUTED ON: 1-12-2008
SIGN SUBSCRIBE AND SWORN TO BY
CERTIFICATION PROVISIONS OF 735 ILCS
5/1-109 (WEST LAW 2008)

RESPECTFULLY SUBMITTED
/s/ Donnie White

Donnie D. White B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS IL 62988

US Dist Ct Dist Ill

Donnie D. White B31317
   PLAINTIFF
      -vs-
Eddie Jones et al
   DEFENDANTS

Case No. 07 C 1311

NOTICE OF FILING

To: Illinois Attorney General Office
    500 S. Second St.
    Springfield Ill 62706

Please take notice that on 1-12-08, I shall file in the US Dist Ct Dist Ill Plaintiff Attached: Motion for Directions a copy served upon you.

/S/ D. White

AFFIANT: D. White B31317

CERTIFICATE OF SERVICE

This certifies that I sent the above instrument to the US Dist Ct Dist Ill Clerk to be filed via mail on 1-12-08 a copy on all parties

/S/ Donnie D. White

Donnie White B31317
POB 2000
Tamms Ill 62988