E-FILED
Thursday, 17 January, 2008  12:10:11 PM
Clerk, U.S. District Court, ILCD

Donnie D. White B31317
Plaintiff
-vs-
Eddie Jones et al
Defendants

Court file copy

Case No. 07C1311

**FILED**
JAN 17 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion for Leave to File an Supplemental Amended Complaint

Now comes D. White prose in above case moving this court in pursuant to FRCP requesting to be granted leave to file an supplemental amended complaint. In support Plaintiff states as follows:

1. The Plaintiff in his original complaint named only (19) nineteen defendants.

2. Since the filing of his complaint the plaintiff has determined that there are more defendants involved in his cell conditions and did nothing about it at the Pontiac Corr. Ctr..

3. These unknown staff officials are: Officers, Sargeants, Lieutenants, and Shift Commanders for all (3) three shifts at Pontiac Corr. Ctr. and Acting Duty-Wardens.

4. These unknown officers were assigned to the North Cell House Segregation on galleries one and three which worked together on 7-3 shift; 3-11 shift and 11-7 shifts on 4-22-07 to 4-25-07 at Pontiac Corr. Ctr.

5. These unknown Cell House Sargeants were assigned to North Cell House Segregation on 7-3 shift, 3-11 shift, and 11-7 shifts on 4-22-07 to 4-25-07 at Pontiac Corr. Ctr.

6. These unknown Cell House Lieutenant's were assigned to North Cell House Segregation on 7-3 shift, 3-11 shift, and 11-7 shifts on 4-22-07 to 4-25-07 at Pontiac Corr. Ctr.

7. These unknown staff officials were assigned Shift Commander's at Pontiac Corr. Ctr. on 4-22-07 to 4-25-07.

8. These unknown staff officials were assigned Acting-Duty Warden's at Pontiac Corr. Ctr. on 4-22-07 to 4-25-07.

9. WITHOUT LEAVE OF THE COURT, PLAINTIFF WILL NOT BE ABLE TO IDENTIFY ALL OF THESE UNKNOWN DEFENDANTS THAT DIRECTLY AND INDIRECTLY PARTICIPATED IN HIS CRUEL AND UNUSUAL CELL CONDITIONS WHILE CONFINEMENT AT PONTIAC CORR. CTR.

10. WITHOUT AN ORDER FROM THE COURT ORDERING DEFENDANT JONES SINCE HE IS IN THE BEST POSITION TO IDENTIFY ALL OF HIS SUBORDINATES AT PONTIAC SO THAT PLAINTIFF CAN PROPERLY AMEND HIS COMPLAINT (SEE, ANTONELLI-V-SHEAHAN 81 F 3d 1422, 1428 (7th CIR. 1996)(THE PRESENCE OF THE PRISON WARDEN AS THE DEFENDANT IN THIS CASE IS BENEFICIAL BECAUSE HIS POSITION MAY ALLOW HIM TO INDICATE THE INDIVIDUALS RESPONSIBLE FOR THE CONSTITUTIONAL DECLARATION.) See also K.F.P. -V- DANE Co. 110 F 3d 516, 519 (7th CIR 1997) (TO ALLOW PLAINTIFF SPECIFIC DISCOVERY TO AFFORD OPPORTUNITY TO IDENTIFY UNKNOWN DEFENDANTS TO AMEND HIS COMPLAINT.).

11. THIS COURT SHOULD GRANT LEAVE FREELY TO SUPPLEMENTALLY AMEND A COMPLAINT. FORMAN-V-DAVIS 371 US 178, 182, 83 S Ct 227 (1962); INTERROYAL CORP-V-SPONSELLER 889 F 2d 108, 112 (6th CIR.) Cert. denied 494 US 1091 (1990).

12. THIS MOTION IS FILED IN GOOD FAITH EFFORTS

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT WILL GRANT HIS MOTION FOR LEAVE TO FILE AN SUPPLEMENTAL AMENDED COMPLAINT TO ADD ALL OTHER UNKNOWN DEFENDANTS THAT DIRECTLY AND INDIRECTLY PARTICIPATED IN HIS CELL CONDITIONS AT PONTIAC CORR. CTR. AND GIVE AN ORDER TO WARDEN EDDIE JONES TO IDENTIFY ALL STAFF THAT WAS ASSIGNED TO THE NINTH CELL HOUSE SEGREGATION UNIT ON GALLERIES ONE AND THREE, SARGEANTS, LIEUTENANTS, ON 7-3, 3-11 AND 11-7 SHIFTS AND ALL ASSIGNED SHIFT COMMANDERS ON 7-3; 3-11 & 11-7 SHIFTS AND ALL ASSIGNED ACTING-DUTY WARDEN'S FOR THE DATES 4-22-07 TO 4-25-07 AT PONTIAC CORR. CTR.

EXECUTED ON: 1-14-08

SIGN SUBSCRIBE AND SWORN TO BY CERTIFICATION PROVISIONS OF 735 ILCS 5/1-109 (WESTLAW 2008)

RESPECTFULLY SUBMITTED,
/s/ Donnie D. White

DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988

US DIST CT C DIST ILL

DONNIE D. WHITE B31317
PLAINTIFF
-VS-
EDDIE JONES et al
DEFENDANTS

JUDGE'S COPY

CASE NO. 07C1311

## NOTICE OF FILING

TO: LISA MADIGAN
ILL ATTY GEN.
500 S SECOND ST
SPRINGFIELD ILL 62706

PLEASE TAKE NOTICE THAT ON 1-14-08 I SHALL FILE WITH THE US DIST CT C DIST ILL PLAIN TIFFS ATTACHED: MOTION FOR LEAVE TO FILE AN SUPPLEMENTAL AMENDED COMPLAINT. A COPY SERVED UPON YOU.

/S/ D. White

AFFIANT; D. WHITE B31317

## CERTIFICATE OF SERVICE

THIS CERTIFIES THAT I SENT THE ABOVE INSTRUMENT TO THE US DIST CT C DIST ILL CLERK TO BE FILED VIA MAIL ON 1-14-08 A COPY ON ALL PARTIES.

/S/ Donnie D White

D. WHITE B31317
TCC
POB 2000
TAMMS ILL 62988