To: UNITED STATES DISTRICT COURT
HAROLD BAKER JUDGE
100 N.E. MONROE ST.
PEORIA ILL. 61602

Court file copy

E-FILED
Wednesday, 23 January, 2008 12:03:44 PM
Clerk, U.S. District Court, ILCD

CASE NO. 07C1311

RE: INQUIRY

DEAR: HAROLD BAKER - JUDGE

ON FRIDAY 1-11-2008 WHEN I ATTENDED FOR THE MERIT REVIEW HEARING BEFORE YOU, I HONESTLY FORGOT TO REQUEST THE FOLLOWING IN OPEN COURT AND ACKNOWLEDGE THE FOLLOWING TO YOU IN OPEN COURT. PLEASE ACCEPT MY CONCERNS AS VALID:

ADVISEMENTS
1. SINCE I MAILED MY 42 USC §1983 COMPLAINT IN TO YOUR COURT IN NOVEMBER, I STILL HAVE NOT RECIEVED ANY TYPE OF MAIL PERTAINING TO THIS LAWSUIT. I EVEN SENT (2) TWO EXTRA COPIES TO BE STAMPED AND RETURNED BACK TO ME AND HAVE NOT RECIEVED ANYTHING AS OF YET.

REQUESTS
1. DID YOU GRANT MY REQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST ME IN THIS ACTION ON 1-11-2008?
2. IS IT TOO LATE TO AMEND MY COMPLAINT TO ADD OTHER STAFF OFFICIALS INVOLVED?

I PATIENTLY AWAITS ANY REPLY, GOODDAY!

RESPECTIVELY,
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988

US DIST CT DIST ILL

Donnie O. White B31317  
   PLAINTIFF  
     -vs-  
EDDIE JONES et al  
   DEFENDANTS  

Court file copy  

CASE NO. 07C1311  

## NOTICE OF FILING

TO: LISA MADIGAN  
    500 S. SECOND ST.  
    SPRINGFIELD ILL 62706  

PLEASE TAKE NOTICE THAT ON 1-17-08 I SHALL FILE IN THE US DIST CT C DIST ILL PLAINTIFF ATTACHED: LETTER TO JUDGE   A COPY SERVED UPON YOU.

/S/ D. White  
AFFIANT: D. WHITE B31317  

## CERTIFICATE OF SERVICE

THIS CERTIFIES THAT I SENT THE ABOVE INSTRUMENT TO THE US DIST CT C DIST ILL CLERK TO BE FILED VIA MAIL ON 1-17-08   A COPY ON ALL PARTIES.

/S/ Donnie White  
D. WHITE B31317  
TCC  
POB 2000  
TAMMS ILL 62988