TO: UNITED STATES DISTRICT COURT
100 N.E. MONROE
PEORIA ILL. 61602

PLEASE RETURN RECIEPT(S)
W/ ANY RESPONSE. THANKS.

3 LEGAL MAIL RECIEPTS ENCLOSED

JAN 29, 2008
WHITE -V- JONES et al
07CV1311

RE: FILINGS NOT RETURNED

FILED
FEB - 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEAR: CLERK OF THE COURT

   I HAVE MAILED OUT TO YOUR CIRCUIT SOME PLEADINGS IN WHICH I HAVE NOT RECIEVED MY COPY BACK STAMPED, FILED SHOWING THAT THIS SPECIFIC MOTION, PLEADING, FILING WAS RECIEVED BY THE CIRCUIT CLERK'S OFFICE.

THESE PLEADINGS, MOTIONS, FILINGS ARE AS FOLLOWS:

1. MOTION FOR DIRECTIONS  1-12-2008
2. MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT 1-13-2008
3. LETTER TO JUDGE 1-16-2008
4.

YOUR ADVISEMENT OF THESE PLEADINGS AS TO WHETHER YOUR OFFICE HAS RECIEVED THEM WILL NOT BE TAKEN FOR GRANTED BUT VERY GREATLY APPRECIATED IN EVERY WAY THERE IS TO BE POSSIBLY.
I PATIENTLY AWAITS YOUR REPLY. GOODDAY!

RESPECTIVELY,
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
P.O.B 2000
TAMMS ILL 62988

**ILLINOIS DEPARTMENT OF CORRECTIONS**

1/14&

## Offender Authorization for Payment

Posting Document # _____   Date __JAN 17, 2008__

Offender Name __D. WHITE__   ID# __B31317__   Housing Unit __E 1-10__

Pay to _____

   Address _____

   City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __POSTAGE for (2) LEGAL MAIL  1 USDIST CT 07C1311 ; 1 UPTOWN LAW CTR.__

☒ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Bruce White__   ID# __B31317__

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __99__ cents.

.41
.58
2L   .99

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

( 1 - 2 SM WHT LEGAL ENVELOPES )

1- USDC 07C1311

MOTION FOR DIRECTIONS

1/14 SC

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____   Date  JAN 14 2008

Offender Name  DONNIE D WHITE   ID#  B31317   Housing Unit  F-1-10

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of  POSTAGE FOR (8) LEGAL ENVEL 1- J. LAGATIUTA, 1- USDIST/07/1311, 1- D. MITCHELL, 1- J. GRAYDON, 1- P. GRAY, 1- L. WICKER, 1- M. MAY, 1- M. BUETTNER

☒ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Donnie D White_   ID#  B31317

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and  00  cents.

8L  .58   1.14   1.14
    .58   1.14   1.14
          1.14   1.14

2 SM WH = 8 LEGAL ENVELOPES
6 MANILLA

1- USDC 07C1311
MOTION FOR LEAVE TO AMEND COMPLAINT

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

1/17 SC

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____    Date JAN 17 2008

Offender Name D. WHITE    ID# B31317    Housing Unit E-1-10

Pay to _____

   Address _____

   City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of POSTAGE for (5) LEGAL ENVEL. 1-USDIST CT 07C1311, 1-LIVINGSTON CO CIR CT, 1-LIVINGSTON CO.R. D'SOC, 1-USDIST CT 04C5112, 1-J LAGAIUTA

☑ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

1-USDC 07C1311 1/17/08

Offender Signature _Names D White_    ID# B31317

Witness Signature _J Butts 11659 SI_

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of  2  dollars and  05  cents.

Distribution: Business Office, Offender

SL

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

(SSM WH (LEGAL MAIL) SS)