TO: US DIST CT COIST ILL
CLERK OF THE COURT
100 NE MONROE ST
PEORIA ILL 61602

FILED
FEB 1 5 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FEB 10, 2008
WHITE-V-JONES et al
07CV1311

RE: STATUS UPDATE

DEAR: CLERK OF THE COURT

I AM THE PLAINTIFF IN THIS PENDING ACTION CASE NO. & NAME ABOVE AND I AM REQUESTING TO RECIEVE AN UP DATE STATUS ON MY CASE.

I FILED A COUPLE PLEADINGS AND HAVE NOT RECIEVED ANY THING BACK SO I AM CURIOUS AS TO IF IT HAS BEEN RECIEVED AT YOUR OFFICE.

YOUR COOPERATION WILL NOT BE TAKEN FOR GRANTED, BUT VERY GREATLY APPRECIATED IN EVERY WAY THERE IS TO BE POSSIBLY.

RESPECTIVELY,
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988