E-FILED
Thursday, 21 February, 2008 01:36:54 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central District__   DISTRICT OF   __Illinois__

Donnie D. White

vs.

Eddie Jones, et. al.

**APPEARANCE**

Case Number: 07-1311

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Donnie D. White

**FILED**

FEB 21 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

I certify that I am admitted to practice in this court.
(Application pending.)

2/19/2008
Date

Signature *[Michael T. Brody]*

Michael T. Brody           6187223
Print Name                 Bar Number

330 N. Wabash
Address

Chicago           IL           60610
City              State        Zip Code

(312) 222-9350    (312) 527-0484
Phone Number      Fax Number