AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central District     DISTRICT OF     Illinois

Donnie D. White

vs.

Eddie Jones, et. al.

**APPEARANCE**

Case Number: 07-1311

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Donnie D. White

FILED
FEB 2 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

I certify that I am admitted to practice in this court.

| 2/19/2008 | *signature* |
|---|---|
| Date | Signature |

Melissa L. Dickey     6282751
Print Name     Bar Number

330 N. Wabash
Address

Chicago     IL     60610
City     State     Zip Code

(312) 222-9350     (312) 840-7356
Phone Number     Fax Number