THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE B. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 1311 |
| ) | |
| EDDIE JONES, MICHAEL MELVIN, ) | Judge Harold A. Baker |
| M.J. BLACKARD, MICHAEL EATON, ) | |
| LT. SAMPSON, BENNY DALLAS, ) | Magistrate Judge John A. Gorman |
| GARY KUHSE, LT. DODD, ) | |
| C/O TANGERMAN, C/O MCBARNEY, ) | |
| CHARLES ROPER, LT. DUBOIS ) | |
| DOUGLAS, RICHARD STUART, ) | |
| C/O KEMP, J. BUNDREN, ) | |
| BRENT HUNSAKER, BONNIE SULLIVAN, ) | |
| and MICHAEL TURNER ) | |
| ) | |
| Defendants ) | |

FILED
FEB 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## COUNSEL'S MOTION FOR WAIVER OF ADMISSION FEES

Counsel for plaintiff Donnie D. White (hereinafter "Mr. White") respectfully request that the Court waive the fee for counsel to become admitted to the bar of the United States District Court for the Central District of Illinois, solely for the purposes of representing Mr. White on a pro bono basis. In support of this motion, counsel state as follows:

1. On November 19, 2007, Mr. White filed his complaint in this matter. The Court conducted a review of the merits of Mr. White's complaint by video conference on January 11, 2008. Based on the merits review, the Court concluded that Mr. White has, "for notice pleading purposes, stated a claim for infringement of his First, Eighth and Fourteenth Amendment rights." (Merits Review and Case Management Order, at 2.)

2. At the January 11, 2007 merits review hearing, Mr. White made an oral motion for appointment of counsel, which was taken under advisement.

3. Subsequently, the Court approached undersigned counsel regarding their firm's willingness to represent Mr. White in this matter. On February 15, 2008, counsel advised the Court that they would be willing to represent Mr. White in this matter on a pro bono basis.

4. Counsel are members in good standing of the bar of the Supreme Court of Illinois and the bar of the Northern District of Illinois. Mr. Brody also is a member in good standing of the bar of the Courts of Appeal for the Seventh and the District of Columbia Circuits. Ms. Dickey also is a member in good standing of the bars of the District of Columbia, the District of Maryland and the Court of Appeal for the Fourth Circuit.

5. At this time, counsel are not members of the bar of the Central District of Illinois. Counsel, however, are prepared to move for reciprocal admission to the bar solely for the purposes of representing Mr. White on a pro bono basis. Neither Mr. Brody nor Ms. Dickey have any other matters pending in the Central District of Illinois at this time.

6. Pursuant to Local Rule 83.5, appointed counsel must pay $185.00 each in order to be admitted to the bar of the Central District of Illinois. Given counsel's involvement in this case on a pro bono basis, counsel submits that a waiver of the admission fee is necessary and appropriate.

7. If appropriate, the Court may set forth in the order that if counsel enters an appearance on behalf of any paying client in the Central District of Illinois, at that time, counsel must pay the required admission fee.

WHEREFORE, for the reasons set forth herein, counsel for plaintiff Donnie D. White respectfully request that the Court enter an order waiving the fee for counsel to become admitted to the United States District Court, Central District of Illinois.

Dated: February 19, 2008                    Respectfully submitted,

By: *(signature)*
Michael T. Brody (Lead Counsel)
Melissa L. Dickey
Jenner & Block LLP
330 N. Wabash Ave.
Suite 4700
Chicago, IL 60611
(312) 222-9350
(312) 840-7791 (fax)

*Counsel for Plaintiff Donnie D. White*