E-FILED
Thursday, 21 February, 2008 02:17:26 PM
Clerk, U.S. District Court, ILCD

Donnie D. White B31317

PLAINTIFF

-vs-

EDDIE Jones et al

DEFENDANTS

**FILED**

FEB 2 1 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO.: 07CV1311

## MOTION FOR STATUS REPORT INSTANTER

NOW COMES D. White pro se IN ABOVE CASE MOVING THIS COURT IN PURSUANT TO FRCP REQUESTING STATUS REPORT INSTANTER, IN SUPPORT STATES AS FOLLOWS:

1. I AM THE PLAINTIFF IN ABOVE CASE

2. PLAINTIFF WAS PRESENT IN COURT VIA SATELITE CONFERENCE VIDEO ON 1-11-2008

3. PLAINTIFF THOUGHT BY NOW THAT HE WOULD HAVE RECIEVED SOMETHING FROM THE COURT AS TO 1-11-2008 MERIT REVIEW HEARING

4. PLAINTIFF REQUESTS THAT THIS COURT FURNISHES HIM A STATUS REPORT OF HIS CASE DOCKET SHEET

5. PLAINTIFF REQUESTS THAT THIS COURT GIVES HIM AN UPDATE ON HIS PENDING CASE

6. THIS MOTION IS FILED IN GOOD FAITH EFFORT

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT HIS MOTION FOR STATUS REPORT INSTANTER AND PROVIDE PLAINTIFF WITH AN DOCKET SHEET AND UP DATE STATUS REPORT ON HIS PENDING CASE IN THIS COURT.

EXECUTED ON: 2-18-08

SIGN SUBSCRIBE AND SWORN TO BY
CERTIFICATION PROVISIONS OF 735 ILCS
5/1-109 (WESTLAW 2008)

RESPECTFULLY SUBMITTED,

/S/ Donnie D. White

DONNIE D. WHITE B31317
TCC
200 E SCOTT MAY RD
POB 2000
TAMMS ILL 62988

US DISTCT C DIST ILL

Dwayne D. White B31317

   PLAINTIFF

    -VS-

EDDIE JONES et al

   DEFENDANTS

CASE NO: 07CV1311

NOTICE OF FILING

TO: LISA MADIGAN

  500 S SECOND ST

  SPRINGFIELD ILL 62706

PLEASE TAKE NOTICE THAT I SHALL FILE ON 2-08-08, IN THE US DISTCT C DIST ILL PLA

INTIFFS ATTACHED: MOTION FOR STATUS REPORT INSTANTER A COPY SERVED UPON YOU.

/S/ D. White

AFFIANT: D. WHITE B31317

CERTIFICATE OF SERVICE

THIS CERTIFIES THAT I SENT THE ABOVE INSTRUMENT TO THE US DIST CT C DIST ILL

CLERK TO BE FILED VIA MAIL ON 2 78 08 A COPY ON ALL PARTIES

/S/ Dwayne D. White

  D. WHITE B31317

   TCC

  POB 2000

  TAMMS ILL 62988