# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>DONNIE WHITE v EDDIE JONES, ET AL | CASE NO.<br><br>07-1311 | Beginning Date of Trial:<br><br>2/29/08 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF TAMMS**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Donnie White | B 31317 | TAMMS | 2/29/08 | 1:30 - 2:45 |
| Melissa Dickey/ Pla's cnsl | N/A | THOMPSON BUILDING CHICAGO | 2/29/08 | 1:30 - 2:45 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: February 25, 2008                    PAMELA E. ROBINSON, CLERK
                                            UNITED STATES DISTRICT COURT

                                            BY:  __s/K. Wynn_____
                                                 DEPUTY CLERK

cc: Donnie White
    Melissa Dickey

Format and wording approved by IDOC Legal Counsel 2/11/98