TO: UNITED STATES DISTRICT COURT
100 NE MONROE ST
PEORIA ILL 61602

Feb 24, 2008

White v. Jones et al
07CV1311

RE: DOCKET SHEET REQUESTED

DEAR: DEPUTY CLERK

FILED
MAR - 3 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I AM THE PLAINTIFF TO THIS CASE AND I AM WRITING TO YOUR OFFICE IN HOPES TO BE PROVIDED WITH A COPY OF THE CASE DOCKET SHEET AT YOUR MOST EARLIEST TIME OF CONVENIENCES.

YOUR COOPERATION WILL NOT BE TAKEN FOR GRANTED BUT VERY GREATLY APPRECIATED IN EVERY WAY THERE IS TO BE POSSIBLY.

I PATIENTLY AWAITS ANY REPLY, GOODDAY!

RESPECTIVELY,
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988