UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| DONNIE D. WHITE, #B-31317, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-1311 |
| EDDIE JONES, et al., | ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Heidi Hildebrand, Assistant Attorney General, State of Illinois, and hereby enters her appearance on behalf of defendants EDDIE JONES, JAMES BLACKARD, MICHEAL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, and BONNIE SULLIVAN, in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois,

By:  s/Heidi Hildebrand
    Heidi Hildebrand, #6270905
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Phone:  (217) 557-0261
    Fax:  (217) 524-5091
    hhildebrand@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| DONNIE D. WHITE, #B-31317, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-1311 |
| ) | |
| EDDIE JONES, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Melissa J. Dickey    Michael T. Brody
mdickey@jenner.com    mbrody@jenner.com

and I hereby certify that on April 16, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

By:  s/Heidi Hildebrand
       Heidi Hildebrand, #6270905
       Assistant Attorney General
       Attorney for Defendants
       500 South Second Street
       Springfield, Illinois  62706
       Phone:  (217) 557-0261
       Fax:  (217) 524-5091
       hhildebrand@atg.state.il.us