**E-FILED**
Wednesday, 07 May, 2008 11:32:21 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Donnie D White B31317** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO.  07-1311** |
| **Eddie Jones, et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of**  Tamms Correctional Center at Tamms, IL.


      **WE COMMAND** that you produce the body of **Donnie D White**, Register No. **B-31317**, who is in your custody at Tamms Correctional Center before the United States District Court on **June 4, 2008 at 9:00 a.m.**  by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

      DATED:  5/7/08

                                  PAMELA E. ROBINSON, CLERK
                                  UNITED STATES DISTRICT COURT

                                  BY: ___/s/ K. Burns_____
                                      Deputy Clerk