**FILED**

MAY 1 2 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAY 06, 2008

WHITE -v- JONES et al

07C1311

DEAR: CLERK OF THE US DIST. COURT

I AM THE PLAINTIFF IN THE ABOVE CASE NAME & NUMBER AND I AM WRITING TO YOU IN HOPES TO BE ADVISED OF WHICH OF THE (19) NINETEEN DEFENDANTS HAVE AND HAVE NOT BEEN SERVED YET WITH MY LAWSUIT. PLEASE PUT (✓) BY ALL DEF. BEEN SERVED.

1. EDDIE JONES
2. MICHEAL MELVIN
3. BLACKARD
4. TODD
5. BENNY DALLAS

6. GARY KUHSE
7. MICHEAL EATON
8. TANGERMAN
9. McBARNEY
10. SAMPSON

11. CHARLES ROPER
12. ROBERT DuBOIS
13. DOUGLAS MASON
14. MICHEAL TURNER
15. RICHARD STAURT

16. JEFFREY BUNDREN
17. BRENT HUNSAKER
18. MICHEAL KEMP
19. BONNIE SULLIVAN

I PATIENTLY AWAITS YOUR RESPONSE. GOODDAY!

RESPECTIVELY.
DONNIE D. WHITE B31317
TAMMS CORR CTR
200 E SUPERMAX RD
POB 2000
TAMMS ILL 62988