**E-FILED**
Thursday, 15 May, 2008  03:51:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DONNIE WHITE, #B-31317,           )
                                  )
            Plaintiff,            )
                                  )
      -vs-                        )          No.    07-1311
                                  )
EDDIE JONES, et al.,              )
                                  )
            Defendants.           )

## MOTION TO REVOKE IN FORMA PAUPERIS STATUS

NOW COME the Defendants, EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Revoke In Forma Pauperis Status, state as follows:

1.     Plaintiff's Complaint was filed on November 19, 2007. [Doc. 1].  The Court granted him in forma pauperis status on December 4, 2007.

2.     The Prisoner Litigation Reform Act, states that:

> "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

28 U.S.C. 1915(g). The Seventh Circuit has interpreted the state to mean that the inmate incurs a strike when any claim in his complaint is determined to be frivolous, malicious or fails to state a claim. *Boriboune v. Berge*, 391 F.3d 852 (7th Cir. 2003).

3.   Plaintiff in this case already had already incurred at least three strikes before filing the instant Complaint. (See May 30, 2006 Order in *White v. Jones*, N.D. 06-2851; August 6, 2004, Order and PACER Entry in *White v. Hunter, et al.*, N.D. 04-4964*;* July 1, 2005, Minute Entry on PACER in *White v. Briley, et al.*, 04-5112. A copy of these is attached to this motion.)

4.   Moreover, Plaintiff should not be allowed to proceed under the "imminent danger of serious physical injury," exception to the three strikes statute. The purpose of the exception is to provide "an escape hatch for genuine emergencies..." where "a threat or prison condition is real and proximate, and when the potential consequence is 'serious physical injury...'." *Lewis v. Sullivan*, 279 F.3d 526, 531 (7th Cir. 2002). In this case, Plaintiff is not seeking an "escape hatch" from imminent harm, such as emergency injunctive relief designed to remove him from danger. Plaintiff's allegations involve events he claims occurred while he was on a court writ more than a year ago, and he does not allege any ongoing constitutional violation. Consequently, he may not take advantage of the "imminent danger" exception in §1915(g) to avoid paying a filing fee.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Motion to Revoke In Forma Pauperis Status.

Respectfully Submitted,

EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN,

Defendants,

Lisa Madigan, Attorney General
of the State of Illinois,

By:  s/Heidi Hildebrand
        Heidi Hildebrand, #6270905
        Assistant Attorney General
        Attorney for Defendants
        500 South Second Street
        Springfield, IL  62706
        (217) 557-0261
        (217) 524-5091
        hhildebrand@atg.state.il.us

3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DONNIE WHITE, #B-31317,           )
                                  )
              Plaintiff,          )
                                  )
        -vs-                      )          No.    07-1311
                                  )
EDDIE JONES, et al.,              )
                                  )
              Defendants.         )

**Certificate of Service**

I hereby certify that on May 15, 2008, I electronically filed a Motion to Revoke In

Forma Pauperis Status with the Clerk of Court using the CM/ECF system which will send

notification of such filing to the following:

Melissa L. Dickey                  Michael T. Brody
mdickey@jenner.com                 mbrody@jenner.com

and I hereby certify that on May 15, 2008, I mailed by United States Postal Service, the

document to the following non-registered participant:

Respectfully submitted,

By:  s/Heidi Hildebrand
     Heidi Hildebrand, #6270905
     Assistant Attorney General
     Attorney for Defendants
     500 South Second Street
     Springfield, IL  62706
     (217) 557-0261
     (217) 524-5091
     hhildebrand@atg.state.il.us

E-FILED
Thursday, 15 May, 2008 03:53:18 PM
Clerk, U.S. District Court, ILCD

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2851 | **DATE** | May 30, 2006 |
| **CASE TITLE** | Donnie White (#B-31317) vs. Donald Snyder, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to file *in forma pauperis* [#3] is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The case is terminated. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions from the plaintiff's account and payments to the clerk of court in accordance with this order. The clerk is directed to mail a copy of this order to the trust fund officer at the Tamms Correctional Center. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

■ [For further details see text below.]

Docketing to mail notices.

---

### STATEMENT

The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff having shown that he is indigent, his motion to proceed *in forma pauperis* is granted. Because the plaintiff has a substantial negative balance (-$4,257.60) in his trust fund account, the initial partial filing fee is waived pursuant to 28 U.S.C. § 1915(b)(4). However, the trust fund officer at the plaintiff's place of incarceration is authorized and ordered to begin collecting monthly payments from the plaintiff's trust fund account in the amount of 20% of the preceding month's income credited to the account. *See* 28 U.S.C. § 1915(b)(1). Monthly payments shall be forwarded to the clerk of court each time the account balance exceeds $10 until the full $350 filing fee is paid. *Id.* Separate deductions and payments shall be made with respect to each action or appeal filed by the plaintiff. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and this case number.

However, under 28 U.S.C. § 1915(e)(2), the court is required to dismiss a suit brought *in forma pauperis* at any time if the court determines that it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. Here, even accepting the plaintiff's factual allegations as true, the court finds that the complaint fails to state a claim as a matter of law. The plaintiff's claims are untimely.

**(CONTINUED)**

mjm

## STATEMENT (continued)

The plaintiff makes numerous claims concerning the conditions of his confinement at the Stateville Correctional Center in May 2002. The statute of limitations for Section 1983 actions filed in Illinois is two years. *See* 735 ILCS § 5/13-202; *Henderson v. Bolanda*, 253 F.3d 928, 931 (7th Cir. 2001), *citing Ashafa v. City of Chicago*, 146 F.3d 459, 462 (7th Cir. 1998). Illinois no longer tolls the statute of limitations for inmates. *See, e.g., Contorno v. Zaruba*, No. 04 C 0719, 2005 WL 1520801, at *3 (N.D. Ill. Jun. 22, 2005) (Manning, J.) (citations omitted). Because the plaintiff waited until May 2006–four years later–to commence suit, his claims are time-barred.

The plaintiff does make passing reference to receiving a belated decision from the Administrative Review Board on one of his myriad grievances in June 2004, over twenty-five months after he purportedly submitted the grievance. However, while any claim relating to the processing of his grievance may therefore be timely, it nevertheless fails to state a viable cause of action under 42 U.S.C. § 1983. Illinois' statutory grievance procedures do not create a protected interest. *Antonelli v. Sheahan*, 81 F.3d 1422, 1430 (7th Cir. 1996). Any right to a grievance is a procedural one, not substantive. *Id.* The Administrative Review Board's failure to render a prompt decision within the time frame envisioned by its rules is consequently not actionable under Section 1983.

For the foregoing reasons, the court concludes that the plaintiff's claims are time-barred and/or fail to state a claim upon which relief may be granted in federal court. Accordingly, the case is terminated. The court has no occasion to reach such considerations as the plaintiff's failure to provide judge's and service copies.

The plaintiff is warned that if a prisoner has had a total of three federal cases or appeals dismissed as frivolous, malicious, or failing to state a claim, he may not file suit in federal court without prepaying the filing fee unless he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

If the plaintiff wishes to appeal this dismissal, he may file a notice of appeal with this court within thirty days of the entry of judgment. Fed. R. App. P. 4(a)(4). A motion for leave to appeal *in forma pauperis* should set forth the issues the plaintiff plans to present on appeal. *See* Fed. R. App. P. 24(a)(1)(C). If the plaintiff does choose to appeal, he will be liable for the $455 appellate filing fee irrespective of the outcome of the appeal. *Evans v. Illinois Dept. of Corrections*, 150 F.3d 810, 812 (7th Cir. 1998). Furthermore, if the appeal is found to be non-meritorious, the plaintiff may also accumulate another "strike."

Minute Order Form (06/97) Case 1:04-cv-04964 Document 4 Filed 08/06/2004 Page 1 of 2

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4964 | **DATE** | 8/6/04 |
| **CASE TITLE** | Donnie D. White (#B-31317) vs. Darrin Hunter, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The plaintiff's motion for leave to proceed in forma pauperis [#3] is granted. The court orders the trust fund officer at the plaintiff's current place of incarceration to deduct $6.31 from the plaintiff's account for payment to the clerk of court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Tamms Correctional Center. The plaintiff may proceed only against the defendants Davis, Stigler and Mikowski, and only on his claims of excessive force and denial of necessary medical care. The complaint is dismissed as to all other claims and defendants pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is directed to issue summonses for service on the defendants Davis, Stigler and Mikowski. The clerk is further directed to send the plaintiff a Notice of Availability of a Magistrate Judge and Instructions for Submitting Documents along with a copy of this order.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | docketing deputy initials | 4 |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | date mailed notice | |
| mjm | courtroom deputy's initials | | |

JUDGE [illegible] U.S. DISTRICT COURT

2004 AUG -6 PM 3:46

Date/time received in central Clerk's Office | mailing deputy initials

(Reserved for use by the Court)

# ORDER

The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, officials at the Stateville Correctional Center, violated the plaintiff's constitutional rights by subjecting him to "cruel and unusual" conditions of confinement, by using excessive force against him, by acting with deliberate indifference to his serious medical needs, and by denying him out-of-cell exercise.

The plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $6.31. The trust fund officer at the plaintiff's current place of incarceration is authorized and ordered to collect the partial filing fee from the plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the plaintiff's trust fund officer is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $150 filing fee is paid. All payments shall be sent to the Clerk, U.S. District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Fiscal Dept., and shall clearly identify the plaintiff's name and this case number. This payment obligation will follow the plaintiff wherever he may be transferred.

Under 28 U.S.C. § 1915A, the court is required to conduct a prompt threshold review of the complaint. Here, even accepting the plaintiff's allegations as true, the court finds that the plaintiff has no actionable claim with respect to either his placement in an allegedly unsanitary cell or his subjection to twenty-four hour lighting. The plaintiff failed to exhaust administrative remedies in connection with those claims.

The Prison Litigation Reform Act of 1996 ("PLRA") contains a "comprehensive administrative exhaustion requirement" that states, "[n]o action shall be brought with respect to prison conditions . . . by a prisoner . . . until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Dismissal on the pleadings is proper for failure to plead exhaustion of all administrative remedies. *Massey v. Wheeler*, 221 F.3d 1030, 1034 (7th Cir. 2000). In the case at bar, the grievances the plaintiff has submitted as exhibits make no mention of those issues. Those claims are consequently dismissed pursuant to 42 U.S.C. § 1997e(a).

The plaintiff's claim that he was denied out-of-cell exercise must also be dismissed. The statute of limitations for Section 1983 actions filed in Illinois is two years. *See* 735 ILCS § 5/13-202; *Henderson v. Bolanda*, 253 F.3d 928, 931 (7th Cir. 2001). The plaintiff complains about alleged mistreatment over a sixteen-day period from July 9, 2002, through July 25, 2002, yet he waited until July 23, 2004, to file suit. For statute of limitations purposes, the court will deem the complaint filed the date it was signed rather than the date it was actually received by the Clerk of the Court. Under the "mailbox rule," prisoner pleadings are considered filed when given to the proper prison authorities for mailing, and not when received by the district court clerk. *See, e.g., Jones v. Bertrand*, 171 F.3d 499, 501 (7th Cir. 1999), *relying on Houston v. Lack*, 487 U.S. 266 (1988) (both habeas cases). Thus, there is only a three-day period that is actionable.

The Court of Appeals for this circuit has held that, generally, five hours a week of out-of-cell exercise for inmates in segregation passes constitutional muster. *See, e.g., Davenport v. DeRobertis*, 844 F.2d 1310, 1315-16 (7th Cir.), *cert. denied*, 488 U.S. 908 (1988). However, a three-day (or even a sixteen-day) lack of yard privileges is insufficient to implicate the Eighth Amendment. "Unless extreme and prolonged, lack of exercise is not equivalent to a medically threatening situation." *Harris v. Fleming*, 839 F.2d 1232, 1236 (7th Cir. 1988) (confinement in segregation unit for four weeks). There is a significant difference between a lack of outdoor recreation and an inability to exercise. An inmate confined to the segregation unit retains the ability to improvise an exercise regimen in his cell or unit. The plaintiff's claim regarding insufficient outdoor recreation is accordingly dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

The plaintiff may nevertheless proceed against the defendants Davis and Stigler on his claim that those officers participated in a brutal attack on July 24, 2002. While a more fully developed record may establish that their resort to force was justified, the defendants must respond to the plaintiff's allegations. [It is now too late to name the "seven other unknown officers" of the "cell extraction team." In this circuit, a plaintiff cannot invoke the relation back principles of Rule 15(c) to replace John Doe defendants with named defendants after the statute of limitations has expired. *See Worthington v. Wilson*, 8 F.3d 1253, 1256-57 (7th Cir. 1993); *see also Wood v. Worachek*, 618 F.2d 1225, 1230 (7th Cir. 1980).]

The plaintiff may also proceed against the defendant Mikowski, the medical technician who purportedly ignored the plaintiff's requests for medical attention after he was injured by the tactical team.

The clerk shall issue summonses forthwith. The U.S. Marshal's Service is appointed to serve the defendants Davis, Stigler and Mikowski. The Marshal will provide the plaintiff with any service forms necessary to complete in order to serve the defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to former correctional employees who no longer can be found at the work address provided by the plaintiff, the Illinois Department of Corrections shall furnish the Marshal with the defendant's last-known address. Any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

The plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The plaintiff must provide the original plus a judge's copy of every document filed. In addition, the plaintiff must send an exact copy of any filing to the defendants [or to defense counsel, once an attorney has entered an appearance on their behalf]. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.

