E-FILED
Thursday, 15 May, 2008  03:55:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WHITE, #B-31317, | ) |
| Plaintiff, | ) |
| -vs- | ) No.   07-1311 |
| EDDIE JONES, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY RESPONSIVE PLEADING**

NOW COME the defendants, EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file their Motion to Stay proceedings in this case.  In support thereof, Defendants state as follows:

1. Plaintiff's Complaint was filed on November 19, 2007.  [Doc. 1].  The Court granted him in forma pauperis status on December 4, 2007.

2. Defendants have moved to revoke Plaintiff's in forma pauperis status as Plaintiff has already received in excess of three strikes for filing frivolous, malicious or insubstantial claims.

3. The Prison Litigation Reform Act protects state officials from suits filed by inmates who have "demonstrated a proclivity for frivolous suits to harass their accusers,

the guards, and others who caused or manage their captivity." *Lewis v. Sullivan*, 279 F.3d 526, 529 (7th Cir. 2002). The benefits of that protection will be lost if Defendants are forced to address the substance of Plaintiff's Complaint before the issue of Plaintiff's in forma pauperis status is resolved.

WHEREFORE, for the above and foregoing reasons, Defendants request that the deadline for their Answer or other responsive pleading be stayed until the Court has ruled on Defendants' Motion to Revoke In Forma Pauperis Status.

Respectfully Submitted,

EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN,

Defendants,

Lisa Madigan, Attorney General
of the State of Illinois,

By:  s/Heidi Hildebrand
    Heidi Hildebrand, #6270905
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, IL  62706
    (217) 557-0261
    (217) 524-5091
    hhildebrand@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WHITE, #B-31317, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.   07-1311 |
| | ) |
| EDDIE JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## Certificate of Service

I hereby certify that on May 15, 2008, I electronically filed a Motion to Revoke In Forma Pauperis Status with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Melissa L. Dickey        Michael T. Brody
    mdickey@jenner.com    mbrody@jenner.com

and I hereby certify that on May 15, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

    none

Respectfully submitted,

By:   s/Heidi Hildebrand
    Heidi Hildebrand, #6270905
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, IL  62706
    (217) 557-0261
    (217) 524-5091
    hhildebrand@atg.state.il.us