THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONNIE D. WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 1311 |
| | ) | |
| EDDIE JONES, MICHAEL MELVIN, | ) | Judge Harold A. Baker |
| M.J. BLACKARD, MICHAEL EATON, | ) | |
| LT. SAMPSON, BENNY DALLAS, | ) | Magistrate Judge John A. Gorman |
| GARY KUHSE, LT. DODD, | ) | |
| C/O TANGMAN, C/O MCBURNEY, | ) | |
| CHARLES ROPER, LT. DUBOIS, | ) | |
| DOUGLAS MASON, RICHARD STEWART, | ) | |
| C/O KEMP, J. BUNDREN, | ) | |
| BRENT HUNSAKER, BONNIE SULLIVAN, | ) | |
| and MICHAEL TURNER | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY
THE COURT'S ORDER DIRECTING THE FILING OF THEIR ANSWERS**

Plaintiff Donnie D. White (hereinafter "Mr. White"), by his attorneys, files his response to the defendants' motion to stay the Court's order directing the filing of their answers. In support of this response, plaintiff states as follows:

1. Mr. White filed his complaint on November 19, 2007.

2. On March 19, 2008, the Court entered a text order stating that defendants "shall file an answer within the time limits prescribed by the local rules. A motion to dismiss is not an answer. The answer must be considered a responsive pleading under Federal Rule of Civil Procedure 15(a) and should include all defenses appropriate under the Federal Rules."

3. On April 16, 2008, the Illinois Attorney General entered an appearance in this case on behalf of the defendants.

4.     Under the local rules and this Court's March 19, 2008 Order, the answers of defendants Jones, Blackard, Melvin, Eaton, Tangerman, McBurney, Roper, DuBois, Bundren, Hunsaker, Turner, Dallas, Todd, Mason, Stuart, Kemp, and Sullivan were due to be filed on Monday, May 19, 2008.[1]

5.     On May 15, 2008, two business days before their answers were due, defendants filed (1) a motion to revoke *in forma pauperis* status, and (2) this motion to stay responsive pleading.

6.     Although denominated a motion for a "stay," defendants in effect seek an indefinite extension of time to file their answers, notwithstanding the Court's March 19, 2008 Order. In their motion, defendants assert that this relief is appropriate because Mr. White "has already received in excess of three strikes for filing frivolous, malicious, or insubstantial claims." (Mot., at 1.) Defendants are wrong.

7.     As described in more detail in Mr. White's response to defendants' motion to revoke *in forma pauperis* status, Mr. White only has incurred *two* strikes pursuant to 28 U.S.C. § 1917, for <u>actions</u> dismissed for failure to state a claim for which relief may be granted. Therefore, the Court was right when it granted Mr. White *in forma pauperis* status.

8.     Defendants have offered no other justification for the stay, nor could they.

9.     In comparison, the interest of justice and fundamental fairness dictate that defendants answer the complaint immediately. This Court's March 19, 2008 Order reflects the Court's desire to advance this case to a resolution on the merits.

---

[1] Defendants Kuhse and Sampson were not served with the complaint until April 7, 2008, because they are no longer working at Pontiac Correctional Center. Their answers are due on June 6, 2008.

WHEREFORE, for the reasons set forth herein, plaintiff Donnie D. White respectfully requests that the Court deny defendants' motion to stay and order the defendants to answer the complaint immediately.

Dated: May 29, 2008                                   Respectfully submitted,

By:   /s/ Michael T. Brody
Michael T. Brody
Melissa L. Dickey
JENNER & BLOCK LLP
330 N. Wabash Ave.
Suite 4700
Chicago, IL 60611
(312) 222-9350
(312) 840-7791 (fax)

*Counsel for Plaintiff Donnie D. White*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of May 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Heidi Hildebrand
Counsel for the Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 557-0261
217) 524-5091 (fax)
hhildebrand@atg.state.il.us

        /s/ Melissa L. Dickey
      Melissa L. Dickey
      JENNER & BLOCK LLP
      330 N. Wabash Ave.
      Suite 4700
      Chicago, IL 60611
      (312) 222-9350
      (312) 840-7791 (fax)

      *Counsel for Plaintiff Donnie D. White*