# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE D. WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 1311 |
| ) | |
| EDDIE JONES, MICHAEL MELVIN, ) | Judge Harold A. Baker |
| M.J. BLACKARD, MICHAEL EATON, ) | |
| LT. SAMPSON, BENNY DALLAS, ) | Magistrate Judge John A. Gorman |
| GARY KUHSE, LT. DODD, ) | |
| C/O TANGERMAN, C/O MCBARNEY, ) | |
| CHARLES ROPER, LT. DUBOIS, ) | |
| DOUGLAS MASON, RICHARD STUART, ) | |
| C/O KEMP, J. BUNDREN, ) | |
| BRENT HUNSAKER, BONNIE SULLIVAN, ) | |
| and MICHAEL TURNER ) | |
| ) | |
| Defendants ) | |

## JOINT STATUS REPORT AND PROPOSED DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties, by and through counsel, respectfully submit this joint status report in the aforementioned matter.

On May 21, 2008, counsel for both parties conferred for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon and propose to the Court.

1. The parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) within fourteen days after defendants file their responsive pleadings in this matter.

2. The deadline for amendment of pleadings and joinder of additional pleadings is three months after defendants file their responsive pleadings in this matter.

3. Discovery is to commence as soon as defendants files their responsive pleadings in this matter. All fact discovery is to be completed within six months after discovery commences.

4. Trial on the merits shall be held within one year after defendants file their responsive pleadings in this matter.

Respectfully Submitted,

| | |
|---|---|
|   /s/ Michael T. Brody   |   /s/ Heidi Hildebrand   |
| Michael T. Brody | Heidi Hildebrand |
| Melissa L. Dickey | Assistant Attorney General |
| JENNER & BLOCK LLP | 500 South Second Street |
| 330 N. Wabash Ave. | Springfield, IL 62706 |
| Suite 4700 | (217) 557-0261 |
| Chicago, IL 60611 | (217) 524-5091 (fax) |
| (312) 222-9350 | hhildebrand@atg.state.il.us |
| (312) 840-7791 (fax) | |
| mbrody@jenner.com | |
| mdickey@jenner.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3d day of June 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Heidi Hildebrand
Counsel for the Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 557-0261
217) 524-5091 (fax)
hhildebrand@atg.state.il.us

          /s/ Melissa L. Dickey
     Melissa L. Dickey
     JENNER & BLOCK LLP
     330 N. Wabash Ave.
     Suite 4700
     Chicago, IL 60611
     (312) 222-9350
     (312) 840-7791 (fax)

     *Counsel for Plaintiff Donnie D. White*