IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONNIE WHITE, #B-31317, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.    07-1311 |
| EDDIE JONES, et al., | ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO
## PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME the defendants, EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby submits their Answer to Plaintiff's Complaint and Affirmative Defenses.

### STATEMENT OF CLAIM

Count I

Defendants deny that Plaintiff was transferred to Graham Correctional Center on April 22, 2007. Defendants admit that Plaintiff was transferred from Tamms Correctional Center to Pontiac Correctional Center on that date, with a stop at Graham to transfer custody of Plaintiff to Pontiac's SORT team. Defendants deny that they retaliated against Plaintiff or otherwise violated his constitutional rights. Defendants are without knowledge

or information sufficient to form a belief as to the truth of the allegations in the balance of this paragraph.

Count II

Defendant Eaton denies making the statements attributed to him. Defendant Eaton is without knowledge or information sufficient to form a belief as to the truth of the allegation regarding where Plaintiff was placed while he was at Pontiac, Defendant Roper's rank at Pontiac or his ties to the Pontiac community. Defendant Eaton denies the allegations in the balance of this claim and Complaint.

Defendant Roper denies that he was a captain at Pontiac Correctional Center or that he transferred to Tamms directly from Pontiac in 1998. Defendant Roper admits he has friends who work at Pontiac. Defendant Roper denies that he and his family ever lived in Pontiac, or that his brother currently works at Pontiac. Defendant Roper is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what occurred at Pontiac. Defendant Roper denies the allegations in the balance of this claim and Complaint.

Defendants Jones, Blackard, Melvin, Todd, Tangman, McBurney, Dallas, Sampson, and Kuhse are without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the statements allegedly made by Defendant Eaton, Defendant Roper's rank at Pontiac or his ties to the Pontiac community. Defendants Jones, Blackard, Melvin, Todd, Tangman, McBurney, Dallas, Sampson, and Kuhse deny the allegations in the balance of this claim and Complaint.

Defendants DuBois, Mason, Stewart, Kemp, Bundren, Hunsaker, Turner, and Sullivan are without knowledge or information sufficient to form a belief as to the truth of the allegations in the this claim and the balance of this Complaint.

Count - I

Defendants restate their answers from paragraphs 1 and 2 as their answers here. Defendants deny that they retaliated against Plaintiff or otherwise violated his constitutional rights.

Count - II

Defendants restate their answers from paragraphs 1 and 2 as their answers here. Defendants deny that they retaliated against Plaintiff or otherwise violated his constitutional rights.

**RELIEF**

1. Defendants deny that plaintiff is entitled to injunctive relief.

2. Defendants deny that plaintiff is entitled to damages of any kind.

3. Defendants deny that plaintiff is entitled to any relief whatsoever.

**JURY DEMAND**

Defendants demand a trial by jury on all issues herein triable.

**AFFIRMATIVE DEFENSES**

1. At all times relevant herein, defendants acted in good faith in the performance of their official duties and without violating plaintiff's clearly established statutory or

constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. The Eleventh Amendment to the United States' Constitution prohibits the Plaintiff from obtaining injunctive, except to the extent necessary to stop an ongoing violation of the Plaintiff's Constitutional rights.

3. Plaintiff did not properly exhaust his administrative remedies prior to filing suit.

          Respectfully Submitted,

          EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN (sued as Tangerman), LEX MCBURNEY (sued as McBarney), CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART (sued as Richard Stuart), MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN,

          Defendants,

          LISA MADIGAN, Attorney General
          of the State of Illinois,

          By:  s/Heidi Hildebrand
               HEIDI HILDEBRAND, #6270905
               Attorney for Defendants
               Office of the Attorney General
               500 South Second Street
               Springfield, IL  62706
               Telephone:  (217) 557-0261
               Facsimile:  (217) 524-5091
               hhildebrand@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WHITE, #B-31317, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No.  07-1311 |
| | ) |
| EDDIE JONES, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed Defendants' Answer to Plaintiff's Complaint and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Melissa L. Dickey | Michael T. Brody |
| mdickey@jenner.com | mbrody@jenner.com |

and I hereby certify that on June 4, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

                                    none

Respectfully submitted,

 s/ Heidi Hildebrand
HEIDI HILDEBRAND, #6270905
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
hhildebrand@atg.state.il.us