FILED
AUG - 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 06 August, 2008  11:07:17 AM
Clerk, U.S. District Court, ILCD

AUGUST 03, 2008
WHITE -v- JONES et al
07CV1311

DEAR: CLERK OF THE COURT

PLEASE ACKNOWLEDGE THE CHANGE OF ADDRESS FOR THE PLAINTIFF INTO THE RECORD OF THIS PENDING CASE.

| | |
|---|---|
| ~~DONNIE D. WHITE B31317~~ | DONNIE D. WHITE B31317 |
| ~~TAMMS CORR CTR~~ | TAMMS CORR CTR |
| ~~200 E SUPERMAX RD~~ | 8500 SUPERMAX ROAD |
| ~~POB 2000~~ | TAMMS ILLINOIS 62988 |
| ~~TAMMS ILL 62988~~ | ACCURATE 8-3-08 |
| NOT ACCURATE | |

I PATIENTLY AWAIT YOUR ACKNOWLEDGMENT OF SUCH CONCERNS, GOOD DAY.

RESPECTIVELY,
D. WHITE B31317
TCC
8500 SUPERMAX RD
TAMMS ILL 62988

CC: M. DICKEY & M. BRODY ATTY'S FOR PLAINTIFF
    H. HILDEBRAND A.G.