E-FILED
Wednesday, 06 August, 2008  02:11:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WHITE, #B-31317, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-1311 |
| EDDIE JONES, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME Defendants, EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN, LEX MCBURNEY, CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART, MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of 30 days, to and including September 5, 2008, in which to respond or object to plaintiff's discovery requests served on defendants in this cause on July 7, 2008.  In support of their motion, defendants state as follows:

1. Plaintiff served defendants with Plaintiff's First Set of Interrogatories to Defendants Eaton, McBarney, Tangerman, Todd, Sampson, Dallas, Kuhse, Blackard, Melvin, and Jones; Plaintiff's First Set of Interrogatories to Defendants Mason, Turner, Dubois, Kemp, Stewart, Bundren, Roper,  Sullivan and Hunsaker; and Plaintiff's First Set of Document Requests on July 7, 2008.

2. Responses or objections from defendants are due on or before August 6, 2008.

3. The undersigned has been out of the office for nearly two weeks due to illness.

4. In addition, the litigation coordinator at Tamms Correctional Center has just returned to the facility on July 30, 2008, from an extended medical leave.

5. Plaintiff's attorney, Michael T. Brody, was contacted regarding any objection to this request for enlargement of time. Mr. Brody was unable to consent or object to this request for enlargement of time as he said is unable to speak with his client before the filing of this motion.

6. This motion is not made for purposes of undue delay, but is made in good faith for the purpose of preparing an adequate defense.

7. An enlargement of 30 days, to and including September 5, 2008, in which to respond or object to plaintiff's discovery requests will not prejudice the plaintiff as the discovery deadline is not scheduled until June 30, 2009.

Wherefore, defendants respectfully request that this honorable Court grant an enlargement of time of 30 days, to and including September 5, 2008, in which to respond or object to plaintiff's discovery requests served on defendants on July 7, 2008.

Respectfully Submitted,

EDDIE JONES, JAMES BLACKARD, MICHAEL MELVIN, MICHAEL EATON, PATRICK TODD, GREGORY TANGMAN, LEX MCBURNEY , CHARLES ROPER, ROBERT DUBOIS, DOUGLAS MASON, RICHARD STEWART, MICHAEL KEMP, JEFF BUNDREN, BRENT HUNSAKER, MICHAEL TURNER, GARY KUHSE, JEFFREY SAMSON, BENNIE DALLAS, and BONNIE SULLIVAN,
    Defendants,

LISA MADIGAN, Attorney General
of the State of Illinois,

By:  s/Heidi Hildebrand
      Heidi Hildebrand, #6270905
      Attorney for Defendants
      Office of the Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 557-0261
      Facsimile:  (217) 524-5091
      hhildebrand@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WHITE, #B-31317, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No.   07-1311 |
| EDDIE JONES, et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melissa L. Dickey            Michael T. Brody
mdickey@jenner.com           mbrody@jenner.com

and I hereby certify that on August 6, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

By:   s/Heidi Hildebrand
        Heidi Hildebrand, #6270905
        Attorney for Defendants
        Office of the Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 557-0261
        Facsimile:  (217) 524-5091
        hhildebrand@atg.state.il.us