CLOSED, MASON, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:04-cv-04964

White v. Hunter, et al                              Date Filed: 08/06/2004
Assigned to: Hon. Ronald A. Guzman               Date Terminated: 07/12/2005
Demand: $0                                        Jury Demand: Defendant
Cause: 42:1983 Prisoner Civil Rights              Nature of Suit: 555 Civil Rights (Prison
                                                  Condition)
                                                  Jurisdiction: Federal Question

**Plaintiff**

**Donnie D White**                    represented by   **Donnie D White**
                                                       B-31317
                                                       Tamms - CMAX
                                                       P.O. Box 2000
                                                       Tamms, IL 62988
                                                       PRO SE

                                                       **Notices to Prisoner Correspondence**

                                                       Email:
                                                       Prison1_ILND@ilnd.uscourts.gov
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Darrin Hunter**                     represented by   **IDOC Chief of Legal Services**
*TERMINATED: 08/06/2004*                               Illinois Department of Corrections
                                                       100 West Randolph Street
                                                       4-200
                                                       Chicago, IL 60601
                                                       (312) 793-3017
                                                       *TERMINATED: 08/06/2004*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**K Morgan**                          represented by   **IDOC Chief of Legal Services**
*TERMINATED: 08/06/2004*                               (See above for address)
                                                       *TERMINATED: 08/06/2004*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Stigler Wright**
*TERMINATED: 08/06/2004*

           represented by    **IDOC Chief of Legal Services**
(See above for address)
*TERMINATED: 08/06/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CO Stigler**

           represented by    **Heidi J Hildebrand**
Office of the Attorney General
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-4417
Email: hhildebrand@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Anthony Rascia**
Illinois Attorney General's Office
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312)814-3313
Email: rrascia@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt Wright**
*TERMINATED: 08/06/2004*

           represented by    **IDOC Chief of Legal Services**
(See above for address)
*TERMINATED: 08/06/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt Edwards**
*TERMINATED: 08/06/2004*

           represented by    **IDOC Chief of Legal Services**
(See above for address)
*TERMINATED: 08/06/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peto**
*TERMINATED: 08/06/2004*

           represented by    **IDOC Chief of Legal Services**
(See above for address)
*TERMINATED: 08/06/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Bell**
*TERMINATED: 08/06/2004*

           represented by    **IDOC Chief of Legal Services**
(See above for address)

*TERMINATED: 08/06/2004*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmund Baldwin**                    represented by  **IDOC Chief of Legal Services**
*TERMINATED: 08/06/2004*                             (See above for address)
                                                     *TERMINATED: 08/06/2004*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**A Davis**                           represented by  **IDOC Chief of Legal Services**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Ofc (7) seven other unknown officers**  represented by  **IDOC Chief of Legal Services**
**sued in their official capacity**                       (See above for address)
*TERMINATED: 08/06/2004*                                  *TERMINATED: 08/06/2004*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Mikowski**                  represented by  **Heidi J Hildebrand**
*med-tech in his personal and individual*            (See above for address)
*capacity in this action*                            *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **IDOC Chief of Legal Services**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Ronald Anthony Rascia**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/28/2004 | 1 | RECEIVED COMPLAINT with 10 copies. (eav) (Entered: 07/29/2004) |
| 07/28/2004 | 2 | CIVIL cover sheet. (eav) (Entered: 07/29/2004) |
| 07/28/2004 | 3 | APPLICATION by plaintiff to proceed in forma pauperis (Attachments) (eav) (Entered: 07/29/2004) |
| 07/29/2004 |   | FORWARDED complete file to Prisoner Correspondence (eav) (Entered: 07/29/2004) |
| 08/06/2004 | 4 | MINUTE ORDER of 8/6/04 by Hon. Ronald A. Guzman : The plaintiff's motion for leave to proceed in forma pauperis #[3-1] is granted. The court orders the trust fund officer at the plaintiff's current place of incarceration to deduct $6.31 from the plaintiff's account for payment to |

| | | |
|---|---|---|
| | | the clerk of court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Tamms Correctional Center. The plaintiff may proceed only against the defendants Davis, Stigler and Mikowski, and only on his claims of excessive force and denial of necessary medical care. The complaint is dismissed as to all other claims and defendants pursuant to 28 U.S.C. 1915(e)(2)(B). terminating parties Ofc 7 Unknown, Edmund Baldwin, Sgt Bell, Peto, Lt Edwards, Lt Wright, Stigler Wright, K Morgan, and Darrin Hunter The clerk is directed to issue summonses for service on the defendants Davis, Stigler and Mikowski. The clerk is further directed to send the plaintiff a Notice of Availability of a Magistrate Judge and Instructions for Submitting Documents along with a copy of this order. (For further details see order on the reverse side of order.) Mailed notice (eav) (Entered: 08/09/2004) |
| 08/06/2004 | | COMPLAINT (eav) (Entered: 08/09/2004) |
| 08/06/2004 | | MAILED two certified copies of minute order dated 8/6/04 to trust fund officer at the Tamms Correctional Center (eav) (Entered: 08/09/2004) |
| 08/09/2004 | | SUMMONS issued, original and three copies, as to defendants CO Stigler, A Davis, Michael Mikowski, to U.S. Marshal, with copy of complaint and certified copy of minute order dated 8/6/04 (eav) (Entered: 08/09/2004) |
| 08/09/2004 | | MAILED, Notice of Availability of a Magistrate Judge and Instructions for Submitting Documents along with a copy of Minute Order dated 8/6/04 to Donnie D White (eav) (Entered: 08/09/2004) |
| 08/27/2004 | 5 | PETITION and affidavit by plaintiff for leave to proceed without prepayment of fees and costs (Attachment); Notice. (vmj) (Entered: 08/30/2004) |
| 09/01/2004 | 6 | MINUTE ORDER of 9/1/04 by Hon. Ronald A. Guzman : The plaintiff's renewed motion for leave to proceed in forma pauperis #[5-1] is denied as moot. The court's prior order granting i.f.p. directed the trust fund officer at the plaintiff's place of incarceration to deduct $6.31 from the plaintiff's account for payment to the clerk of court as an initial partial filing fee in accordance with 28 U.S.C. 1915(b)(1). Of course, the plaintiff's trust fund officer will comply with that order only as such funds become available. Any failure of the plaintiff's trust fund officer to submit the initial partial filing fee at this time in light of the plaintiff's negative account status will not affect the plaintiff's ability to proceed with this lawsuit. See 28 U.S.C. 1915(b)(4). Trust fund officials have simply been advised as to the amount of the initial payment due. As a final concern, the plaintiff is advised that he must provide the court with the original plus a complete judge's copy of every document filed. The judge's copy must include copies of any exhibits attached to the original filing. Mailed notice (eav) (Entered: 09/03/2004) |
| 09/03/2004 | | MAILED certified copy of minute order dated 9/1/04 to Trust Fund |

| | | Officer at Tamms Facility (eav) (Entered: 09/03/2004) |
|---|---|---|
| 09/10/2004 | 9 | WAIVER of service of summons as to defendant Michael Mikowski sent on 8/12/04. (jmm) (Entered: 09/17/2004) |
| 09/10/2004 | 10 | WAIVER of service of summons as to defendant CO Stigler sent on 8/12/04. (jmm) (Entered: 09/17/2004) |
| 09/13/2004 | 7 | MOTION by plaintiff for a status hearing ; Affidavit. (air) (Entered: 09/14/2004) |
| 09/15/2004 | 8 | MINUTE ORDER of 9/15/04 by Hon. Ronald A. Guzman : The plaintiff's request for a status hearing #[7-1] is denied as premature. This case is still in the service stage, as the plaintiff was granted leave to proceed in forma pauperis on his claims only one month ago. The U.S. Marshal will furnish the plaintiff with any forms necessary for him to complete in order to effect service of process. Once the defendants have been served and counsel has entered an appearance on their behalf, the case will be set for an initial status/scheduling conference as appropriate. Mailed notice (eav) (Entered: 09/16/2004) |
| 10/15/2004 | 11 | ATTORNEY APPEARANCE for defendants CO Stigler, Michael Mikowski by Heidi J Hildebrand, Ronald Anthony Rascia. (air) (Entered: 10/18/2004) |
| 10/15/2004 | 14 | MOTION by defendants CO Stigler and Michael Borkowski to extend time within which to answer or otherwise plead to complaint ; Notice of motion (eav) (Entered: 10/22/2004) |
| 10/18/2004 | 12 | PETITION by plaintiff Donnie D White and affidavit for leave to proceed without prepayment of fees and costs (Attachments) (eav) (Entered: 10/19/2004) |
| 10/18/2004 | 13 | MOTION by plaintiff Donnie D White for appointment of counsel ; Notice of filing; Memorandum of law in support (Attachments) (eav) (Entered: 10/19/2004) |
| 10/22/2004 | 15 | MINUTE ORDER of 10/22/04 by Hon. Ronald A. Guzman : Defendants Borkowski and Stigler's motion to extend time within which to answer or otherwise plead is granted to and including 11/19/04. [14-1] Mailed notice (eav) (Entered: 10/22/2004) |
| 10/27/2004 | 16 | MOTION by plaintiff for request to be allowed to pursue discovery to identify unknown defendant ; Affidavit of Donnie White; Notice (cdy) (Entered: 10/28/2004) |
| 10/29/2004 | 17 | MINUTE ORDER of 10/29/04 by Hon. Ronald A. Guzman : The plaintiff's renewed motion for leave to proceed in forma pauperis #[12-1] is denied as moot, the court having already granted the plaintiff i.f.p. status by Minute Order of 8/6/04. The plaintiff's motion for appointment of counsel #[13-1] is denied. (For further detail see order on the reverse.) Mailed notice (eav) (Entered: 10/29/2004) |
| 11/16/2004 | 18 | MOTION by plaintiff for extension of time to serve other unknown |

| | | |
|---|---|---|
| | | defendants ; Notice. (air) (Entered: 11/17/2004) |
| 11/19/2004 | 19 | ANSWER by defendants CO Stigler and Michael Borkowski to plaintiff's complaint complaint [0-1]; jury demand; Notice of filing (eav) (Entered: 11/22/2004) |
| 12/01/2004 | | SCHEDULE set on 12/1/04 by Hon. Ronald A. Guzman : Status hearing set to 9:30 12/17/04 . Mailed notice (cjg) (Entered: 12/01/2004) |
| 12/07/2004 | 20 | MOTION by plaintiff Donnie D White for extension of time ; Notice of filing (eav) (Entered: 12/08/2004) |
| 12/07/2004 | 21 | MINUTE ORDER of 12/7/04 by Hon. Ronald A. Guzman : The plaintiff's motion for an extension of time #[20-1] is denied as moot. No reply to an answer is permitted unless ordered by the court. Mailed notice (eav) (Entered: 12/08/2004) |
| 12/17/2004 | 22 | MINUTE ORDER of 12/17/04 by Hon. Ronald A. Guzman : Status hearing held and continued to 04/20/05 at 9:30 a.m. It is hereby ordered that the plaintiff is to be available by phone at the next status. Fact discovery closes 04/18/05. Mailed notice (hp) (Entered: 12/21/2004) |
| 12/20/2004 | 23 | MINUTE ORDER of 12/20/04 by Hon. Ronald A. Guzman: The plaintiff's motion for request to be allowed to pursue discovery to identify unknown defendant is granted [16-1]. The plaintiff may avail himself of the discovery process, see Fed.R.Civ.P. 26, et seq., in order to ascertain the full name of - and thus effect service on - the Officer Davis who was involved in the alleged attack of the plaintiff on 7/24/02. The plaintiff's motion for extension of time to serve other unknown defendants is likewise granted [18-1]. The plaintiff is granted an additional sixty days in which to effect service on the defendant Davis. Mailed notice (gma) (Entered: 12/21/2004) |
| 01/27/2005 | 24 | MOTION by Defendants A Davis, Michael Mikowski, CO Stigler for leave to depose plaintiff. (gma, ) (Entered: 01/28/2005) |
| 01/27/2005 | 25 | NOTICE of Motion by Heidi J Hildebrand for presentment of MOTION by Defendants A Davis, Michael Mikowski, CO Stigler for leave to depose plaintiff 24 before Honorable Ronald A. Guzman on 2/3/2005 at 09:30 AM. (gma, ) (Entered: 01/28/2005) |
| 01/31/2005 | 26 | MINUTE entry before Judge Ronald A. Guzman : ., Motions terminated: MOTION by Defendants A Davis, Michael Mikowski, CO Stigler 24 for leave to depose plaintiff is granted. Telephone notice (jms, ) (Entered: 01/31/2005) |
| 02/07/2005 | 27 | COMBINED motion by Plaintiff Donnie D White for discovery interrogatories and production of documents; Notice (las, ) Modified on 1/3/2006 (ym, ). (Entered: 02/09/2005) |
| 02/07/2005 | 28 | AFFIDAVIT of Donnie D. White(las, ) (Entered: 02/09/2005) |
| 02/23/2005 | 29 | LETTER from Donnie D. White dated 2/16/05. (eav, ) (Entered: 03/03/2005) |

| 03/07/2005 | 30 | MOTION by Defendants for enlargement of time to respond to plaintiff's discovery requests (gma, ) (Entered: 03/07/2005) |
| 03/07/2005 | 31 | NOTICE of Motion by Heidi J Hildebrand for presentment of MOTION by Defendants for enlargement of time to respond to plaintiff's discovery requests 30 before Honorable Ronald A. Guzman on 3/10/2005 at 09:30 AM. (gma, ) (Entered: 03/07/2005) |
| 03/07/2005 | 32 | MOTION by Defendants A Davis, Michael Mikowski, CO Stigler for sanctions, or in the alternative, motion to compel. (rbf, ) (Entered: 03/08/2005) |
| 03/07/2005 | 33 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion for sanctions, or, in the alternative, motion to compel 32 before Honorable Ronald A. Guzman on 3/10/2005 at 09:30 AM. (rbf, ) (Entered: 03/08/2005) |
| 03/10/2005 | 34 | MINUTE entry before Judge Ronald A. Guzman : Motion regarding motion for extension of time 30 , motion to compel, motion for sanctions 32 entered and continued to 3/15/2005 at 09:30 AM. Plaintiff to be available by phone. Mailed notice (cjg, ) (Entered: 03/10/2005) |
| 03/15/2005 | 35 | MINUTE entry before Judge Ronald A. Guzman : motion to compel, motion for sanctions 32 , motion for extension of time 30 : Motion Hearing reset for 3/24/2005 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/15/2005) |
| 03/15/2005 | 36 | MOTION by Plaintiff Donnie D White for discovery of all Court records and tangible documents pertaining to above entitled case of action ; Notice of filing (eav, ) (Entered: 03/17/2005) |
| 03/15/2005 | 37 | DECLARATION of Donnie D. White in support of motion for discovery 36 (eav, ) Modified on 8/23/2006 (cdy, ). (Entered: 03/17/2005) |
| 03/22/2005 | 38 | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion "for discovery of all court records and tangible documents pertaining to above entitled cause of action" # 36 is denied. The clerk is directed to mail the plaintiff a copy of the court's docket to date. If, after reviewing the docket report, the plaintiff wishes a copy of any specific document filed in this case, he will have to write to the clerk of the court to ascertain the cost of copies. There is no statutory provision allowing the court to waive the copying fee. The court has neither the staffing nor the funding to provide litigants with copies of court files. Mailed notice (eav, ) (Entered: 03/22/2005) |
| 03/25/2005 | 39 | MINUTE entry before Judge Ronald A. Guzman : Motion for extension of time 30 is granted. Motion to compel 32 is granted, Motion for sanctions 32 is denied, Motion hearing held on 3/25/2005 regarding motion for extension of time 30 , motion to compel, motion for sanctions 32 , motion to compel 27 ]. Plaintiff's deposition to be taken on 4/19/05. Mailed notice (cjg, ) (Entered: 03/25/2005) |
| 03/28/2005 | 40 | MOTION by Plaintiff Donnie D Whitefor mental examination of the |

| | | plaintiff and to stay the defendants rescheduled deposition. (gcy, ) (Entered: 03/30/2005) |
|---|---|---|
| 03/28/2005 | 41 | MOTION by Plaintiff Donnie D White for protective order of cell extraction team video recording tape on plaintiff. (gcy, ) (Entered: 03/30/2005) |
| 03/31/2005 | 42 | RESPONSE by defendants to plaintiff's MOTION for mental examination and to stay defendants' rescheduled deposition 40 and MOTION for protective order of cell extraction team video recording 41 ; Notice. (lcw, ) (Entered: 04/04/2005) |
| 04/07/2005 | 43 | MOTION by Plaintiff Donnie D White for defendant's objection to be overruled and compel the defendant to produce request for production of document in above cause of action (eav, ) . Modified on 10/31/2006 (las, ). (Entered: 04/12/2005) |
| 04/08/2005 | 45 | REQUEST by Donnie D White for service of summons on defendant Albert Davis Badge No. 4949 (eav, ) (Entered: 04/12/2005) |
| 04/11/2005 | 44 | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion for protected order of cell extraction team video # 41 is denied as unnecessary. The plaintiff's motion for a mental examination and to stay rescheduled deposition # 40 is denied. The plaintiff must cooperate in his rescheduled deposition, on pain of dismissal of this case. The clerk is directed to forward copies of this order and the above-cited motions to the Warden at the Tamms Correctional Center. The warden may wish to conduct an investigation into whether inmate Bennie Cunningham (#A-62152) may have violated prison regulations or state law by signing documents as "jailhouse lawyer." Mailed notice (eav, ) (Entered: 04/12/2005) |
| 04/13/2005 | 46 | MINUTE entry before Judge Ronald A. Guzman : Status hearing reset for 4/29/2005 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 04/13/2005) |
| 04/14/2005 | 47 | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion "for defendants' objections to be overruled and to compel the defendants to produce request for production of documents in above cause of action" # 43 is denied. However, the plaintiff's request for service on Albert Davis [#45] is granted. The clerk is directed to issue an alias summons for Davis. The clerk is further directed to forward the information provided by the plaintiff to the U.S. Marshal so that the Marshal can attempt to effect service on the defendant Davis. The plaintiff is reminded that he must: (1) provide the court with the original plus a complete judge's copy of every document filed with the court; and (2) includes a certificate of service showing that a copy of every court filing was mailed to defense counsel. Mailed notice (eav, ) (Entered: 04/15/2005) |
| 04/15/2005 | 48 | ALIAS Summons Issued as to A Davis, Badge #4949 with certified copy of Minute Order dated 4/14/05, Judge's Copy of "Request" and USM-285 form and forwarded to U.S. Marshals Service (eav, ) (Entered: |

| | | 04/18/2005) |
|---|---|---|
| 04/29/2005 | 49 | MINUTE entry before Judge Ronald A. Guzman : Status hearing held and continued to 6/2/05 at 10:30 a.m. Plaintiff is ordered to be brought to Judge Guzman's courtroom for the next status hearing. Mailed notice (eav, ) (Entered: 05/02/2005) |
| 05/12/2005 | 50 | LETTER from Donnie D. White dated 5/9/05; Notice of filing (eav, ) (Entered: 05/16/2005) |
| 05/16/2005 | 52 | MOTION by Plaintiff Donnie D White to compel defendants to produce cell extraction video recording and to produce the plaintiff with a copy of deposition testimony ; Notice of filing (eav, ) (Entered: 05/20/2005) |
| 05/17/2005 | 51 | LETTER from Donnie D. White dated May 10, 2005. (eav, ) (Entered: 05/20/2005) |
| 05/18/2005 | 53 | MINUTE entry before Judge Ronald A. Guzman : Reference is made to the plaintiff's "Letter of Concerns" # 50 . The plaintiff may request copies of his medical records from the prison medical department. See 20 Ill. Admin. code, 107.310(b): "Medical records shall be disclosed to a committed person...upon receipt of a written request for the information and a release signed by the committed person." The plaintiff does not need a court order to obtain copies of his medical records. The clerk is directed to mail the plaintiff a copy of the court's Minute Order of 4/14/05, which the plaintiff maintains he never received. Finally, although it remains unclear why documents were submitted under the byline of "B Cunningham, Jail House Lawyer," the court will accept as true the plaintiff's representation that he has drafted, signed and sumitted all documents filed under his name in this case to date. Mailed notice (eav, ) (Entered: 05/20/2005) |
| 05/24/2005 | 54 | SUMMONS Returned Unexecuted as to A Davis. (eav, ) (Entered: 05/26/2005) |
| 05/24/2005 | 55 | ALIAS SUMMONS Returned Unexecuted as to A Davis. (eav, ) (Entered: 05/26/2005) |
| 05/24/2005 | 56 | SUMMONS Returned Unexecuted as to A Davis. (eav, ) (Entered: 05/27/2005) |
| 05/27/2005 | 57 | MOTION by Plaintiff Donnie D White to reinstate dismissed claims and unknown officers with memorandum of law in support of motion; Notice of filing (eav, ) (Entered: 06/01/2005) |
| 05/27/2005 | 58 | MEMORANDUM by Donnie D White of law in Support of plaitniff's motion to reinstate all dismissed claims and defendnts 57 (eav, ) (Entered: 06/01/2005) |
| 06/01/2005 | 60 | NOTICE by Donnie D White of filing motion to furnish writ of habeas corpus to appear at hearing scheduled 6/2/05 (eav, ) (Entered: 06/06/2005) |
| 06/02/2005 | 59 | MINUTE entry before Judge Ronald A. Guzman : Status hearing (video |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
|------------|-----|----|
|            |     | conference) held and continued to 6/30/2005 at 10:30 AM. Mailed notice (eav, ) (Entered: 06/03/2005) |
| 06/03/2005 | 61  | MOTION by Plaintiff Donnie D White to clarify letter of concerns; Notice of filing (eav, ) (Entered: 06/08/2005) |
| 06/08/2005 | 62  | RESPONSE by defendant to Plaintiff's motion to reinstate dismissed claims and unknown officers 57 ; Notice of filing (eav, ) (Entered: 06/14/2005) |
| 06/13/2005 | 63  | MOTION by Plaintiff Donnie D White to compel ; Notice of filing (eav, ) (Entered: 06/17/2005) |
| 06/16/2005 | 66  | MOTION by Plaintiff Donnie D White to clarify discovery request of cell extraction incident report; Notice of filing (eav, ) (Entered: 06/20/2005) |
| 06/20/2005 | 67  | MOTION by Defendants to strike plaintiff's written deposition (gma, ) (Entered: 06/20/2005) |
| 06/20/2005 | 68  | NOTICE of Motion by Heidi J Hildebrand for presentment of MOTION by Defendants to strike plaintiff's written deposition 67 before Honorable Ronald A. Guzman on 6/30/2005 at 10:30 AM. (gma, ) (Entered: 06/20/2005) |
| 06/22/2005 | 69  | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion to reinstate dismissed claims and unknown officers [#57] is denied. The plaintiff is ordered to show good cause in writing within fourteen days why the complaint should not be dismissed as to the defendant Davis for want of service for lack of personal jurisdiction. Failure to show cause within fourteen days will result in summary dismissal of the complaint as to Davis, without prejudice, pursuant to Fed.R.Civ.P. 4(m). The plaintiff's motion "to compel the defendants to produce requested production of discovery" [#63] is granted. The defendants are directed to respond forthwith to any outstanding discovery requests, subject to any stated objections to particular requests. The plaintiff's motion for a writ of habeas corpus ad testificandum [#60] is granted. The clerk is directed to mail a copy of this order to the records officer at the Tamms Correctional Center so that arrangements can be made for the plaintiff to participate in the videoconference scheduled for 6/30/05, at 10:30 a.m. The plaintiff's motion to clarify [#61] is denied. Mailed notice (eav, ) (Entered: 06/23/2005) |
| 06/22/2005 | 76  | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion to reinstate dismissed claims and unknown officers [#57] is denied. The plaintiff is ordered to show good cause in writing within fourteen days why the complaint should not be dismissed as to the defendant Davis for want of service/for lack of personal jurisdiction. Failure to show cause within fourteen days will result in summary dismissal of the complaint as to Davis, without prejudice, pursuant to Fed.R.Civ.P.4(m). The plaintiff's motions "to compel the defendants to produce requested production of discovery" [#63] is granted. The defendants are directed to respond forthwith to any outstanding discovery requests, subject to any stated objections to particular requests. The plaintiff's motion for a writ of |

|  |  |  |
|---|---|---|
|  |  | habeas corpus adtestificandum [#60] is granted. The Clerk is directed to mail a copy of this order to the records officer at the Tamms Correctional Center so that arrangements can be made for the plaintiff to participate in the videoconference scheduled for 6/30/05, at 10:30 a.m. The plaintiff's motion to clarify [#61] is denied. Mailed notice (eav, ) (Entered: 08/01/2005) |
| 06/22/2005 | 80 | DUPLICATE OF ENTRY NO. 76 (cdy, ). (Entered: 07/24/2007) |
| 06/23/2005 |  | MAILED two certified copies of Judge Guzman's order dated 6/22/05 to Records Officer at the Tamms Correctional Center (eav, ) (Entered: 06/23/2005) |
| 06/30/2005 | 70 | MINUTE entry before Judge Ronald A. Guzman : Video conference Status hearing held on 6/30/2005 and continued to 8/12/2005 at 10:00 AM. Mailed notice (eav, ) (Entered: 07/05/2005) |
| 07/08/2005 | 71 | MOTION by Plaintiff Donnie D White for voluntary dismissal of action; Notice of filing (eav, ) (Entered: 07/12/2005) |
| 07/08/2005 | 72 | AFFIDAVIT of Donnie D. White by Donnie D White in support of motion of voluntary dismissal of action 71 (eav, ) (Entered: 07/12/2005) |
| 07/12/2005 | 73 | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion for voluntary dismissal of action is granted. 71 The complaint is dismissed pursuant to Fed.R.Civ.P. 41. The case terminated. All pending motion are denied as moot. 52 , 57 , 66 , 67 , 57 , 67 , 52 , 71 , 66 Mailed notice (eav, ) (Entered: 07/14/2005) |
| 07/19/2005 | 74 | WRITTEN DEPOSITION by Donnie D White ; Notice(las, ) (Entered: 07/19/2005) |
| 07/22/2005 | 75 | MOTION by Plaintiff Donnie D White to strike ; Notice of filing (eav, ) (Entered: 07/27/2005) |
| 08/01/2005 |  | MAILED two certified copies of Judge Guzman's order dated 6/22/05 to Officer at the Tamms Correctional Center (eav, ) (Entered: 08/01/2005) |
| 09/12/2005 | 77 | LETTER from Illinois Department of Corrections dated September 7, 2005, regarding inmate Donnie White. (eav, ) (Entered: 09/20/2005) |
| 10/21/2005 | 78 | LETTER from Tamms Correctional Center regarding plaintiff's reinstatement of Power of Attorney dated 10/17/05. (lcw, ) (Entered: 10/27/2005) |
| 01/30/2006 | 79 | MINUTE entry before Judge Ronald A. Guzman : The plaintiff's motion to strike 75 his previous motion for voluntary dismissal is denied. The plaintiff's change of heart does not justify reinstatement. The case remains closed. Mailed notice (lcw, ) (Entered: 01/31/2006) |

---

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

| 05/14/2008 10:27:30 | | | |
|---|---|---|---|
| **PACER Login:** | ag0061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-04964 |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

APPEAL, MASON, PC

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:04-cv-05112

White v. Briley, et al
Assigned to: Hon. Ronald A. Guzman
Demand: $0
Case in other court: 06-03220
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/22/2004
Jury Demand: Defendant
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Donnie D White**                        represented by    **Donnie D White**
                                                            B-31317
                                                            Tamms - CMAX
                                                            P.O. Box 2000
                                                            Tamms, IL 62988
                                                            PRO SE

                                                            **Notices to Prisoner Correspondence**

                                                            Email:
                                                            Prison1_ILND@ilnd.uscourts.gov
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kenneth R Briley**                      represented by    **Andrew William Lambertson**
                                                            Illinois Attorney General's Office
                                                            100 West Randolph Street
                                                            13th Floor
                                                            Chicago, IL 60601
                                                            (312)814-1187
                                                            Email: alambertson@atg.state.il.us
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Heidi J Hildebrand**
                                                            Office of the Attorney General
                                                            100 West Randolph Street
                                                            13th Floor
                                                            Chicago, IL 60601
                                                            (312) 814-4417
                                                            Email: hhildebrand@atg.state.il.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
Illinois Department of Corrections
100 West Randolph Street
4-200
Chicago, IL 60601
(312) 793-3017
*ATTORNEY TO BE NOTICED*

**Ronald Anthony Rascia**
Illinois Attorney General's Office
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312)814-3313
Email: rrascia@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen D Mote**                    represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catchings**                         represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Darrin R Hunter**        represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hosey**        represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**K Morgan**        represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vandiver**        represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shaw**                          represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Agnew**                         represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peto**                          represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Edwards                              represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Wright                               represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Harris                               represented by   **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phillip Martin**             represented by    **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Sawyer**             represented by    **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**King**             represented by    **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Calmes**             represented by    **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy S Tucker**        represented by **IDOC Chief of Legal Services**
*TERMINATED: 07/01/2005*                    (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Bell**        represented by **Andrew William Lambertson**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmund Baldwin**        represented by **Andrew William Lambertson**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Turner**        represented by **Andrew William Lambertson**
                                         (See above for address)
                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thompson**                        represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel P Artl**                   represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adenale J Langston**              represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Selmon**                    represented by  **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shawnnell A Grubbs**              represented by  **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Louie Briik**                       represented by  **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Schonaur**

represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carmen Ruffin**
*et al*
*TERMINATED: 07/01/2005*

represented by **IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr Tilden**

represented by **David H. Schroeder**
Charysh & Schroeder, Ltd.
33 North Dearborn Street
Suite 1300
Chicago, IL 60602
(312) 372-8338
Email: dschroeder@cslaw-chicago.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher E Walter**
Charysh & Schroeder, Ltd.
33 North Dearborn Street
Suite 1300
Chicago, IL 60602
(312) 372-8338
Email: cwalter@cslaw-chicago.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Adams, Jr**

represented by **Andrew William Lambertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi J Hildebrand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IDOC Chief of Legal Services**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ms Danny**                                   represented by  **IDOC Chief of Legal Services**
*Sued in their personal and individual*                       (See above for address)
*capacity in this action*                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Danielle Taylor**                           represented by  **Andrew William Lambertson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Heidi J Hildebrand**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2004 | 1 | RECEIVED COMPLAINT with 32 copies. (gma) (Entered: 08/03/2004) |
| 08/02/2004 | 3 | APPLICATION by plaintiff to proceed without prepayment of fees and affidavit (Attachments). (gma) (Entered: 08/03/2004) |
| 08/03/2004 | 2 | CIVIL cover sheet. (gma) (Entered: 08/03/2004) |
| 08/03/2004 | 4 | MOTION by plaintiff for appointment of counsel for the plaintiff (Attachments); Memorandum of law in the support; Affidavit in support; Notice. (gma) (Entered: 08/03/2004) |
| 08/03/2004 | | FORWARDED complete case file to Prisoner Correspondence. (gma) (Entered: 08/03/2004) |
| 08/05/2004 | 5 | MOTION by plaintiff for reconsideration to file civil complaint ; Memorandum of law in support; Affidavit in support; Notice. (gma) (Entered: 08/06/2004) |
| 09/22/2004 | 6 | MINUTE ORDER of 9/22/04 by Hon. Ronald A. Guzman: Plaintiff's motion for leave to file in forma pauperis is granted [3-1]. The initial partial filing fee is waived. The court orders the trust fund officer at plaintiff's current place of incarceration to collect monthly payments from plaintiff's trust fund account in accordance with this order. The |

| | | |
|---|---|---|
| | | clerk shall issue summons to defendant Kenneth R. Briley only and send a copy of this order to the trust fund officer at Tamms Correctional Center. Issuance of summonses as to the other defendants is held in abeyance. The clerk shall also send plaintiff a Notice of Availability of a Magistrate Judge, Instructions for Submitting Documents, and a copy of this order. (See reverse of minute order.) Mailed notice (gma) Modified on 09/24/2004 (Entered: 09/23/2004) |
| 09/22/2004 | | COMPLAINT. (gma) (Entered: 09/23/2004) |
| 09/23/2004 | | SUMMONS issued, original and one copy as to defendant Kenneth R Briley to U.S. Marshal with copy of complaint and two certified copies of minute order dated 9/22/04. (gma) (Entered: 09/23/2004) |
| 09/23/2004 | | MAILED copy of minute order dated 9/22/04 to Trust Fund Officer at Tamms Correctional Center. (gma) (Entered: 09/23/2004) |
| 09/23/2004 | | MAILED to Notice of Availability of a Magistrate Judge, Instructions for Submitting Documents, and copy of minute order dated 9/22/04 to Donnie D White. (gma) (Entered: 09/23/2004) |
| 10/04/2004 | 7 | MOTION by plaintiff for a status error report ; Affidavit of Donnie D. White; Notice. (gma) (Entered: 10/05/2004) |
| 10/08/2004 | 8 | MINUTE ORDER of 10/8/04 by Hon. Ronald A. Guzman: The court grants plaintiff's motion for a status error report [7-1]. The court advises plaintiff that on 9/22/04, plaintiff was granted leave to file in forma pauperis and summons was issued to Kenneth R. Briley only. The clerk is directed to send plaintiff a copy of the 9/22/04 order. Mailed notice (gma) (Entered: 10/12/2004) |
| 10/26/2004 | 9 | U.S. MARSHALS RETURN OF SERVICE executed 10/12/04 as to defendant Kenneth R Briley (Attachments). (gcy) Modified on 10/28/2004 (Entered: 10/28/2004) |
| 10/28/2004 | 10 | ATTORNEY APPEARANCE for defendant Kenneth R Briley by Heidi J Hildebrand, Ronald Anthony Rascia. (gma) (Entered: 10/29/2004) |
| 11/29/2004 | 11 | NOTICE by defendants to pro se litigant opposing motion for summary judgment; Notice. (gma) (Entered: 11/30/2004) |
| 11/29/2004 | 14 | MOTION by defendant Kenneth R. Briley for summary judgment ; Memorandum in support; (Attachments); Local Rule 56.1 Statement of facts; Notice. (hp) (Entered: 12/13/2004) |
| 12/07/2004 | 15 | MINUTE ORDER of 12/7/04 by Hon. Ronald A. Guzman : Plaintiff's response to defendant Briley's motion for summary judgment [14-1] is to be filed on or before 01/07/05. Reply is to be filed on or before 01/21/05. Ruling is to be by mail. Mailed notice (hp) (Entered: 12/13/2004) |
| 12/08/2004 | 12 | MOTION by plaintiff for extension of time to file objection to summary judgment ; Affidavit of Donnie White; Notice. (gma) (Entered: 12/09/2004) |
| | | |

| 12/10/2004 | 13 | MINUTE ORDER of 12/10/04 by Hon. Ronald A. Guzman: The court grants plaintiff's motion for extension of time until 2/10/05 to respond to defendant's motion for summary judgment [12-1]. Defendant is given until 2/24/05 to file a reply, if desired. No further extensions will be given. Mailed notice (gma) (Entered: 12/13/2004) |
| 12/13/2004 | 16 | MINUTE ORDER of 12/13/04 by Hon. Ronald A. Guzman : Plaintiff's motion for appointment of counsel [4-1] is denied without prejudice pending ruling on defendant's motion for summary judgment. Plaintiff's motion for reconsideration to file civil complaint [5-1] is denied as unnecessary. (For further details see reverse of order.) Mailed notice (eav) (Entered: 12/14/2004) |
| 12/30/2004 | 17 | MOTION by plaintiff for court order in the above entitled cause of action ; Notice. (gma) (Entered: 01/03/2005) |
| 01/20/2005 | 18 | SUPPLEMENTAL MOTION by Plaintiff Donnie D White for for a court order in the above entitle cause of action with memorandum of law. (gma, ) (Entered: 01/24/2005) |
| 01/20/2005 | 19 | MEMORANDMUM OF LAW by Donnie D White in Support of supplemental motion for a court order in the above entitled cause of action 18 . (gma, ) Additional attachment(s) added on 6/14/2005 (cem, ). (Entered: 01/24/2005) |
| 01/20/2005 | 20 | NOTICE by Donnie D White of filing MOTION by Plaintiff Donnie D White for court order 18 (gma, ) (Entered: 01/24/2005) |
| 01/20/2005 | 21 | LETTER from plaintiff dated 1/14/05. (gma, ) (Entered: 01/24/2005) |
| 01/27/2005 | 22 | LOCAL RULE 56.1 by Donnie D White. (mjc, ) (Entered: 01/31/2005) |
| 01/27/2005 | 23 | RESPONSE by Plaintiff Donnie D White to defendants' statement of facts. (mjc, ) (Entered: 01/31/2005) |
| 01/27/2005 | 24 | RESPONSE by Donnie D White in Opposition to defendants motion for summary judgment 14 . (mjc, ) (Entered: 01/31/2005) |
| 01/27/2005 | 77 | MEMORANDUM of LAW by plaintiff Donnie D White in support of plaintiff's response in opposition to defendants' motion for summary judgment 24 ; (Exhibits). (mjc, ) (Entered: 08/26/2005) |
| 02/09/2005 | 26 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion in the above entitled cause of action 17 is denied. Due to penological concerns of security and orderly administration, the court will defer to the judgment of Tamms Correctional Center officials with respect to scheduling inmates' use of the law library and access to other legal assistance. Nevertheless, the court certifies that the above-captioned case is pending in federal court and plaintiff has a deadline to meet. The court accordingly requests that prison officials grant plaintiff reasonable access to the law library and other legal assistance, in a manner to be determined by prison administrators. The clerk is directed to send a copy of this order to the Warden of Tamms Correctional Center. (jmp, ) (Entered: 02/14/2005) |

| | | |
|---|---|---|
| 02/10/2005 | 25 | REPLY by Defendant Kenneth R Briley to plaintiff's response to defendant's motion for summary judgment 14 ; Notice. (ntf, ) (Entered: 02/14/2005) |
| 03/15/2005 | 27 | MOTION by Plaintiff Donnie D White for discovery of all court records and tangible documents pertaining to above entitled cause of action; Notice. (ntf, ) Modified on 3/17/2005 (ntf, ). (Entered: 03/17/2005) |
| 03/15/2005 | 28 | DECLARATION of Donnie D. White for discovery of all court records and tangible documents pertaining to above entitled cause of action 27 (ntf, ) (Entered: 03/17/2005) |
| 04/25/2005 | 29 | MOTION by plaintiff Donnie D White for amendments to conform to the evidence ; Notice. (mjc, ) (Entered: 04/27/2005) |
| 05/13/2005 | 30 | RESPONSE by defendant Kenneth R Briley to plaintiff's motion for amendments to conform to the evidence 29 ; Notice. (mjc, ) (Entered: 05/17/2005) |
| 05/20/2005 | 31 | RESPONSE by plaintiff Donnie D White to defendants' response to plaintiff's motion for amendments to conform to the evidence 30 ; Notice. (mjc, ) (Entered: 05/24/2005) |
| 06/20/2005 | 32 | SECOND MOTION by plaintiff Donnie D White for amendments to conform to the evidence in plaintiff's opposition to deny summary judgment to the defendants (Exhibits); Notice. (mjc, ) (Entered: 06/22/2005) |
| 07/01/2005 | 33 | MINUTE entry before Judge Ronald A. Guzman : Defendant's motion for summary judgment 14 is denied in part and granted in part. Defendants Tucker and Ruffin are dismissed from this action. The clerk is directed to issue summonses to defendants Mote, Catchings, Hunter, Hoiser, Morgan, Vandiver, Shan, Agiven, Peto, Edwards, Wright, Harris, Martin, Sawyer, King, Calmes, Bell, Baldwin, Turner, Thompson, Artl, Lankiston, Sermon, Grubbs, Briik, Schonaur, Tilden, Adams, and Danny. Plaintiff's motion for amendments to conform to the evidence 29 is granted. Plaintiff's motion for discovery of all court records and tangible documents pertaining to above entitled cause of action 29 is denied. Carmen Ruffin and Nancy S Tucker terminated. Mailed notice (mjc, ) (Entered: 07/06/2005) |
| 07/01/2005 | 34 | MEMORANDUM Opinion and Order Signed by Judge Ronald A. Guzman on 7/1/2005.(mjc, ) (Entered: 07/06/2005) |
| 07/06/2005 | | SUMMONS Issued, twenty-nine originals and twenty-nine copies, twenty-nine copies of complaint and two certified copies of minute order dated 7/1/05 to the U.S. Marshal's Office for service as to Defendants Agiven, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Lankiston, Anthony Sermon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Dr Tilden, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hoiser, K Morgan, Vandiver, Shan, Plaintiff Donnie D White. (mjc, ) (Entered: 07/06/2005) |

| 07/13/2005 | 35 | MOTION by plaintiff Donnie D White for status report ; Notice. (mjc, ) (Entered: 07/15/2005) |
| 07/19/2005 | 38 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's second motion for amendments to conform to the evidence in plaintiff's opposition to deny summary judgment to the defendants 32 is denied as unnecessary because the court issued its memorandum opinion and order on 7/1/05, finding that plaintiff had exhausted his administrative remedies. Plaintiff's motion for status report 35 is denied as moot because the ruling on the motion for summary judgment has been issued. Mailed notice (mjc, ) (Entered: 07/21/2005) |
| 07/19/2005 | 39 | SUMMONS Returned Unexecuted as to Stephen D Mote. (mjc, ) (Entered: 07/22/2005) |
| 07/19/2005 | 40 | SUMMONS Returned Executed as to K Morgan on 7/12/2005, answer due 8/1/2005. (mjc, ) (Entered: 07/22/2005) |
| 07/20/2005 | 36 | MOTION by Defendant Kenneth R Briley for enlargement of time. (air, ) (Entered: 07/21/2005) |
| 07/20/2005 | 37 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion for enlargement of time 36 before Honorable Ronald A. Guzman on 7/28/2005 at 09:30 AM. (air, ) (Entered: 07/21/2005) |
| 07/21/2005 | 43 | SUMMONS Returned Executed as to John Adams, Jr on 7/15/2005, answer due 8/4/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 44 | SUMMONS Returned Executed as to Louie Briik on 7/18/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 45 | SUMMONS Returned Executed as to Georgia Schonaur on 7/14/2005, answer due 8/3/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 46 | SUMMONS Returned Executed as to Calmes on 7/15/2005, answer due 8/4/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 47 | SUMMONS Returned Executed as to Wright on 7/5/2005, answer due 7/25/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 48 | SUMMONS Returned Executed as to Phillip Martin on 7/14/2005, answer due 8/3/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 49 | SUMMONS Returned Executed as to Ms Danny on 7/15/2005, answer due 8/4/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/21/2005 | 50 | SUMMONS Returned Executed as to Dr Tilden on 7/14/2005, answer due 8/3/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 41 | MINUTE entry before Judge Ronald A. Guzman : Defendant Kenneth Briley's motion for enlargement of time to answer or otherwise plead 36 is granted. Status hearing set for 9/21/2005 at 09:30 a.m. Mailed notice (mjc, ) (Entered: 07/25/2005) |
| 07/22/2005 | 42 | WAIVER of service returned unexecuted as to Stateville Correctional |

| | | |
|---|---|---|
| | | Center - Correctional Officer Agiven; (Exhibits). (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 51 | SUMMONS Returned Executed as to Turner on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 52 | SUMMONS Returned Executed as to Harris on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 53 | SUMMONS Returned Executed as to Edwards on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 54 | SUMMONS Returned Executed as to Peto on 7/18/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 55 | SUMMONS Returned Executed as to Daniel P Artl on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 56 | SUMMONS Returned Executed as to Hoiser on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 57 | SUMMONS Returned Executed as to Darrin R Hunter on 7/18/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 58 | SUMMONS Returned Unexecuted as to Adenale J Lankiston. (mjc, ) (Entered: 07/26/2005) |
| 07/22/2005 | 59 | MOTION by plaintiff Donnie D White for extension of time to be able to thoroughly pursue his research in order to file his motion for reconsider on the dismissed claims; Notice. (mjc, ) . Modified on 9/25/2007 (las, ). (Entered: 07/27/2005) |
| 07/22/2005 | 60 | MOTION by plaintiff Donnie D White for reconsideration for appointment of counsel for the plaintiff; Notice. (mjc, ) (Entered: 07/27/2005) |
| 07/25/2005 | 61 | SUMMONS Returned Unexecuted as to Shan. (vmj, ) (Entered: 07/29/2005) |
| 07/27/2005 | 62 | SUMMONS Returned Executed as to Anthony Sermon on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/29/2005) |
| 07/27/2005 | 63 | SUMMONS Returned Executed as to King on 7/19/2005, answer due 8/8/2005. (mjc, ) (Entered: 07/29/2005) |
| 07/27/2005 | 64 | SUMMONS Returned Executed as to Edmund Baldwin on 7/20/2005, answer due 8/9/2005. (mjc, ) (Entered: 07/29/2005) |
| 07/27/2005 | 65 | SUMMONS Returned Executed as to Catchings on 7/20/2005, answer due 8/9/2005. (mjc, ) (Entered: 08/01/2005) |
| 07/29/2005 | 66 | MOTION by plaintiff Donnie D White to correct clerical errors ; Notice. (mjc, ) (Entered: 08/03/2005) |
| 08/02/2005 | 67 | MOTION by plaintiff Donnie D White for a court order to produce the address of defendant to U.S. Marshal to execute service ; Notice. (mjc, ) |

|            |    | (Entered: 08/04/2005)                                                                                                                                              |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 08/02/2005 | 68 | LETTER from Donnie White dated 07/25/05. (mjc, ) (Entered: 08/04/2005)                                                                                             |
| 08/03/2005 | 69 | SUMMONS Returned Executed as to Shawnnell A Grubbs on 7/29/2005, answer due 8/18/2005. (mjc, ) (Entered: 08/08/2005)                                               |
| 08/03/2005 | 70 | WAIVER OF SERVICE returned executed Shawnnell A Grubbs waiver sent on 7/7/2005, answer due 9/6/2005. (mjc, ) (Entered: 08/08/2005)                                 |
| 08/03/2005 | 71 | SUMMONS Returned Executed as to Bell on 7/22/2005, answer due 8/11/2005. (mjc, ) (Entered: 08/08/2005)                                                             |
| 08/03/2005 | 72 | SUMMONS Returned Executed as to Jeffrey Sawyer on 7/29/2005, answer due 8/18/2005. (mjc, ) (Entered: 08/08/2005)                                                   |
| 08/03/2005 | 73 | SUMMONS Returned Executed as to Vandiver on 7/22/2005, answer due 8/11/2005. (mjc, ) (Entered: 08/08/2005)                                                         |
| 08/08/2005 | 74 | LETTER from Donnie D. White dated 08/02/05. (mjc, ) (Entered: 08/11/2005)                                                                                          |
| 08/22/2005 | 75 | WAIVER OF SERVICE returned executed by Donnie D White. Adenale J Lankiston waiver sent on 7/7/2005, answer due 9/6/2005. (mjc, ) (Entered: 08/24/2005)             |
| 08/22/2005 | 76 | WAIVER OF SERVICE returned executed Correctional Officer Agnew waiver sent on 7/7/2005, answer due 9/6/2005. (mjc, ) (Entered: 08/24/2005)                         |
| 08/30/2005 | 78 | MINUTE entry before Judge Ronald A. Guzman : The court has been contacted by prison officials at Tamms Correctional Center. Plaintiff wishes to file a motion that is four pages in length with exhibits that are 538 pages in length. Because of the size of the exhibits and plaintiff's lack of funds, officials have asked if five complete copies of the motion and attached exhibits are necessary. In this one instance, the court will permit plaintiff to file the motion with one set of exhibits as an original with the court. As with every motion, plaintiff must serve the motion on counsel for defendants but does not need to include the exhibits. He also does not need to attach the exhibits to the judge's copy of the motion. Mailed notice (mjc, ) (Entered: 09/02/2005) |
| 08/30/2005 | 79 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for extension of time to be able to thoroughly pursue his research in order to file his motion for reconsider on the dismissed claims 59 is granted in part and denied in part. Plaintiff is given 30 days from the date of this order to file his motion for reconsideration. Plaintiff's motion to correct clerical errors 66 is granted. The clerk is directed to change the names of defendants on the docket as follows: "Hoiser" to "Hosey"; "Shan" to "Shaw"; "Agiven" to "Agnew"; "Lankiston" to "Langston"; "Sermon"; to "Selmon." Mailed notice (mjc, ) (Entered: 09/02/2005) |
| 08/31/2005 | 80 | ATTORNEY Appearance for Defendants Agnew, Peto, Edwards,                                                                                                           |

| | | |
|---|---|---|
| | | Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, John Adams, Jr, Catchings, Darrin R Hunter, Hosey, K Morgan by Heidi J Hildebrand. (lcw, ) (Entered: 09/02/2005) |
| 08/31/2005 | 81 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for a court order to produce the address of defendant to U.S. Marshal 67 is granted. The clerk is directed to issue alias summons to Stephen D. Mote, and the U.S. Marshal is directed to make all reasonable efforts to serve him. The Pontiac Correctional Center is ordered to furnish the Marshal with Mote's last known address. The information shall be used only for purposes of effectuating service and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file nor disclosed by the Marshal. Plaintiff is advised that the assistant attorney general has informed the court that the other defendants have either been served or are in the process of being served. Plaintiff therefore does not need to do anything further in order to effect service. Mailed notice (mjc, ) (Entered: 09/06/2005) |
| 09/06/2005 | | ALIAS Summons issued, one original and one copy, one complaint and two certified copies of minute order dated 8/31/05 to the U.S. Marshal's Office for service as to Stephen D Mote. (mjc, ) (Entered: 09/06/2005) |
| 09/12/2005 | 84 | LETTER from Sandy Pulley dated 9/7/05. (mjc, ) (Entered: 09/20/2005) |
| 09/13/2005 | 82 | MOTION by plaintiff Donnie D White for reconsideration of judgment against defendants Ruffin and Tucker in above entitle cause; Notice. (Poor quality original-paper document on file)(mjc, ) Modified on 3/6/2008 (las, ). (Entered: 09/16/2005) |
| 09/16/2005 | 95 | MOTION by plaintiff Donnie D White for amendments to conform to the plaintiffs reconsideration of counsel request; Notice. (mjc, ) (Entered: 09/21/2005) |
| 09/19/2005 | 83 | MINUTE entry before Judge Ronald A. Guzman : Status hearing (video conference) reset for 10/14/2005 at 10:00 AM. Mailed notice (cjg, ) (Entered: 09/19/2005) |
| 09/19/2005 | 87 | ATTORNEY Appearance for Defendant Dr Tilden by Christopher E Walter, David H. Schroeder; Notice. (mjc, ) (Entered: 09/21/2005) |
| 09/19/2005 | 88 | MOTION by plaintiff Donnie D. White for partial summary judgment ; Notice. (Poor Quality Original - Paper Document on File) (mjc, ) Modified on 3/26/2008 (hp, ). (Entered: 09/21/2005) |
| 09/19/2005 | 89 | LETTER from Donnie D. White dated 9/9/05; Notice. (Poor Quality Original - Paper Document on File) (mjc, ) Modified on 3/26/2008 (hp, ). Modified on 3/26/2008 (hp, ). (Entered: 09/21/2005) |
| 09/19/2005 | 90 | REQUEST by plaintiff Donnie D White for entry of default judgment; Notice. (Poor Quality Original - Paper Document on File) (mjc, ) Modified on 3/26/2008 (hp, ). (Entered: 09/21/2005) |
| | | |

| Date | No. | Description |
|---|---|---|
| 09/19/2005 | 91 | REQUEST by plaintiff Donnie D White for entry of default of defendant Andrew Tilden for failure to plea or otherwise defendaas provided by the Federal Rules of Civil Procedures. (Poor Quality Original - Paper Document on File) (mjc, ) Modified on 3/26/2008 (hp, ). (Entered: 09/21/2005) |
| 09/19/2005 | 92 | AFFIDAVIT by plaintiff Donnie D White for entry of default. (Poor Quality Original - Paper Document on File) (mjc, ) Modified on 3/27/2008 (hp, ). (Entered: 09/21/2005) |
| 09/19/2005 | 93 | AFFIDAVIT by plaintiff Donnie D White in support of request for default judgment. (Poor Quality Original - Paper Document on File.) (mjc, ) Modified on 3/27/2008 (hp, ). (Entered: 09/21/2005) |
| 09/19/2005 | 94 | AFFIDAVIT by plaintiff Donnie D. White as to Military Service. (Poor Quality Original - Paper Document on File.) (mjc, ) Modified on 3/27/2008 (hp, ). (Entered: 09/21/2005) |
| 09/20/2005 | 85 | MOTION by Defendant Dr Tilden for enlargement of time to answer or otherwise plead (gma, ) (Entered: 09/20/2005) |
| 09/20/2005 | 86 | NOTICE of Motion by Dr Tilden for presentment of MOTION by Defendant Dr Tilden for enlargement of time to answer or otherwise plead 85 before Honorable Ronald A. Guzman on 9/27/2005 at 09:30 AM. (gma, ) (Entered: 09/20/2005) |
| 09/21/2005 | 97 | MOTION by plaintiff Donnie D White for amendments to conform evidence of reconsideration of judgment; Notice. (mjc, ) (Entered: 09/26/2005) |
| 09/23/2005 | 96 | MINUTE entry before Judge Ronald A. Guzman : Defendant Tilden's Motion for extension of time to answer 85 is granted to and including 10/21/05. Motions terminated: MOTION by Defendant Dr Tilden for extension of time to file answer 85 Mailed notice (cjg, ) (Entered: 09/23/2005) |
| 09/26/2005 | 98 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff is given 30 days from the date of this order to show cause why this action should not be dismissed with prejudice for failure to comply with the Prison Litigation Reform Act. The court will not rule on any motions it currently has before it or entertain any further motions from plaintiff until this issue is resolved. Status hearing set for 10/14/05, is stricken. Mailed notice (mjc, ) (Entered: 09/27/2005) |
| 09/26/2005 | 99 | SWORN AFFIDAVIT of Donnie D. White ; Notice.(mjc, ) (Entered: 09/28/2005) |
| 10/04/2005 | 100 | OBJECTION by plaintiff to motion for enlargrment of time. (mjc, ) (Entered: 10/05/2005) |
| 10/04/2005 | 101 | NOTICE by plaintiff Donnie D White of filing regarding objection to motion 100 . (mjc, ) (Entered: 10/05/2005) |
| 10/06/2005 | 102 | LETTER from Donnie D. White dated 10/03/05. (mjc, ) (Entered: |

| | | 10/11/2005) |
|---|---|---|
| 10/17/2005 | 103 | SUMMONS Returned Unexecuted as to Stateville Correctional Center - Officer Thompson. (mjc, ) (Entered: 10/20/2005) |
| 10/21/2005 | 104 | LETTER from Donnie D. White dated 10/10/05; Notice. (mjc, ) (Entered: 10/25/2005) |
| 10/21/2005 | 105 | LETTER from Andy Pulley, Tamms Correctional Center regarding plaintiff's reinstatement of Power of Attorney dated 10/17/05. (mjc, ) (Entered: 11/07/2005) |
| 11/28/2005 | 106 | MINUTE entry before Judge Ronald A. Guzman : The Illinois Department of Corrections has notified the court that plaintiff has reinstated his power of attorney. This action therefore will proceed. Plaintiff's motion for amendments to conform to the plaintiffs reconsideration of counsel request 95 is granted. Plaintiff's motion for reconsideration for appointment of counsel for the plaintiff 60 is denied without prejudice. Plaintiff's request for entry of default of defendant Andrew Tilden for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedures 91 and motion for partial summary judgment 88 are denied as defendant Tilden has been granted an extension of time to answer. Plaintiff's motion for amendments to conform evidence of reconsideration of judgment 97 is granted. Plaintiff's motion for reconsideration of judgment against defendants Ruffin and Tucker 82 is denied. Mailed notice (eav, ) (Entered: 11/29/2005) |
| 11/28/2005 | 108 | MOTION by plaintiff Donnie D White for leave to file an amended complaint. (mjc, ) (Entered: 12/01/2005) |
| 11/28/2005 | 109 | RECEIVED 35 Copies Of Amended Complaint by Donnie D White against defendants; Notice. (mjc, ) (Entered: 12/01/2005) |
| 12/01/2005 | 111 | MOTION by Defendant Dr Tilden for extension of time to file answer or otherwise plead (Schroeder, David) (Entered: 12/01/2005) |
| 12/01/2005 | 112 | NOTICE of Motion by David H. Schroeder for presentment of motion for extension of time to file answer 111 before Honorable Ronald A. Guzman on 12/6/2005 at 09:30 AM. (Schroeder, David) (Entered: 12/01/2005) |
| 12/05/2005 | 113 | MINUTE entry before Judge Ronald A. Guzman : Motion for extension of time to answer 111 is granted to and including 12/14/05. Motions terminated: MOTION by Defendant Dr Tilden for extension of time to file answer or otherwise plead 111 Mailed notice (cjg, ) (Entered: 12/05/2005) |
| 12/09/2005 | 114 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for leave to file an amended complaint 108 is denied. Mailed notice (mjc, ) (Entered: 12/12/2005) |
| 12/22/2005 | 115 | MOTION by Plaintiff Donnie D White for a status hearing. (jmm, ) (Entered: 12/27/2005) |
| | | |

| | | |
|---|---|---|
| 12/29/2005 | 116 | REQUEST by plaintiff Donnie D White for entry of default; Notice. (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 117 | AFFIDAVIT by plaintiff Donnie D White for entry of default. (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 118 | REQUEST by plaintiff Donnie D White for entry of default judgment. (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 119 | AFFIDAVIT by plaintiff Donnie D White in support of request for default judgment 116 . (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 120 | AFFIDAVIT by plaintiff Donnie D White as to Military Service. (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 121 | MOTION by plaintiff Donnie D White for partial summary judgment; Notice. (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 122 | AFFIDAVIT by plaintiff Donnie D White in support of plaintiff's motion for partial summary judgment 121 . (mjc, ) (Entered: 01/03/2006) |
| 12/29/2005 | 123 | MOTION by plaintiff Donnie D White for amendments to conform to the evidence in complaint; Notice.(mjc, ) (Entered: 01/03/2006) |
| 01/04/2006 | 124 | MOTION by Defendant Dr Tilden for extension of time *to file motion to dismiss instanter* (Attachments: # 1 Exhibit Motion to Dismiss# 2 Exhibit Memorandum in Support of Motion# 3 Exhibit 5/30/02 Grievance# 4 Exhibit 6/20/02 Grievance)(Schroeder, David) (Entered: 01/04/2006) |
| 01/04/2006 | 125 | NOTICE of Motion by David H. Schroeder for presentment of motion for extension of time, 124 before Honorable Ronald A. Guzman on 1/10/2006 at 09:30 AM. (Schroeder, David) (Entered: 01/04/2006) |
| 01/06/2006 | 127 | MOTION by plaintiff Donnie D White for court order to receive legal copies to access court house; Notice; (Exhibits). (mjc) (Entered: 01/10/2006) |
| 01/09/2006 | 126 | MINUTE entry before Judge Ronald A. Guzman : MOTION by Defendant Dr Tilden for extension of time *to file motion to dismiss instanter* 124 is granted. Plaintiff's response to motion to dismiss is to be filed on or before 2/7/06. Reply is due 2/21/06. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 01/09/2006) |
| 01/10/2006 | 128 | SUMMONS Returned Executed as to Stephen D Mote on 12/15/2005, answer due 1/4/2006. (mjc, ) (Entered: 01/12/2006) |
| 01/17/2006 | 130 | MOTION by plaintiff Donnie D White for amendments to confirm to support entry of default judgment and partial summary judgment; Notice. (mjc, ) (Entered: 01/19/2006) |
| 01/18/2006 | 129 | ATTORNEY Appearance for Defendant Stephen D Mote by Heidi J Hildebrand (Hildebrand, Heidi) (Entered: 01/18/2006) |
| 01/23/2006 | 131 | MOTION by plaintiff Donnie D White for amendments to conform to support entry of default and partial summary judgment against defendant |

| | | |
|---|---|---|
| | | Andrew Tilden; Notice. (mjc, ) (Entered: 01/25/2006) |
| 01/27/2006 | 132 | MOTION by plaintiff Donnie D White in opposition to defendants motion to dismiss; Notice. (mjc, ) (Entered: 02/01/2006) |
| 01/27/2006 | 133 | AFFIDAVIT by Donnie D White in support of motion in opposition to defendants motion to dismiss 132 . (mjc, ) (Entered: 02/01/2006) |
| 02/06/2006 | 134 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for a status hearing 115 is granted. Plaintiff's request for entry of default 116 and motion for partial summary 121 is denied. Plaintiff's motion for amendments to conform to support entry of default judgment and partial summary judgment 130 is denied. Plaintiff's motion for amendments to conform to support entry of default and partial summary judgment against defendant Andrew Tilden 131 is denied. Plaintiff's motion for court order to receive legal copies to access the court house 127 is denied. The clerk is directed to link Heidi J. Hildebrand to defendant Vandiver because she filed an appearance on 8/31/05. Mailed notice (mjc, ) (Entered: 02/07/2006) |
| 02/06/2006 | 135 | MINUTE entry before Judge Ronald A. Guzman : The clerk is directed to issue alias summons to Corectional Officer Shaw. When plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify defendant Shaw, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident. Mailed notice (mjc, ) (Entered: 02/07/2006) |
| 02/06/2006 | 136 | MINUTE entry before Judge Ronald A. Guzman : The clerk is directed to issue alias summons to Jonathan Thompson, and the U.S. Marshal is directed to make all reasonable efforts to serve him. The Stateville Correctional Center is ordered to furnish the Marshal with Thompson's last known address. The information shall be used only for purposes of effectuating service and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file nor disclosed by the Marshal. Mailed notice (mjc, ) (Entered: 02/07/2006) |
| 02/07/2006 | | ALIAS Summons Issued, two originals and two copies, two copies of complaint and two certified copies of minute order dated 2/6/06 to the U.S. Marshal's Office for service as to Jonathan Thompson and Correctional Officer Shaw. (mjc, ) (Entered: 02/07/2006) |
| 02/09/2006 | 137 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, K Morgan, Vandiver for extension of time (Hildebrand, Heidi) (Entered: 02/09/2006) |
| 02/09/2006 | 138 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion for extension of time, 137 before Honorable Ronald A. Guzman on 2/16/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 02/09/2006) |

| 02/15/2006 | 139 | MINUTE entry before Judge Ronald A. Guzman : Motion for extension of time to answer or otherwise plead 137 is granted to and including 3/9/06. Motions terminated: MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley 137 Mailed notice (cjg, ) (Entered: 02/15/2006) |
| --- | --- | --- |
| 02/15/2006 | 140 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff claims that he never received a copy of defendant Dr. Tilden's motion to dismiss because he was on a writ to Joliet, Illinois. The court directs defendant Dr. Tilden to serve another copy of the motion to dismiss to plaintiff. On the court's own motion, plaintiff is given an extension of time until 3/13/06 to respond to Dr. Tilden's motion to dismiss. Defendant is given until 3/27/06, to file a reply, if desired. Mailed notice (mjc, ) (Entered: 02/16/2006) |
| 03/09/2006 | 141 | ANSWER to Complaint with Jury Demand by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver(Hildebrand, Heidi) (Entered: 03/09/2006) |
| 03/09/2006 | 142 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver re answer to complaint, 141 (Hildebrand, Heidi) (Entered: 03/09/2006) |
| 03/09/2006 | 143 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver to take deposition of Donnie D. White, B-31317 (Hildebrand, Heidi) (Entered: 03/09/2006) |
| 03/09/2006 | 144 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion to take deposition, 143 before Honorable Ronald A. Guzman on 3/16/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 03/09/2006) |
| 03/09/2006 | 145 | WAIVER OF SERVICE returned executed by U.S. Marshal's Service. Thompson waiver sent on 3/6/2006, answer due 5/5/2006. (mjc, ) (Entered: 03/14/2006) |
| 03/10/2006 | 147 | MOTION by plaintiff Donnie D White in opposition to defendant's motion to dismiss; Notice. (mjc, ) (Entered: 03/15/2006) |
| 03/15/2006 | 146 | MINUTE entry before Judge Ronald A. Guzman : Motion to take |

| | | |
|---|---|---|
| | | deposition from Donnie D. White <u>143</u> is granted, Motions terminated: MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley <u>143</u> Mailed notice (cjg, ) (Entered: 03/15/2006) |
| 03/15/2006 | <u>148</u> | WAIVER OF SERVICE returned executed by U.S. Marshal's Service. Shaw waiver sent on 3/2/2006, answer due 5/1/2006. (mjc, ) (Entered: 03/17/2006) |
| 03/24/2006 | <u>149</u> | MOTION by plaintiff Donnie D White in response to depose plaintiff; Notice. (mjc, ) (Entered: 03/28/2006) |
| 03/30/2006 | <u>150</u> | RESPONSE by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to motion for miscellaneous relief <u>149</u> *to Plaintiff's "Motion in Response to Depose Plaintiff" (SIC)* (Attachments: # <u>1</u> Exhibit A)(Hildebrand, Heidi) (Entered: 03/30/2006) |
| 03/30/2006 | <u>151</u> | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re Response,, <u>150</u> (Hildebrand, Heidi) (Entered: 03/30/2006) |
| 03/30/2006 | <u>152</u> | MOTION by plaintiff Donnie D White for status hearing and writ of habeas corpus ad testificandum; Notice. (mjc, ) (Entered: 04/03/2006) |
| 03/30/2006 | <u>153</u> | PETITION by plaintiff Donnie D White for writ of habeas corpus ad testificandum. (mjc, ) (Entered: 04/03/2006) |
| 04/14/2006 | <u>154</u> | ATTORNEY Appearance for Defendants Thompson, Shaw by Heidi J Hildebrand (Hildebrand, Heidi) (Entered: 04/14/2006) |
| 04/19/2006 | <u>155</u> | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion to amend/correct <u>123</u> is granted in part and denied in part. Plaintiff's motions for a writ of habeas corpus ad testificandum <u>152</u> , <u>153</u> are denied. Plaintiff's motion for a status hearing <u>152</u> is denied. Plaintiff's motion in response to depose plaintiff <u>149</u> is denied. Plaintiff's motion in opposition to defendant's motion to dismiss <u>132</u> is denied as moot. Plaintiff's motion in opposition to defendant's motion to dismiss <u>147</u> is construed to be plaintiff's response to defendant's motion to dismiss and the clerk is directed to terminate it as a motion. Mailed notice (lcw, ) (Entered: 04/20/2006) |
| 04/20/2006 | <u>159</u> | MOTION by Plaintiff Donnie D White for deposition. (ar, ) (Entered: |

| | | 05/03/2006) |
|---|---|---|
| 04/21/2006 | 156 | MOTION by plaintiff Donnie D White to interview potential witness; Notice. (mjc, ) (Entered: 04/25/2006) |
| 05/01/2006 | 157 | *Defendants Thompson and Shaw's* ANSWER to amended complaint by Thompson, Shaw(Hildebrand, Heidi) (Entered: 05/01/2006) |
| 05/01/2006 | 158 | NOTICE by Thompson, Shaw re answer to amended complaint 157 (Hildebrand, Heidi) (Entered: 05/01/2006) |
| 05/05/2006 | 160 | MOTION by plaintiff Donnie D White to compel defendants to produce all discovery requests; Notice. (mjc, ) (Entered: 05/10/2006) |
| 05/10/2006 | 161 | MOTION by plaintiff Donnie D White for leave to depose defendants; Notice. (mjc, ) (Entered: 05/15/2006) |
| 05/10/2006 | 162 | MOTION by plaintiff Donnie D White to preserved substantial material evidence if defendants do not produce discovery materials; Notice. (mjc, ) (Entered: 05/15/2006) |
| 05/15/2006 | 167 | SECOND MOTION by plaintiff Donnie D White for reconsideration of appointment of counsel in above pending action; Notice. (mjc, ) (Entered: 05/22/2006) |
| 05/15/2006 | 168 | AFFIDAVIT by plaintiff Donnie D White. (Attachments) (mjc, ) (Entered: 05/22/2006) |
| 05/16/2006 | 166 | MOTION by plaintiff Donnie D White for reconsideration of ruling; Notice. (mjc, ) (Entered: 05/22/2006) |
| 05/18/2006 | 163 | RESPONSE by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw *to Plaintiff's Motion to Interview Witnesses* (Hildebrand, Heidi) (Entered: 05/18/2006) |
| 05/18/2006 | 164 | RESPONSE by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw *to Plaintiff's Motion to Interview Witnesses* (Attachments: # 1 Exhibit A-C) (Hildebrand, Heidi) (Entered: 05/18/2006) |
| 05/18/2006 | 165 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re Response, |

| | | |
|---|---|---|
| | | *164 to Plaintiff's Motion to Interview Witnesses* (Hildebrand, Heidi) (Entered: 05/18/2006) |
| 05/22/2006 | 169 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for deposition 159, motion to interview potential witnesses 156, motion to compel 160, motion for leave to depose defendants 161, and motion to preserve substantial material evidence if defendants do not produce discovery materials 162 are denied. Mailed notice (mjc, ) (Entered: 05/23/2006) |
| 05/23/2006 | 177 | MOTION by plaintiff Donnie D White for amendments to conform in support of motion to compel defendants to produce discovery; (Exhibits); Notice. (mjc, ) (Entered: 05/30/2006) |
| 05/25/2006 | 170 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to strike (Attachments: # 1 Exhibit A-F)(Hildebrand, Heidi) (Entered: 05/25/2006) |
| 05/25/2006 | 171 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to strike (Attachments: # 1 Exhibit G-I)(Hildebrand, Heidi) (Entered: 05/25/2006) |
| 05/25/2006 | 172 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion to strike, 170, motion to strike, 171 before Honorable Ronald A. Guzman on 6/1/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 05/25/2006) |
| 05/26/2006 | 173 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for sanctions (Attachments: # 1 Exhibit A-E# 2 Exhibit F-G)(Hildebrand, Heidi) (Entered: 05/26/2006) |
| 05/26/2006 | 174 | NOTICE of Motion by Heidi J Hildebrand for presentment of motion for sanctions, 173 before Honorable Ronald A. Guzman on 5/30/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 05/26/2006) |
| 05/30/2006 | 175 | *Amended* NOTICE of Motion by Heidi J Hildebrand for presentment of motion for sanctions, 173 before Honorable Ronald A. Guzman on 6/1/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 05/30/2006) |
| 05/30/2006 | 176 | *Amended* NOTICE of Motion by Heidi J Hildebrand for presentment of motion for sanctions, 173 before Honorable Ronald A. Guzman on |

| | | 6/1/2006 at 09:30 AM. (Hildebrand, Heidi) (Entered: 05/30/2006) |
|---|---|---|
| 06/12/2006 | 178 | RESPONSE by plaintiff Donnie D White to motion for sanction or in the alternative motion to compel 173 ; Notice. (mjc, ) (Entered: 06/14/2006) |
| 06/12/2006 | 179 | RESPONSE by Donnie White plaintiff to motion to strike plaintiff's request for admissions; Notice. (mjc, ) (Entered: 06/14/2006) |
| 06/27/2006 | 180 | MOTION by plaintiff Donnie D White for amendments to conform to support second reconsideration to appoint counsel; Notice.(mjc, ) (Entered: 06/29/2006) |
| 07/07/2006 | 181 | MINUTE entry before Judge Ronald A. Guzman : Status hearing set for 7/28/2006 at 09:30 AM. Mailed notice (cjg, ) (Entered: 07/07/2006) |
| 07/26/2006 | 182 | MINUTE entry before Judge Ronald A. Guzman : Status hearing scheduled for 7/28/06 is stricken on Court's own motion. Mailed notice (cjg, ) (Entered: 08/04/2006) |
| 07/31/2006 | 183 | MINUTE entry before Judge Ronald A. Guzman : Motion for sanctions 173 is denied. Defendants' motion to strike 170 , 171 are granted. Plaintiff's Motion for reconsideration of ruling 166 , Second Motion for reconsideration of appointment of counsel 167 , Motion for amendments to conform in support of motion to compel defendants to produce discovery 177 , and motion for amendments to conform to support second motion for reconsideration to appoint counsel 180 are denied. Mailed notice (mb, ) (Entered: 08/04/2006) |
| 08/07/2006 | 184 | BRIEF LETTER by plaintiff Donnie D White; Notice. (mjc, ) (Entered: 08/10/2006) |
| 08/07/2006 | 185 | BRIEF LETTER by plaintiff Donnie D White ; Notice. (mjc, ) (Entered: 08/10/2006) |
| 08/15/2006 | 186 | NOTICE of interlocutory appeal by Donnie D White regarding orders 183 ; Notice of filing. (FEE DUE). (cdh, ) (Entered: 08/17/2006) |
| 08/15/2006 | 188 | POST MARKED envelope for Notice of Appeal by Donnie D White (aew, ) (Entered: 08/17/2006) |
| 08/17/2006 | 187 | TRANSMITTED to the 7th Circuit the short record on notice of interlocutory appeal 186 . Notified counsel. (cdh, ) (Entered: 08/17/2006) |
| 08/21/2006 | 189 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of interlocutory appeal 186 ; USCA Case No. 06-3220. (mjc, ) (Entered: 08/23/2006) |
| 08/21/2006 | 190 | CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 08/23/2006) |
| 08/21/2006 | 191 | RESPONSE by plaintiff Donnie White in opposition of defendants motion to dismiss; Notice. (mjc, ) (Entered: 08/23/2006) |
| 08/21/2006 | 192 | MEMORANDUM of Law by plaintiff Donnie D White in Support of response in opposition to defendants motion to dismiss 191 . (mjc, ) (Entered: 08/23/2006) |

| 08/28/2006 | 193 | COPY of order dated 8/24/06 from the 7th Circuit regarding notice of interlocutory appeal 186 ; It is ordered that the clerk of this court transfer the motion to proceed on appeal in forma pauperis to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed.R.App.P.24; Appellate case no. : 06-3220. (mjc, ) (Entered: 08/30/2006) |
| 09/01/2006 | 194 | MOTION by plaintiff Donnie D White for sanctions or in alternative, compel defendants to produce discovery; Notice. (mjc, ) (Entered: 09/06/2006) |
| 09/12/2006 | 195 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 186 (USCA no. 06-3220) consisting of three volumes of pleading and two loose documents. (cdh, ) (Entered: 09/12/2006) |
| 09/13/2006 | 196 | USCA RECEIVED on 9/12/06 the long record received 9/12/06 appeal #06-3220. (cdh, ) (Entered: 09/13/2006) |
| 09/22/2006 | 197 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for leave to appeal in forma pauperis 193 is denied. The court certifies that the appeal is not taken in good faith and orders plaintiff to pay the appellate fees of $455 within 14 days or the Court of Appeals may dismiss his appeal for want of prosecution. The clerk is directed to send a copy of this order to the trust fund officer at Tamms Correctional Center and the PLRA Attorney, U.S. Court of Appeals. Although he has filed a Notice of Appeal, plaintiff continues to file motions in this case with this court. The court will not rule on any of these motions until the appeal is resolved, and the court advises plaintiff not to file any more motions during the pendency of the appeal. Mailed notice (mjc, ) (Entered: 09/25/2006) |
| 09/22/2006 | 198 | LETTER from the USCA retaining the record on appeal in USCA no. 06-3220. The record that was filed with this court in this cause will be returned at a later date. (mjc, ) (Entered: 09/26/2006) |
| 09/22/2006 | 199 | CERTIFIED copy of order dated 9/19/06 from the 7th Circuit regarding notice of interlocutory appeal 186 ; Appellate case no. : 06-3220; It is ordered that this appeal is dismissed pursuant to FRAP 42(b). It is further ordered that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997). (mjc, ) (Entered: 09/26/2006) |
| 09/25/2006 | | MAILED a copy of the order dated 9/22/06 to the trust fund officer at Tamms Correctional Center. (mjc, ) (Entered: 09/25/2006) |
| 09/26/2006 | 200 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 06-3220 consisting of three volumes of pleadings and two volumes of loose pleadings. (mjc, ) (Entered: 09/28/2006) |

| 10/10/2006 | 201 | MOTION by plaintiff Donnie D White to clarify appeal status. (mjc, ) (Entered: 10/12/2006) |
| 10/24/2006 | 202 | AFFIDAVIT of Donnie D. White; Notice. (gej, ) (Entered: 10/26/2006) |
| 12/04/2006 | 204 | AFFIDAVIT of Donnie White by Donnie D White in support of motion for status hearing instanter. (mb, ) (Entered: 12/06/2006) |
| 12/04/2006 | 205 | MOTION by Plaintiff Donnie D White for Status Hearing Instanter; Notice. (rp, ) (Entered: 12/07/2006) |
| 12/05/2006 | 203 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion to clarify appeal status 201 is granted. Plaintiff's motion for sanctions and to compel 194 is denied. Status hearing set for 12/15/2006 at 09:30 AM. Mailed notice (mb, ) (Entered: 12/06/2006) |
| 12/13/2006 | 206 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for status hearing instanter 205 is denied as moot because a status hearing has been set for 12/15/06. Mailed notice (mb, ) (Entered: 12/14/2006) |
| 12/14/2006 | 207 | MINUTE entry before Judge Ronald A. Guzman : Status hearing set for 12/15/06 is reset to 1/3/2007 at 09:30 AM. for a telephonic status hearing on Court's own motion. Mailed notice (cjg, ) (Entered: 12/14/2006) |
| 12/20/2006 | 208 | MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 1/3/07 is reset to 1/17/2007 at 09:30 AM. on parties request.Mailed notice (cjg, ) (Entered: 12/20/2006) |
| 12/27/2006 | 209 | NOTICE by plaintiff Donnie D White of filing regarding letter to Judge Guzman. (mjc, ) (Entered: 12/29/2006) |
| 01/09/2007 | 210 | LETTER from Donnie D. White dated Jan. 4, 2007. (rp, ) (Entered: 01/11/2007) |
| 01/16/2007 | 211 | MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 1/17/2007 at 9:30 a.m. is reset to ** 09:00 AM. on Court's own motion. NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) (Entered: 01/16/2007) |
| 01/17/2007 | 212 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 1/17/2007 and continued to 2/15/2007 at 10:00 AM. All discovery ordered closed by 3/5/2007. No extensions. Mailed notice (cjg, ) (Entered: 01/17/2007) |
| 01/22/2007 | 213 | MINUTE entry before Judge Ronald A. Guzman : Defendants' petition for writ of habeas corpus ad testificandum 215 is granted. Enter order that Donnie White #B-31317 be present on 2/15/07 at 10:00 a.m. in Judge Guzman's Courtroom 1219. Clerk of Court to issue writ.Mailed notice (mjc, ) (Entered: 01/26/2007) |
| 01/22/2007 | 214 | ORDER Signed by Judge Ronald A. Guzman on 1/22/2007.(mjc, ) (Entered: 01/26/2007) |
| 01/22/2007 | 215 | PETITION by Defendants for writ of habeas corpus ad testificandum. (mjc, ) (Entered: 01/26/2007) |

| 01/23/2007 | 216 | AFFIDAVIT of Donnie D. White; Notice. (mjc, ) (Entered: 01/26/2007) |
|---|---|---|
| 01/25/2007 | 217 | LETTER from Donnie White; Notice. (mjc, ) (Entered: 01/26/2007) |
| 01/26/2007 | | WRIT of habeas corpus ad testificandum, one original and three certified copies, with two certified copies of minute order dated 1/22/07 issued to the U.S. Marshal's Office for service as to Donnie White.(mjc, ) (Entered: 01/26/2007) |
| 01/29/2007 | 218 | MOTION by plaintiff Donnie D White for status hearing instanter; Notice. (mjc, ) (Entered: 01/31/2007) |
| 01/29/2007 | 219 | PETITION by plaintiff Donnie D White for a writ of habeas corpus ad testificandum; Notice. (mjc, ) (Entered: 01/31/2007) |
| 02/02/2007 | 220 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for status hearing instanter 218 and petition for a writ of habeas corpus ad testificandum 219 are denied as moot because the court has set this case for a status hearing on 2/15/07 and has issued a writ of habeas corpus ad testificandum so that plaintiff will be present at this hearing.Mailed notice (mjc, ) (Entered: 02/05/2007) |
| 02/05/2007 | 221 | MOTION by plaintiff Donnie D White for directions from the Court instanter; (Exhibits); Notice. (mjc, ) (Entered: 02/08/2007) |
| 02/12/2007 | 222 | PROPOSED SETTLEMENT Offer by plaintiff Donnie D White before the Court; Notice. (mjc, ) (Entered: 02/14/2007) |
| 02/14/2007 | 223 | MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 2/15/07 is reset to 3/15/2007 at 10:15 AM. Mailed notice (cjg, ) (Entered: 02/14/2007) |
| 02/14/2007 | 224 | PETITION by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw *for Writ of Habeas Corpus Ad Testificandum* (Hildebrand, Heidi) (Entered: 02/14/2007) |
| 02/14/2007 | 225 | WRIT of Habeas Corpus ad Testificandum returned unexecuted as to Donnie White, B-31317. (Hildebrand, Heidi) (Entered: 02/14/2007) |
| 02/14/2007 | 226 | Order by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw (Hildebrand, Heidi) (Entered: 02/14/2007) |
| 02/16/2007 | 227 | MINUTE entry before Judge Ronald A. Guzman : The court grants plaintiff's motion for directions from the court instanter 221 .Mailed |

| | | notice (mjc, ) (Entered: 02/20/2007) |
|---|---|---|
| 02/20/2007 | 228 | MINUTE entry before Judge Ronald A. Guzman :PETITION by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Ms Danny, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for Writ of Habeas Corpus Ad Testificandum 224 is stricken as moot. Status hearing set for 3/15/07 at 10:15 a.m. will be a partial telephonic hearing. Mailed notice (cjg, ) (Entered: 02/20/2007) |
| 02/23/2007 | 229 | MOTION by plaintiff Donnie D White for status hearing-instanter; Notice. (mjc, ) (Entered: 02/27/2007) |
| 02/23/2007 | 230 | PETITION by plaintiff Donnie D White for writ of habeas corpus ad testificandum; Notice. (mjc, ) (Entered: 02/27/2007) |
| 03/12/2007 | 231 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion for status hearing instanter 229 and petition for writ of habeas corpus ad testificandum 230 are denied. A partial telephonic status hearing has been set for 3/15/07 at 10:15 a.m.Mailed notice (mjc, ) (Entered: 03/13/2007) |
| 03/15/2007 | 232 | MINUTE entry before Judge Ronald A. Guzman : The court was unable to conduct a telephonic status hearing with defendant. A writ of habeas corpus returnable on 4/24/2007 at 10:30 am shall issue forthwith.Status hearing held and continued to 4/24/2007 at 10:30 AM.Mailed notice (jms, ) (Entered: 03/15/2007) |
| 03/19/2007 | 235 | PETITION by defendants for writ of habeas corpus ad testificandum. (mjc, ) (Entered: 03/29/2007) |
| 03/20/2007 | 233 | LETTER from Donnie D. White regarding status phone conference 3/15/07; Notice. (mjc, ) (Entered: 03/22/2007) |
| 03/20/2007 | 234 | AFFIDAVIT of Donnie D. White. (mjc, ) (Entered: 03/22/2007) |
| 03/26/2007 | 236 | MINUTE entry before Judge Ronald A. Guzman : Defendants' petition for writ of habeas corpus ad testificandum 235 is granted. Status hearing set for 4/24/2007 at 10:30 a.m. in courtroom 1219 before Judge Guzman.Mailed notice (mjc, ) (Entered: 03/29/2007) |
| 03/26/2007 | 237 | ORDER Signed by Judge Ronald A. Guzman on 3/20/2007.(mjc, ) Modified on 5/18/2007. (mjc, ) (Entered: 03/29/2007) |
| 03/27/2007 | 238 | LETTER from Donnie D. White dated 3/16/07; Notice. (mjc, ) (Entered: 03/29/2007) |
| 03/29/2007 | | WRIT of habeas corpus ad testificandum, one original and three certified copies, with two certified copies of the minute order dated 3/26/07 issued to the U.S. Marshal's Office for service as to Donnie White. (mjc, ) (Entered: 03/29/2007) |
| | | |

| 04/17/2007 | 241 | LETTER from Donnie D. White dated 4/6/07. (mjc, ) (Entered: 05/03/2007) |
|---|---|---|
| 04/23/2007 | 239 | ATTORNEY Appearance for Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw by Andrew William Lambertson (Lambertson, Andrew) (Entered: 04/23/2007) |
| 04/24/2007 | 240 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 4/24/2007. Discovery schedule as follows: Written discovery to be served by 5/24/07. Depositions to be taken by 7/16/07. Dispositive motions to be filed on or before 8/30/07. Status reports are due from all parties on or before 6/4/07. Pending motion to dismiss is withdrawn. Answers by any party that has not yet answered are to be filed on or before 5/8/07. Mailed notice (cjg, ) (Entered: 04/30/2007) |
| 05/14/2007 | 242 | MOTION by Defendant Dr Tilden for extension of time to file answer (Schroeder, David) (Entered: 05/14/2007) |
| 05/14/2007 | 243 | NOTICE of Motion by David H. Schroeder for presentment of motion for extension of time to file answer 242 before Honorable Ronald A. Guzman on 5/17/2007 at 09:30 AM. (Schroeder, David) (Entered: 05/14/2007) |
| 05/16/2007 | 244 | MINUTE entry before Judge Ronald A. Guzman :Motion by defendant Dr Tilden for extension of time to file answer to plaintiff's complaint 242 is granted.Mailed notice (cjg, ) (Entered: 05/16/2007) |
| 05/17/2007 | 245 | ANSWER to Complaint with Jury Demand by Dr Tilden(Schroeder, David) (Entered: 05/17/2007) |
| 05/17/2007 | 246 | NOTICE by Dr Tilden re answer to complaint 245 (Schroeder, David) (Entered: 05/17/2007) |
| 05/17/2007 | 247 | MOTION by plaintiff Donnie D White for entry of default; Notice. (mjc, ) (Entered: 05/21/2007) |
| 05/17/2007 | 248 | AFFIDAVIT of Donnie D. White for entry of default 247 . (mjc, ) (Entered: 05/21/2007) |
| 05/17/2007 | 249 | REQUEST by petitioner Donnie D White for entry of default judgment. (mjc, ) (Entered: 05/21/2007) |
| 05/17/2007 | 250 | AFFIDAVIT of Donnie D. White in support of request for default judgment 249 . (mjc, ) (Entered: 05/21/2007) |
| 06/04/2007 | 251 | STATUS Report by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, |

| | | |
|---|---|---|
| | | Danielle Taylor, K Morgan, Vandiver, Shaw (Lambertson, Andrew) (Entered: 06/04/2007) |
| 06/04/2007 | 252 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re status report, 251 (Lambertson, Andrew) (Entered: 06/04/2007) |
| 06/04/2007 | 253 | STATUS Report by Dr Tilden (Schroeder, David) (Entered: 06/04/2007) |
| 06/04/2007 | 254 | NOTICE by Dr Tilden re status report 253 (Schroeder, David) (Entered: 06/04/2007) |
| 06/04/2007 | 255 | WITHDRAW by plaintiff Donnie D White of default judgment; Notice. (mjc, ) (Entered: 06/06/2007) |
| 06/04/2007 | 256 | STATUS Report by plaintiff Donnie D White; Notice. (mjc, ) (Entered: 06/06/2007) |
| 06/12/2007 | 257 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for extension of time *in Which to Respond to Discovery Requests* (Lambertson, Andrew) (Entered: 06/12/2007) |
| 06/12/2007 | 258 | NOTICE of Motion by Andrew William Lambertson for presentment of extension of time, 257 before Honorable Ronald A. Guzman on 6/14/2007 at 09:30 AM. (Lambertson, Andrew) (Entered: 06/12/2007) |
| 06/13/2007 | 259 | MINUTE entry before Judge Ronald A. Guzman :Set deadlines as to motion by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for extension of time in Which to Respond to Discovery Requests 257 :Response due by 6/27/2007. Reply due by 7/9/2007. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 06/13/2007) |
| 06/13/2007 | 260 | MINUTE entry before Judge Ronald A. Guzman :Minute entry dated 6/13/07 [doc. no. 259] is vacated. Enter Order: The Court has reviewed the status reports of the parties. Request of defendants, Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, |

| | | Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to extend time to respond to written discovery is granted. Defendants are given until June 30, 2007 to answer written discovery. All parties to submit status reports on or before July 19, 2007. Defendants' motion for extension of time in Which to Respond to Discovery Requests 257 is stricken as moot. Mailed notice (cjg, ) (Entered: 06/13/2007) |
|---|---|---|
| 06/20/2007 | 261 | MINUTE entry before Judge Ronald A. Guzman : The court construes plaintiffs withdraw of default judgment 255 as a motion to withdraw the motion for entry of default 247 . The motion is granted.Mailed notice (mjc, ) (Entered: 06/21/2007) |
| 07/12/2007 | 262 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice. (Entered: 07/12/2007) |
| 07/13/2007 | 263 | MINUTE entry before Judge Ronald A. Guzman :Due date for Parties written status reports of July 19, 2007 is stricken. Written reports to be filed 2 weeks after final settlement conference with Magistrate Judge. Mailed notice (cjg, ) (Entered: 07/13/2007) |
| 07/17/2007 | 264 | MINUTE entry before Judge Michael T. Mason :Settlement Conference set for 8/2/2007 at 09:30 AM in courtroom 2214. State's Attorney is to make arrangements for plaintiff to participate via telephone. Defendants' counsel to submit a letter summarizing both side's settlement positions to chambers, room 2206, by 7/30/07. (kef, ) (Entered: 07/17/2007) |
| 07/19/2007 | 265 | MOTION by plaintiff Donnie D White for international civil contempt of court with memorandum of law in support; Notice. (mjc, ) (Entered: 07/23/2007) |
| 07/19/2007 | 266 | MEMORANDUM of Law by Donnie D White in support of motion for international civil contempt of court 265 . (mjc, ) (Entered: 07/23/2007) |
| 07/19/2007 | 267 | AFFIDAVIT of Donnie D. White in support of motion for international civil contempt court 265 . (mjc, ) (Entered: 07/23/2007) |
| 07/20/2007 | 268 | STATUS Report by plaintiff Donnie D White; Notice. (mjc, ) (Entered: 07/24/2007) |
| 07/30/2007 | 269 | LETTER from Donnie D. White regarding settlement conference; Notice. (mjc, ) (Entered: 08/01/2007) |
| 08/02/2007 | 270 | MINUTE entry before Judge Michael T. Mason :Settlement conference held on 8/2/2007. Parties were unable to reach an agreement to settle the case at this time. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case. (kef, ) (Entered: 08/02/2007) |
| 08/07/2007 | 271 | STATUS Report Amended by plaintiff Donnie D White; Notice. (mjc, ) (Entered: 08/09/2007) |
| | | |

| 08/16/2007 | 272 | STATUS Report by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw (Lambertson, Andrew) (Entered: 08/16/2007) |
| --- | --- | --- |
| 08/16/2007 | 273 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re status report, 272 (Lambertson, Andrew) (Entered: 08/16/2007) |
| 08/17/2007 | 274 | STATUS Report by Dr Tilden (Schroeder, David) (Entered: 08/17/2007) |
| 08/17/2007 | 275 | NOTICE by Dr Tilden *Filing Status Report* (Schroeder, David) (Entered: 08/17/2007) |
| 08/24/2007 | 276 | RESPONSE by plaintiff Donnie D White to defendants status report 272 ; Notice. (mjc, ) (Entered: 08/28/2007) |
| 08/30/2007 | 277 | MOTION by Defendant Dr Tilden for summary judgment (Schroeder, David) (Entered: 08/30/2007) |
| 08/30/2007 | 278 | MEMORANDUM *In Support of Motion* (Schroeder, David) (Entered: 08/30/2007) |
| 08/30/2007 | 279 | RULE 56 Local Rule 56.2 Statement (Schroeder, David) (Entered: 08/30/2007) |
| 08/30/2007 | 280 | RULE 56 Statement of Material Facts Statement (Schroeder, David) (Entered: 08/30/2007) |
| 08/30/2007 | 281 | NOTICE of Motion by David H. Schroeder for presentment of motion for summary judgment 277 before Honorable Ronald A. Guzman on 9/6/2007 at 09:30 AM. (Schroeder, David) (Entered: 08/30/2007) |
| 08/30/2007 | 282 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for summary judgment (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 283 | RULE 56.2 Pro Se Litigant Opposing Motin for Summary Judgment Statement by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, |

| | | |
|---|---|---|
| | | Danielle Taylor, K Morgan, Vandiver, Shaw regarding motion for summary judgment, 282 (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 284 | MEMORANDUM by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw in support of motion for summary judgment, 282 (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 285 | RULE 56.1 Statement of Uncontested Facts Statement by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw regarding motion for summary judgment, 282 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Errata C# 4 Exhibit D-1# 5 Exhibit D-2# 6 Exhibit D-3# 7 Exhibit D-4# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Errata I# 13 Exhibit J# 14 Exhibit K-1# 15 Errata K-2# 16 Exhibit L# 17 Exhibit M# 18 Exhibit N)(Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 286 | NOTICE of Motion by Andrew William Lambertson for presentment of motion for summary judgment, 282 before Honorable Ronald A. Guzman on 9/6/2007 at 09:30 AM. (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 287 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for leave to file excess pages (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/30/2007 | 288 | NOTICE of Motion by Andrew William Lambertson for presentment of motion for leave to file excess pages, 287 before Honorable Ronald A. Guzman on 9/6/2007 at 09:30 AM. (Lambertson, Andrew) (Entered: 08/30/2007) |
| 08/31/2007 | 289 | MOTION by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, ShawMotion to File Exhibit E to Defendants' Motion for Summary Judgmnet as a Restricted Document (Attachments: # 1 Exhibit A-Order)(Lambertson, Andrew) (Entered: 08/31/2007) |
| 08/31/2007 | 290 | NOTICE of Motion by Andrew William Lambertson for presentment of |

| | | |
|---|---|---|
| | | motion for miscellaneous relief,, <u>289</u> before Honorable Ronald A. Guzman on 9/6/2007 at 09:30 AM. (Lambertson, Andrew) (Entered: 08/31/2007) |
| 08/31/2007 | <u>291</u> | LETTER from Donnie D. White dated 8/27/07; Notice. (mjc, ) (Entered: 09/05/2007) |
| 09/05/2007 | <u>292</u> | MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw for leave to file a memorandum in support of their motion for summary judgment in excess of 15 pages <u>287</u> and motion to File Exhibit E to Defendants' Motion for Summary Judgment as a Restricted Document <u>289</u> are granted. Set deadlines as to Motion by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw motion for summary judgment <u>282</u> and motion by Defendant Dr Tilden for summary judgment <u>277</u> : Responses due by 9/26/2007. Replies due by 10/10/2007. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 09/05/2007) |
| 09/05/2007 | <u>293</u> | MINUTE entry before Judge Ronald A. Guzman : Enter order regarding the filing of Exhibit E to motion for summary judgment <u>282</u> as a restricted document.Mailed notice (mjc, ) (Entered: 09/07/2007) |
| 09/05/2007 | <u>294</u> | ORDER Signed by Judge Ronald A. Guzman on 9/5/2007.(mjc, ) (Entered: 09/07/2007) |
| 09/05/2007 | <u>295</u> | LETTER from Donnie D. White dated 8/30/07. (mjc, ) (Entered: 09/07/2007) |
| 09/06/2007 | <u>296</u> | EXHIBIT E, 1 digital video disc by defendants. (RESTRICTED) (mjc, ) (Entered: 09/10/2007) |
| 09/11/2007 | <u>297</u> | MINUTE entry before Judge Ronald A. Guzman : Defendants are given 21 days from the date of this order to respond to plaintiff's motion for intentional civil contempt of court <u>265</u> .Mailed notice (mjc, ) (Entered: 09/12/2007) |
| 09/17/2007 | <u>298</u> | MOTION by plaintiff Donnie D White to stay summary judgment until plaintiff have had an opportunity to complete discovery; Notice. (mjc, ) (Entered: 09/19/2007) |
| 09/17/2007 | <u>299</u> | MOTION by plaintiff Donnie D White for court order in the above entitled cause of action; Notice. (mjc, ) (Entered: 09/19/2007) |
| 09/17/2007 | <u>300</u> | MOTION by plaintiff Donnie D White for extension of time to respond |

| | | to defendant's summary judgment; Notice. (mjc, ) (Entered: 09/19/2007) |
|---|---|---|
| 09/21/2007 | 301 | MOTION by plaintiff Donnie D White to intervene instanter; Notice. (mjc, ) (Entered: 09/25/2007) |
| 09/24/2007 | 302 | MOTION by plaintiff Donnie D White for prohibitory injunction or preliminary injunction and temporary restraining order; Notice. (mjc, ) (Entered: 09/26/2007) |
| 09/24/2007 | 303 | DECLARATION of Donnie D. White in support of prohibitory injunction or preliminary injunction and temporary restraining order 302 . (mjc, ) (Entered: 09/26/2007) |
| 09/24/2007 | 304 | MEMORANDUM of Law by Donnie D White in support of motion for prohibitory injunction or preliminary injunction and temporary restraining order 302 . (mjc, ) (Entered: 09/26/2007) |
| 09/24/2007 | 305 | AFFIDAVIT of Donnie D. White. (mjc, ) (Entered: 09/26/2007) |
| 09/26/2007 | 306 | MINUTE entry before Judge Ronald A. Guzman : The Court grants plaintiff's motion to stay summary judgment until plaintiff have had an opportunity to complete discovery 298 . The Court will reset the briefing schedule after ruling on plaintiff's motion for intentional civil contempt of court 265 . Plaintiff's motion for extension of time to respond to defendants' summary judgment 300 is denied as moot. Plaintiff's motion for court order in the above entitled cause of action 299 and motion to intervene instanter 300 are denied. The Clerk is directed to send a copy of this order to the warden of Tamms Correctional Center.Mailed notice (mjc, ) (Entered: 09/27/2007) |
| 09/27/2007 | | MAILED order dated 9/26/07 to warden of Tamms Correctional Center. (mjc, ) (Entered: 09/27/2007) |
| 10/02/2007 | 307 | RESPONSE by Defendants Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to motion for miscellaneous relief 265 *for Intentional Contempt* (Attachments: # 1 Exhibit A-C) (Lambertson, Andrew) (Entered: 10/02/2007) |
| 10/02/2007 | 308 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re Response, 307 *to Plaintiff's Motion for Intentional Contempt* (Lambertson, Andrew) (Entered: 10/02/2007) |
| 10/03/2007 | 309 | RESPONSE by Dr Tildenin Opposition to MOTION by Plaintiff Donnie D Whiteinternational civil contempt of court with memorand 265 |

| | | (Schroeder, David) (Entered: 10/03/2007) |
|---|---|---|
| 10/03/2007 | 310 | NOTICE by Dr Tilden *of Filing* (Schroeder, David) (Entered: 10/03/2007) |
| 10/12/2007 | 311 | MOTION by plaintiff Donnie D White for extension of time; Notice. (mjc, ) (Entered: 10/16/2007) |
| 10/26/2007 | 312 | MOTION by plaintiff Donnie D White to clarify plaintiff's position to court; Notice. (mjc, ) (Entered: 10/29/2007) |
| 11/05/2007 | 313 | RESPONSE by plaintiff Donnie D White to defendant's response to plaintiff's motion for intentional civil contempt; Notice. (Poor Quality Original - Paper Document on File.)(mjc, ) (Entered: 11/07/2007) |
| 11/08/2007 | 314 | MINUTE entry before Judge Ronald A. Guzman :The Court denies as moot plaintiff's motion for extension of time 311 to reply to Defendants' response to Plaintiff's motion for intentional civil contempt of court. The Court received plaintiff's response on 11/5/07. Plaintiff's motion to clarify 312 is denied as moot. Plaintiff's motion to intervene instanter 301 and motion for prohibitory injunction or preliminary injunction and temporary restraining order 302 are denied. The Clerk is directed to send a copy of this order to the warden of Tamms Correctional Center.Mailed notice (mjc, ) (Entered: 11/09/2007) |
| 11/09/2007 | | MAILED a copy of the minute order dated 11/8/07 to the warden of Tamms Correctional Center. (mjc, ) (Entered: 11/09/2007) |
| 11/21/2007 | 315 | MOTION by plaintiff Donnie D White for amendments to conform to temporary restraining order and prelimary injunction or prohibitory injunction to support; Notice. (mjc, ) (Entered: 11/27/2007) |
| 11/27/2007 | 316 | MINUTE entry before Judge Ronald A. Guzman :Plaintiff's motion for intentional civil contempt of court with memorandum of law in support 265 is denied. Plaintiff is given until 1/3/08 to respond to Defendants' motions for summary judgment. Defendants are given until 1/17/08 to reply. NO FURTHER EXTENSIONS WILL BE GIVEN. If Plaintiff does not timely respond to Defendants' motions for summary judgment, the Court will rule without benefit of Plaintiffs view.Mailed notice (mjc, ) (Entered: 11/27/2007) |
| 12/05/2007 | 317 | MINUTE entry before Judge Ronald A. Guzman :Plaintiff's motion for amendments to conform to temporary restraining order and preliminary injunction or prohibitory injunction to support 315 is denied. As this Court has stated in previous orders, it does not have jurisdiction to enter a temporary restraining order or preliminary injunction against officials at Tamms Correctional Center because they are not parties in this action.Mailed notice (mjc, ) (Entered: 12/06/2007) |
| 12/07/2007 | 318 | NOTICE by plaintiff Donnie D White to court the return of plaintiff's legal documents; Notice. (mjc, ) (Entered: 12/10/2007) |
| 12/26/2007 | 319 | MOTION by plaintiff Donnie D White for directions regarding case; Notice. (mjc, ) (Entered: 01/02/2008) |

| 01/02/2008 | 320 | LETTER from Donnie D. White dated 12/25/07; Notice. (mjc, ) (Entered: 01/08/2008) |
| 01/23/2008 | 323 | LETTER from Donnie D. White dated 1/17/08. (mjc, ) (Entered: 01/28/2008) |
| 01/24/2008 | 321 | LOCAL RULE 56.1 by plaintiff Donnie D. White plaintiff's response to defendant's statement of material facts; Notice. (mjc, ) (Entered: 01/28/2008) |
| 01/24/2008 | 322 | MEMORANDUM OF LAW by Donnie D White in support of plaintiff's response in opposition to defendants motion for summary judgment. (Poor Quality Original - Paper Document on File.) (mjc, ) (Entered: 01/28/2008) |
| 01/24/2008 | 324 | AFFIDAVIT of Donnie D. White. (Poor Quality Original - Paper Document on File.) (mjc, ) (Entered: 01/28/2008) |
| 01/24/2008 | 325 | RESPONSE by Donnie D White in Opposition to defendants motion for summary judgment 282 . (Attachments: # 1 Exhibit B# 2 Exhibit B-1# 3 Exhibit C# 4 C-1# 5 Exhibit D-1# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K-1# 13 Exhibit L# 14 Exhibit M# 15 Exhibit M-1) (Poor Quality Original - Paper Document on File.)(mjc, ) (Entered: 01/28/2008) |
| 01/25/2008 | 326 | MINUTE entry before Judge Ronald A. Guzman : The Court grants Plaintiff's motion for directions 319 . The Court has been informed that Plaintiff's response was mailed but was damaged and returned to Plaintiff. On the Court's own motion, Plaintiff is given an extension of time until 2/8/08 to file his response to Defendants' motions to dismiss. Defendants are given until 2/29/08 to file a reply, if desired. Mailed notice (mjc, ) (Entered: 01/28/2008) |
| 01/28/2008 | 328 | MOTION for Directions, Instanter by Plaintiff Donnie D White. (gcy, ) (Entered: 01/31/2008) |
| 01/29/2008 | 327 | MINUTE entry before Judge Ronald A. Guzman : The Court informs Plaintiff that his Local Rule 56.1 in response to defendants' statement of material facts; Memorandum of Law; and Response in Opposition to Defendants' motion for summary judgment with exhibits was received by the Clerk of Court on 1/24/08. Plaintiff therefore does not need to file any further responses to the motion for summary judgment. Defendants are given until 2/29/08 to file a reply, if desired. Mailed notice (mjc, ) (Entered: 01/30/2008) |
| 02/25/2008 | 329 | MOTION by plaintiff Donnie D White for directions instanter; Notice. (mjc, ) (Entered: 02/27/2008) |
| 02/28/2008 | 334 | MOTION by Plaintiff Donnie D White to intervene; Notice of Filing. (Poor Quality Original - Paper Document on File.)(rbf, ) (Entered: 03/03/2008) |
| 02/29/2008 | 330 | REPLY by Dr Tilden to response in opposition to motion, 325 (Schroeder, David) (Entered: 02/29/2008) |

| 02/29/2008 | 331 | NOTICE by Dr Tilden *of Filing* (Schroeder, David) (Entered: 02/29/2008) |
|---|---|---|
| 02/29/2008 | 332 | REPLY by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to response in opposition to motion, 325 *(TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT)* (Lambertson, Andrew) (Entered: 02/29/2008) |
| 02/29/2008 | 333 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re reply to response to motion, 332 (Lambertson, Andrew) (Entered: 02/29/2008) |
| 02/29/2008 | 335 | MINUTE entry before Judge Ronald A. Guzman : The Court grants Plaintiffs motion for directions instanter 329 . Plaintiff is given until 3/31/08 to file a response to defendants Briley, et al.s motion for summary judgment. Defendants Briley, et al. is given until 4/14/08 to file a reply, if desired. The Clerk is directed to send Plaintiff a copy of Local Rule 56.1. Motions for Summary Judgment.Mailed notice (rbf, ) (Entered: 03/04/2008) |
| 03/03/2008 | 336 | MOTION by plaintiff Donnie D White for leave to proceed in forma pauperis. (mjc, ) (Entered: 03/07/2008) |
| 03/03/2008 | 337 | MEMORANDUM of Law by Donnie D White in support of temporary restraining order and preliminary injunction in pending case. (mjc, ) (Entered: 03/07/2008) |
| 03/03/2008 | 338 | AFFIDAVIT of D. White in support of motion for reconsideration of appointment of counsel. (mjc, ) (Entered: 03/07/2008) |
| 03/03/2008 | 339 | DECLARATION by Donnie D White in support of motion for temporary restraining order and preliminary injunction in pending case. (mjc, ) (Entered: 03/07/2008) |
| 03/03/2008 | 340 | MOTION by plaintiff Donnie D White for temporary restraining order and preliminary injunction in pending case; Notice. (mjc, ) (Entered: 03/07/2008) |
| 03/03/2008 | 341 | MOTION by plaintiff Donnie D White for reconsideration of appointment of counsel; Notice. (Poor Quality Original - Paper Document on File.) (mjc, ) (Entered: 03/07/2008) |
| 03/04/2008 |  | MAILED minute order dated 2/29/08 along with a copy of Local Rule 56.1 (Motion for Summary Judgment) to plaintiff. (rbf, ) (Entered: 03/04/2008) |

| 03/21/2008 | 342 | RESPONSE by plaintiff Donnie D White to defendant's response to plaintiffs response in opposition to defendant's motion for summary judgment; Notice. (mjc, ) (Entered: 03/25/2008) |
| 03/27/2008 | 343 | MEMORANDUM of Law by Donnie D White in support of plaintiff's response in opposition to defendants motion for summary judgment 342 . (mjc, ) (Entered: 04/01/2008) |
| 03/27/2008 | 344 | STATEMENT by Donnie D White of Facts Local Rule 56.1(a)(1) filing. (mjc, ) (Entered: 04/01/2008) |
| 03/27/2008 | 345 | DECLARATION by plaintiff Donnie D White in support of plaintiffs response in opposition to defendants motion for summary judgment 342 . (Poor Quality Original - Paper Document on File.) (mjc, ) (Entered: 04/01/2008) |
| 03/27/2008 | 346 | RESPONSE by plaintiff Donnie D White in opposition to defendants motion for summary judgment 277 ; Notice. (mjc, ) (Entered: 04/01/2008) |
| 03/27/2008 | 347 | SECOND AFFIDAVIT of by Donnie D White in support of his response in opposition to defendant Tilden's motion for summary judgment 277 ; Notice. (mjc, ) (Entered: 04/01/2008) |
| 03/27/2008 | 348 | AFFIDAVIT of Donnie D. White. (mjc, ) (Entered: 04/01/2008) |
| 04/04/2008 | 349 | TRANSCRIPT of Proceedings before Judge Honorable Ronald A. Guzman held on 4/24/07 (Volumes 1). (gcy, ) Modified on 4/9/2008 (gcy, ). (Entered: 04/09/2008) |
| 04/14/2008 | 350 | REPLY by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw to response to motion 346 (Lambertson, Andrew) (Entered: 04/14/2008) |
| 04/14/2008 | 351 | NOTICE by Agnew, Peto, Edwards, Wright, Harris, Phillip Martin, Jeffrey Sawyer, King, Calmes, Bell, Edmund Baldwin, Turner, Thompson, Daniel P Artl, Adenale J Langston, Anthony Selmon, Shawnnell A Grubbs, Louie Briik, Georgia Schonaur, Kenneth R Briley, John Adams, Jr, Stephen D Mote, Catchings, Darrin R Hunter, Hosey, Danielle Taylor, K Morgan, Vandiver, Shaw re reply to response to motion, 350 (Lambertson, Andrew) (Entered: 04/14/2008) |
| 04/28/2008 | 352 | RESPONSE by plaintiff Donnie D White to defendants response to plaintiffs response in opposition to defendants motion for summary judgment 342 ; Notice. (mjc, ) (Entered: 05/01/2008) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 05/14/2008 09:32:25 | | | |
| PACER Login: | ag0061 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-05112 |
| Billable Pages: | 26 | Cost: | 2.08 |